TIMOTHY B. McCAFFREY, JR. (S.B. #192114)
CHESLER McCAFFREY LLP
11661 San Vicente Boulevard, Suite 304
Los Angeles, California 90049
Telephone: (310) 882-6407
Facsimile: (310) 882-6359
Email: tbm@cmlegal.com

Attorneys for Defendant
Marriott International, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA BINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. SACV 21-00836-JLS (JDEx)<br><br>**DEFENDANT'S OFFER OF JUDGMENT PER FRCP 68**<br><br>Action Filed: June 9. 2020<br>Trial Date: None Set |

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68, defendant Marriott International, Inc. ("Defendants) offers that an award be taken or judgment entered according to the following terms: Defendant pays the sum of sixty thousand dollars and zero cents ($60,000.00) (exclusive of all claims for reasonable attorneys' fees and costs incurred as of the date hereof (March 17, 2022) which Plaintiff or her counsel may petition the Court for recovery of via noticed motion) to plaintiff Patricia Bingham ("Plaintiff") in satisfaction of all claims and causes of action purported to be set forth in Plaintiff's complaint in the above captioned action.

Plaintiff may accept this offer by signing below or authorizing her counsel to do

so on her behalf. This offer will remain open for 14 days from service of this offer or the first day of trial, whichever occurs first. If Plaintiff does not accept this offer before that time, this offer will be deemed withdrawn.

DATED: March 17, 2022 CHESLER McCAFFREY LLP

By: ______________________
Timothy B. McCaffrey, Jr.

Attorneys for Defendant
Marriott International, Inc.

Plaintiff Patricia Bingham hereby accepts the above offer on the terms stated. DATED: March 21, 2022

By: ______________________
Bruce T. Murray
[Attorneys for] Plaintiff Patricia Bingham

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11661 San Vicente Boulevard, Suite 304, Los Angeles, CA 90049.

On March 17, 2022, I served true copies of the following document(s) described as **DEFENDANT'S OFFER OF JUDGMENT PER FRCP 68** on the interested parties in this action as follows:

Gabriel Pimentel
Bruce T. Murray
PIMENTEL LAW, P.C.
30 N. Raymond Avenue, Suite 210
Pasadena, CA 91103
gjp@pimentellaw.com
btm@pimentellaw.com

Attorneys for Plaintiff
Patricia Bingham

**BY E-MAIL:** I served the attached via electronic mail to the recipients identified herein on the date hereof and received no return error message.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2022, at Los Angeles, California.

Timothy B. McCaffrey, Jr.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 30 N. Raymond Ave., Ste. 210 Pasadena, CA 91103.

On March 21, 2022, I served a true copy of the document described as **PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PER FRCP 68** on the interested parties in this action as follows in the manner provided in FRCP 5 (b):

☐ By placing true copies enclosed in a sealed envelope addressed to each addressee as follows:

☒ Electronically to from my email address, BTM@PimentelLaw.com on the persons identified below at the following electronic service address: tbm@cmlegal.com

| | |
|---|---|
| Chesler McCaffrey LLP<br>Timothy B. McCaffrey, Jr., Esq.<br>11661 San Vicente Boulevard<br>Los Angeles, CA 90049 | *Counsel for Defendant Marriott International, Inc.* |

☐ BY MAIL:

☐ I deposited each envelope in the mail at Pasadena, California, with postage thereon fully prepaid.

☒ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Bruce T. Murray ____________________ [signature] ____________________

Executed on March 21, 2022 at Pasadena, California.