**PIMENTEL LAW, P.C.**
Bruce T. Murray, Esq. (SBN 306504)
BTM@PimentelLaw.com
Gabriel J. Pimentel, Esq. (SBN 265328)
GJP@PimentelLaw.com
30 N. Raymond Avenue, Suite 210
Pasadena, CA 91103
Telephone: (626) 765-6505
Fax: (626) 628-3041
Attorneys for Plaintiff,
Patricia Bingham

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA BINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 8:21-cv-00836 JLS(JDEx)<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS; DECLARATION OF BRUCE T. MURRAY; DECLARATION OF GABRIEL J. PIMENTEL**<br><br>Date: August 26, 2022<br>Time: 10:30 a.m.<br>Room: 8A<br>Judge: Hon. Josephine L. Staton<br><br>Action Filed: June 9, 2020<br>Removal filed: May 5, 2021<br>Discovery Cutoff: March 18, 2022<br>Final Pretrial Conference: July 22, 2022 |

## Table of Contents


**MEMORANDUM OF POINTS AND AUTHORITIES** .................................... - 6 -

**I. INTRODUCTION** .................................... - 6 -

**II. BACKGROUND** .................................... - 6 -

**III. LITIGATION HISTORY** .................................... - 8 -

**IV. ARGUMENT** .................................... - 12 -

**a. Rule 68's Policy of Encouraging Settlements** .................................... - 12 -

**b. State Law Applies to Calculation of Attorney Fee Awards in Federal Court in Suits Brought Under State Law** .................................... - 13 -

**c. Determining Lodestar is First Step in Calculating Amount of Attorneys' Fee Award in FEHA Cases** .................................... - 13 -

**f. Evidence Required to Prove Number of Hours Spent in Lodestar Calculation** .................................... - 14 -

**g. Showing Required to Establish Hourly Rate** .................................... - 16 -

**i. An Attorney's Fee Award in a FEHA Case is Not Anchored by the Amount of the Settlement or Judgment** .................................... - 18 -

**j. Contingent Risk and Delay in Payment** .................................... - 20 -

**k. Results Obtained** .................................... - 21 -

**l. Novelty and Difficulty of Issues Presented** .................................... - 23 -

**m. Quality of Representation** .................................... - 24 -

**n. Attorney's Experience** .................................... - 24 -

**o. In Light of Relevant Factors, a Lodestar Multiplier of .50 is Warranted** .................................... - 25 -

**p. Costs** ........................................................ - 25 -

**VII. CONCLUSION** ........................................................ - 26 -

**Table of Authorities**

**Cases**

*Beaty v. BET Holdings, Inc.*, 222 F.3d 607 (9th Cir. 2000) .................................. - 11 -
*City of Riverside v. Rivera*, 477 U.S. 561 (1986) ................................................ - 17 -
*Downey Cares v. Downey Community Development Comm.*, 196 Cal.App.3d 983 (1987) ............................................................................................................ - 11 -
*Erdman v. Cochise County*, 926 F.2d 877 (9th Cir. 1991) .................................... - 10 -
*Flannery v. Prentice*, 26 Cal.4th 572 (2001) ........................................................ - 11 -
*Greene v. Dillingham Construction, N.A., Inc.*, 101 Cal.App.4th 418 (2002) ....... - 11 -
*Guardian Life Ins. Co. v. Andraos*, 2009 WL 3734156 (C.D. Cal. Nov. 5, 2009) - 14 -
*Harman v. City & County of San Francisco*, 158 Cal.App.4th 407 (2007) ........... - 16 -
*Heffington v. FCA US LLC*, No. 2:17-cv-00317-DAD-JLT (E.D. Cal. Aug. 24, 2020) ....................................................................................................14 -, - 23 -
*Ketchum v. Moses,* 24 Cal. 4th 1122 (2001) ......................................................... - 14 -
*Maughan v. Google Tech, Inc.*, 143 Cal.App.4th 1242 (2006) ............................. - 14 -
*Miller v. City of Portland*, 868 F.3d 846 (9th Cir. 2017) ...................................... - 10 -
*PLCM Group, Inc. v. Drexler*, 22 Cal.4th 1084 (2000) ........................................ - 14 -
*Raining Data Corp. v. Barrenechea*, 175 Cal.App.4th 1375 (2009) ...................... - 12 -
*Serrano v. Unruh*, 32 Cal.3d 621 (1982) ............................................................... - 11 -
*Stanford Daily v. Zurcher,* 64 F.R.D. 680 (ND Cal.1974) .................................... - 16 -
*Swann v. Charlotte-Mecklenburg Board of Education,* 66 F.R.D. 483 (WDNC 1975) ....................................................................................................... 16 -
*Taylor v. Nabors Drilling USA, LP*, 222 Cal.App.4th 1228 (2014) ....................... - 11 -
*Vo v. Las Virgenes Mun. Water District*, 79 Cal.App.4th 440 (2000) ................... - 16 -
*Weeks v. Baker & McKenzie*, 63 Cal.App.4th 1128 (1998) .................................. - 11 -
*Wershba v. Apple Computer, Inc.*, 91 Cal.App.4th 224 (2001) ....................... - 12, 16 -

**Statutes**

42 U.S.C. § 1988 ........................................................................................ - 17 -
California Government Code § 12965 .......................................................... - 24 -
Fed. R. Civ. P. 37 ........................................................................................ - 9 -
Federal Rules of Civil Procedure, Rule 68 ................................ - 1 -, - 5 -, - 10 -, - 13 -

**Other Authorities**

Senate Report, U.S.Code Cong. & Admin.News 1976 ......................................... - 19 -

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

On March 17, 2022, Defendant served Plaintiff with an offer of Judgment pursuant to Federal Rules of Civil Procedure, Rule 68, which agreed to pay a total sum of $60,000, exclusive of reasonable costs and attorney's fees incurred through the date of the offer, to be determined via noticed Motion. (Exhibit 1). On March 21, 2022, Plaintiff's counsel served an acceptance of the offer on Defense counsel, and filed it with the Court on the same day. *Id.* As such, Plaintiff now seeks an award of reasonable attorneys' fees and costs of suit, pursuant to the terms of the FRCP 68 offer. *Id.*

## II. BACKGROUND

This is a disability discrimination and failure to accommodate action under California's Fair Employment & Housing Act ("FEHA") stemming from Defendant's termination of Plaintiff after she took an emergency medical leave of absence.

The plaintiff Patricia Bingham was employed as a housemaker at the Marriott Irvine Spectrum, in Irvine, California from December 5, 2017 to March 13, 2020. During her employment, Ms. Bingham demonstrated good work performance, having twice received a "Spirit to Serve" award. (Exhibits 2 and 3).

On January 23, 2020, Ms. Bingham began experiencing extreme abdominal pain – so painful that she was admitted to La Palma Intercommunity Hospital, where she was diagnosed with Ulcerative Colitis, or Inflammatory Bowel Disease (IBD), a condition that causes long-lasting inflammation and ulcers in the innermost lining of the large intestine. During her hospital stay, Ms. Bingham received phone calls from Marriott managers Yucelin Sanchez and Ashley Chavez in which they inquired as to when they could expect her to back to work, causing Ms. Bingham to feel pressured to return work. On January 29, 2020, Ms. Bingham was discharged from the hospital.

On February 4, 2020, Ms. Bingham visited her primary care physician, who confirmed the diagnosis of ulcerative colitis and placed her on medical leave until March 2, 2020. Ms. Bingham provided this note to Ms. Chavez that same day and

remained off work for the month of February 2020.

On March 1, 2 and 3, 2020, Yucelin Sanchez attempted to call Ms. Bingham. However, Ms. Bingham did not immediately return Ms. Sanchez's calls because she anticipated that Ms. Sanchez would pressure her to prematurely return to work when she was not yet ready.

On March 3, 2020, Ms. Bingham underwent a biopsy by her gastroenterologist. Later that day, Marriott's H.R. Manager Ashley Chavez called Ms. Bingham to check on her status. Ms. Bingham reported that she was still in pain and explained that her gastroenterologist could not determine whether she was cleared to return to work until she received the results of the biopsy.

On March 5 and 6, 2020, Ms. Chavez attempted to call Ms. Bingham. However, Ms. Bingham did not immediately return Ms. Chavez's calls because she anticipated that Ms. Chavez would pressure her to prematurely return to work when she was not yet ready.

On March 9, 2020, Ms. Bingham called Ms. Chavez and informed her that she was still in pain. Ms. Bingham indicated that she could not go back to work in her present condition and that if she was going to be required to return in her present condition, that "maybe I'll just resign." Rather than offering Ms. Bingham additional time off to recover, Ms. Chavez instead offered to provide Ms. Bingham a form she could fill out to resign from her job.

In letter sent to Ms. Bingham in late March 2020, Mr. Jim Anderson, Director of Human Resources, stated to Ms. Bingham that Marriott had terminated her employment because she allegedly verbally resigned on March 9, 2020 and failed to return Ms. Chavez' and Sanchez's calls from March 1st to 6th.

On April 7, 2020, Ms. Bingham sent an email to Mr. Anderson, in which she explained that she had not immediately returned some of Ms. Chavez and Sanchez's calls because she felt pressured to prematurely return to work, disputed that she had resigned, and asked to be reinstated. (Exhibit 4). Neither Mr. Anderson nor anyone else

at Marriott replied to the email or offered to reinstate her employment.

## III. LITIGATION HISTORY

On June 9, 2020, Ms. Bingham commenced this action in the Orange County Superior Court, alleging, among other things, disability discrimination and failure to accommodate in violation of the FEHA.

On September 11, 2020, Defendant served its Answer.

On October 5, 2020, Plaintiff served on Defendant (1) Requests for Admissions – comprising of 59 requests; (2) Requests for Production of Documents – comprising of 16 requests; (3) Plaintiff's Special Interrogatories – comprising of 22 interrogatories; and (4) Plaintiff's Form Interrogatories–Employment Law.

Between November 2020 and February 2021, Plaintiff's counsel granted Defendant's counsel multiple extensions to respond. After receiving only empty promises from Defense counsel to provide responses, Plaintiff's counsel imposed a firm March 1, 2021 deadline. However, instead of providing responses, Defendant served objections-only to every single discovery request. The boilerplate objections totaled 81 pages.

On March 2, 2021, Plaintiff's counsel sent a meet and confer letter setting forth the legal and factual bases that entitled Plaintiff to responses, and requested that Defendant supplement its discovery responses. The letter was ignored. As such, on March 18, 2021, Plaintiff filed four motions to compel further responses. Three were scheduled to be heard on the same date, while a fourth was scheduled to be heard on a later date.

On March 25, 2021, Defense counsel began serving "Objections and Responses" to Plaintiff's discovery, in apparent attempt to moot the motions.

On April 15, 2021, Defense counsel noticed the deposition of Plaintiff, to take place on May 4, 2021. Plaintiff's counsel engaged in extensive preparation for the deposition. However, three days prior to the deposition, Defense counsel unilaterally cancelled it.

On April 19, 2021, the Orange County Superior Court issued a tentative ruling as to three of the four discovery motions, denying them as moot, but granted monetary sanctions against Defendant. At the hearing, Defense counsel persuaded the trial court to deny the sanctions.

On April 19, 2021, Plaintiff's counsel sent Defense counsel a meet and confer letter seeking supplemental responses to Plaintiff's written discovery. (Exhibit 5). So much of Plaintiff's discovery requests remained unaddressed, the meet and confer letter was 18 pages. However, rather than supplementing discovery, and rather than taking part in the fourth hearing in the series of Plaintiff's motions to compel, Defendant filed its Notice of Removal in this Court on May 5, 2021.

On August 9, 2021, the parties engaged in a full-day mediation with the Honorable Michael Latin (Ret.). The parties were unable to resolve the suit on that day.

On September 8, 2021, Plaintiff re-propounded written discovery, consisting of 37 Requests for Admission, 22 Interrogatories and 22 Requests for Production of Documents.

Repeating the same pattern as in state court, on October 15, 2021, Defendant served nothing but objections – and non-responses – to each and every one of Plaintiff's Set One written discovery requests. On October 20, 2021, Plaintiff's counsel served Defendant's counsel with a seven-page L.R. 37-1 letter. (Exhibit 6). Prior to conference, on November 1, 2021, Defense counsel served "Objections and Responses" to Plaintiff's Interrogatories, and Requests for Production of Documents. At that point—one year and three months into the litigation—Defendant had served no responses whatsoever to Plaintiff's Requests for Admissions. On November 8, 2021, Plaintiff's counsel sent an 11-page L.R. 37-1 letter to Defendant's counsel. (Exhibit 7).

On November 17, 2021, Defendant's counsel served "Objections and Responses" to Plaintiff's Requests for Admissions. On November 23, 2021, Plaintiff's counsel sent Defendant's counsel yet another L.R. 37-1 letter, this time 10 pages. (Exhibit 8).

On December 2, 2021, Plaintiff's counsel and Defendant's counsel conducted

L.R. 37-1 conference, in which Defendant's counsel identified discovery requests he intended to supplement, and which not – most of them not. Nonetheless, the conference lasted more than two hours.

On December 30, 2021, Plaintiff's counsel sent Defendant's counsel a letter summarizing their L.R. 37-1 conference: "Please allow this letter to serve as a checklist for the items to be included in the L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One) and Requests for Admission (Set One)," the letter began. (Exhibit 9). After six pages, the letter concluded, "In our December 2, 2021 L.R. 37-1 conference, we made no progress in getting past any of these issues; and you have not supplemented since then. Therefore, these Requests for Admission will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery, Fed. R. Civ. P. 37, to Plaintiff's Interrogatories (Set One). If you wish to further discuss any of the above, please feel free to contact me." *Id.*

On January 22, 2022, Plaintiff's counsel filed Notice of Motion to Compel Further Responses to Interrogatories, along with a 43-page Joint Stipulation containing analyses of the many reasons why Plaintiff was entitled to responses to her Interrogatories.

Also on January 22, 2022—after 1 year and three months of evasion from Defendant—Plaintiff's counsel filed a Notice of Motion to Compel Further Responses to Requests for Admissions, along with a 41-page Joint Stipulation containing analyses of the many reasons why Plaintiff was entitled to responses to her Requests.

On February 17, 2022, the Honorable John D. Early heard Plaintiff's Motion to Compel Requests for Admissions and Motion to Compel Interrogatories. The Judge granted Plaintiff's Motion to Compel Further Responses to Requests for Admissions almost in its entirety; and partially granted Plaintiff's requests Motion to Compel Further Responses to Interrogatories.

Judge Early ordered Defendant to respond within 20 days. Judge Early's

comments at the hearing underscored the frivolity of Defense counsel's obstructionist strategy throughout this litigation. For example, with respect to Defendant's objections Plaintiff's Requests for Admission No. 5, Judge Early stated, "This does not comply with the spirit or the letter of the law". Defense counsel contended that Request for Admission No. 5 was "vague and ambiguous." Judge Early countered, "No judge in the world is going to sustain such an objection."

After initially denying Plaintiff's motion to compel a further response to Interrogatory No. 6, Judge Early stated that he would be granting it. Defense counsel told Judge Early that he was "doing a 180" and continually interrupted the Judge as he was speaking. "Please don't interrupt me," Judge Early said. "I go by what's in the complaint. She [Plaintiff] has a right to take discovery. The scope of relevancy in discovery is extremely broad. If your objection is based on relevance, then it is overruled. A party's ability to contact witnesses is within the broad scope of discovery. The balance tips in favor of disclosure." Judge Early ordered Defendant to provide verified responses by March 9, 2022.

On February 21, 2022, Plaintiff noticed the deposition of one of Plaintiff's treating physicians, Dr. Clamont Vu.

Plaintiff likewise noticed the depositions of Defense witnesses Nikki Mitchell and Jim Anderson for March 22, 2022; Ashley Chavez for March 23, 2022; Yucelin Sanzhez for March 25, 2022. In addition, Plaintiff noticed the deposition of Defendant's Officer, Director, or Managing Agent Most Qualified for March 18, which Defendant refused to produce. Plaintiff also noticed the deposition of Rena H. Reiss, Marriott's Executive Vice President and General Counsel, which Defendant also refused to produce. Their failure to appear for deposition was the subject of motions to compel that Plaintiff intended on filing.

On March 10, 2022, Defense counsel took the deposition of Ms. Bingham, which lasted the full day.

March 17, 2022, Defense counsel served Defendant's Offer of Judgment per

FRCP 68, which Plaintiff accepted on March 21, 2022. (Exhibit 1).

## IV. ARGUMENT

### a. Rule 68's Policy of Encouraging Settlements

"Rule 68's policy of encouraging settlements is neutral, favoring neither plaintiffs nor defendants; it expresses a clear policy of favoring settlement of all lawsuits. Civil rights plaintiffs — along with other plaintiffs — who reject an offer more favorable than what is thereafter recovered at trial will not recover attorney's fees for services performed after the offer is rejected. But, since the Rule is neutral, many civil rights plaintiffs will benefit from the offers of settlement encouraged by Rule 68. Some plaintiffs will receive compensation in settlement where, on trial, they might not have recovered, or would have recovered less than what was offered. And, even for those who would prevail at trial, settlement will provide them with compensation at an earlier date without the burdens, stress, and time of litigation. In short, settlements rather than litigation will serve the interests of plaintiffs as well as defendants." *Marek v. Chesny*, 473 U.S. 1, 10 (1985). "Application of Rule 68 will require plaintiffs to 'think very hard' about whether continued litigation is worthwhile; that is precisely what Rule 68 contemplates." *Id.*, at 11.

"Rule 68's cost-shifting provision is generally intended to encourage settlement by providing both defendants and plaintiffs with strong incentives to end the litigation early. The stakes for a plaintiff who receives an Offer of Judgment under Rule 68 are especially high in civil rights cases." *Erdman v. Cochise County*, 926 F.2d 877, 880 (9th Cir. 1991).

"If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment." FED. R. CIV. P. 68 (a). "Once accepted, an offer of judgment becomes a settlement agreement." *Miller v. City of Portland*, 868 F.3d 846, 850 (9th Cir. 2017).

**b. State Law Applies to Calculation of Attorney Fee Awards in Federal Court in Suits Brought Under State Law**

"Calculation of attorney's fee awards in cases brought under state law is a substantive matter to which state law applies." *Rodriguez v. Cnty. of L.A.*, 891 F.3d 776, 809 (9th Cir. 2018); *Harmsen v. Smith*, 693 F.2d 932, 946 (9th Cir. 1982); *In re Larry's Apartment, L.L.C.*, 249 F.3d 832, 838 (9th Cir. 2001).

**c. Determining Lodestar is First Step in Calculating Amount of Attorneys' Fee Award in FEHA Cases**

"In determining the fee award, the trial court must first determine a 'lodestar' or 'touchstone' figure, which is the product of the number of hours worked by the attorneys and a reasonable fee per hour. The trial court then has the discretion to increase or reduce the lodestar figure by applying a positive or negative multiplier based on a variety of factors." *Taylor v. Nabors Drilling USA, LP*, 222 Cal.App.4th 1228, 1249 (2014). "These factors include the quality of the representation, the novelty and difficulty of the issues presented, the results obtained, the attorneys' experience, and the contingent risk involved." *Greene v. Dillingham Construction, N.A., Inc.*, 101 Cal.App.4th 418, 426 (2002); *see also Flannery v. Prentice*, 26 Cal.4th 572, 581 (2001).

**d. Under the FEHA, Plaintiff is Entitled to Full Compensation for All Hours Spent, Including Time Spent on Fee Motion**

Absent circumstances rendering the award unjust, fees recoverable ordinarily include recovery for all hours spent, including those necessary to establish and defend the fee claim. *Serrano v. Unruh*, 32 Cal.3d 621, 640 (1982); *Downey Cares v. Downey Community Development Comm.*, 196 Cal.App.3d 983, 997-98 (1987) (holding that court may award attorney's fees for all time spent, including on fee-related issues). "Under the FEHA, fees are *not* limited to a percentage of the plaintiff's recovery, and ordinarily, the attorney who takes a FEHA case can anticipate receiving full compensation for every hour spent litigating a claim. Only in the unusual case in which there are special circumstances [which] render such an award—that is, an award of the

full lodestar for all hours reasonably spent—unjust does California FEHA law permit a lodestar reduction for results obtained. *Beaty v. BET Holdings, Inc.*, 222 F.3d 607, 612 (9th Cir. 2000); *see also Weeks v. Baker & McKenzie*, 63 Cal.App.4th 1128, 1175-76 (1998).

Awarding full compensation for every hour spent litigating a FEHA case is the rule. Failing to award the full amount is the rare exception. Indeed, as California appellate courts and the Ninth Circuit have held, it is only in the unusual case, and under special circumstances, that the law allows less than full compensation for every hour spent litigating a FEHA case.

**e. Plaintiff is Entitled to Full Compensation for All Time Spent on Case**

Here, Plaintiff's counsel spent a total of 541.90 hours litigating this action, from March 30, 2020, until the Rule 68 offer was served on March 17, 2022. This offer followed nearly two years of litigation – much of it highly contentious and motion-driven, as detailed above. The number of hours dedicated to this case partly reflect the amount of effort that was required to make progress on discovery in light of Defense counsel's obstruction. The number of hours spent are reasonable based on the length of time of this litigation, the nature of the suit, the number of factual issues in play and the extensive efforts involved to coerce Defendant into complying with its discovery obligations. And because there are no special circumstances that render the requested number of hours unjust, Plaintiff is entitled to full compensation for all 541.90 hours spent on this case.

**f. Evidence Required to Prove Number of Hours Spent in Lodestar Calculation**

"An award of attorney fees may be based on counsel's declarations, without production of detailed time records." *Raining Data Corp. v. Barrenechea*, 175 Cal.App.4th 1363, 1375 (2009)**.** "California case law permits fee awards in the absence of detailed time sheets." *Wershba v. Apple Computer, Inc.*, 91 Cal.App.4th 224, 255 (2001).

This Court requires that "any motion or application for attorney's fees shall include a spreadsheet in Microsoft Excel format. Each billed task shall be set forth on a separate line that consists of the following columns: (1) in 'date' format, the date the task was performed; (2) the timekeeper (attorney or paralegal) performing the task; (3) a description of the task performed; (4) in 'number' or 'currency" format, the hourly rate of the relevant timekeeper; (5) in 'number' format, the time expended on the task; and (6) as a formula, a calculation of the fee charged for each task." (Court Rule 26, Motions for Attorney Fees (Civil Cases)).

**g. Plaintiff Has Met Her Evidentiary Burden to Establish Number of Hours Spent**

Here, Plaintiff has submitted contemporaneous time records detailing all hours spent on this action, including the identity of the attorney performing the work, a description of the work, the date the work was performed, the hourly rate charged and amount of time spent performing it. As such, she has met her burden to establish the number of hours spent on this action.

According to the contemporaneous time records, Plaintiff's counsel have spent no less than 541.90 hours of work on this case in the 24 months since they were retained by Plaintiff up until the date of Defendant's Rule 68 Offer. (Exhibit 10). The work performed on this case includes the initial consultations with the client, investigating her claims, researching legal issues specific to her claims, reviewing various materials produced by Plaintiff, drafting the Complaint, numerous communications with the client and opposing counsel, attending court hearings, propounding numerous sets of discovery, multiple communications with counsel regarding deficient discovery responses, researching and writing numerous and voluminous meet and confer letters, moving to compel deficient discovery responses, responding to discovery, preparing Plaintiff for her deposition, drafting the mediation brief, attending mediation, attending numerous court hearings and numerous internal discussions amongst the attorneys handling this case. In addition, Plaintiff's counsel will have spent no less than 39.6 hours

in connection with this fee motion.

The number of hours spent on the case is reasonable. The period of time for which Mr. Pimentel and Mr. Murray provided legal services in connection with this case is approximately two years—March 30, 2020 to March 17, 2022. If one were to divide the total number of hours claimed by the number of weeks that Mr. Murray and Mr. Pimentel performed legal services on the case, the total number of hours requested amounts to 5.2 hours of work per week performed on the case (2.6 hours per week per attorney), well within the range of reasonable for a hotly contested employment discrimination case.

**g. Showing Required to Establish Hourly Rate**

In determining the reasonable hourly rate for a fee award, courts look to the "hourly prevailing rates for private attorneys in the community conducting noncontingent litigation of the same type." *Ketchum v. Moses,* 24 Cal. 4th 1122, 1133 (2001). The moving party need not establish hourly rate through expert testimony. *PLCM Group, Inc. v. Drexler*, 22 Cal.4th 1084, 1096 (2000). National fee surveys, such as *The National Law Journal*, have been relied upon as evidence of prevailing market rates for attorney's fees. *See, e.g., Maughan v. Google Tech, Inc.*, 143 Cal.App.4th 1242, 1256 (2006); *see also Guardian Life Ins. Co. v. Andraos*, 2009 WL 3734156, at *2 (C.D. Cal. Nov. 5, 2009) (holding hourly billing rates based on those found in *The National Law Journal* survey reasonable).

*Filiberto Negrete v. Ford Motor Co. et al.*, No. 18-cv-1972-DOC-KKx, 2019 WL 4221397, at *3 (C.D. Cal. June 5, 2019) ("Plaintiff has demonstrated that counsel has been awarded attorneys' fees at similar rates under the Song-Beverly Act. Such evidence is generally sufficient to show that an attorney's hourly rates are reasonable."). *Heffington v. FCA US LLC*, No. 2:17-cv-00317-DAD-JLT, at *11-12 (E.D. Cal. Aug. 24, 2020).

**h. Plaintiff Has Met Her Burden to Establish Entitlement to Hourly Rates Sought**

As set forth in their declarations, Mr. Murray's has been admitted to practice for seven years and Mr. Pimentel for 12. A substantial portion of their practice is in the area of employment litigation and FEHA-related claims, including discrimination and wrongful termination. Both counsel regularly attend conferences, seminars and conventions offered by Plaintiffs attorneys' organizations, and stay informed on new developments in the field of employment law through various law publications. They are a members of the Consumer Attorneys Association of Los Angeles (CAALA), the California Employment Lawyers Association (CELA) and the California State Bar Labor & Employment Law Section. Mr. Pimentel has conducted numerous jury trials, bench trials and arbitrations, and obtained multiple verdicts and settlements for six and seven figure amounts. Mr. Murray has second-chaired arbitrations and jury trials.

Further, the Motion is supported by the 2014 billing survey from the *National Law Journal* that sets forth prevailing market rates of employment law attorneys nationwide in 2014. According to that survey, the hourly rates charged by Plaintiffs' counsel are lower than the rates that were being charged seven years ago by other employment litigators with similar levels of experience in the community. Indeed, Mr. Pimentel's hourly rate for legal services is presently $700, which is lower than the $740 per hour charged by partners at Manatt, Phelps & Phillips's Los Angeles office in the year 2014. Further, Mr. Murray's $450 hourly rate is also less than the $415 average hourly rate that was charged by associate attorneys at Sheppard, Mullin, Richter, & Hampton's Los Angeles office in the year 2014. In addition, both Mr. Pimentel and Mr. Murray have previously been awarded attorneys' fees at the same rates requested in this motion. Based on the above, the hourly rates claimed by Plaintiff's counsel are reasonable.

The 541.90 hours of work spent on this case as of the date of the Rule 68 Offer, multiplied by counsel's $450 and $700 hourly rates, total $258,602.50. In addition, the

39.6 hours of work have already been spent in connection with the fee motion, as well as the 10 hours anticipated to be spend researching and drafting the reply, multiplied by counsel's $450 and $700 hourly rates, totals $26,670. Based on the foregoing, the total attorneys' fees lodestar is $284,597.50.

**i. An Attorney's Fee Award in a FEHA Case is Not Anchored by the Amount of the Settlement or Judgment**

"A trial court does not under California law abuse its discretion simply by awarding fees in an amount higher, even very much higher, than the damages awarded, where successful litigation causes conduct which the FEHA was enacted to deter to be exposed and corrected." *Beaty*, 222 F.3d 607 at 613-614; *see e.g., Vo v. Las Virgenes Mun. Water District*, 79 Cal.App.4th 440, 445 (2000) (trial court awarded Plaintiff in FEHA case $470,000 in attorney's fees where award for compensatory damages was less than $40,000 because the award served the FEHA's objectives of exposing and deterring discrimination); *see also Harman v. City & County of San Francisco*, 158 Cal.App.4th 407, 428 (2007) (fee award exceeding $1 million where only $30,300 compensatory damages recovered was not abuse of discretion). "Multipliers can range from 2 to 4 or even higher." *Wershba v. Apple Computers, Inc.*, 91 Cal.App.4th 224, 255 (2001).

As our United States Supreme Court stated, "because damages awards do not reflect fully the public benefit advanced by civil rights litigation, Congress did not intend for fees in civil rights cases, unlike most private law cases, to depend on obtaining substantial monetary relief. Rather, Congress made clear that it 'intended that the amount of fees awarded under [42 U.S.C. § 1988] be governed by the same standards which prevail in other types of equally complex Federal litigation, such as antitrust cases and *not be reduced because the rights involved may be nonpecuniary in nature.*' Senate Report, at 6, U.S.Code Cong. & Admin.News 1976, p. 5913 (emphasis added). Counsel for prevailing parties should be paid, as is traditional with attorneys compensated by a fee-paying client, *for all time reasonably expended on a matter*. The

Senate Report specifically approves of the fee awards made in cases such as *Stanford Daily v. Zurcher,* 64 F.R.D. 680 (ND Cal.1974); *Davis v. County of Los Angeles, supra;* and *Swann v. Charlotte-Mecklenburg Board of Education,* 66 F.R.D. 483 (WDNC 1975). In each of these cases, counsel received substantial attorney's fees despite the fact the plaintiffs sought no monetary damages. Thus, Congress recognized that reasonable attorney's fees under § 1988 are not conditioned upon and need not be proportionate to an award of money damages. The lower courts have generally eschewed such a requirement." *City of Riverside v. Rivera*, 477 U.S. 561, 575–76 (1986)[1] (internal citations and quotations omitted).

Antidiscrimination statutes such as the FEHA were enacted to expose, deter and correct workplace discrimination. To further those objectives, the highest state and federal courts have incentivized attorneys to represent victims of discrimination who may have otherwise gone unrepresented through their liberal application of antidiscrimination statute attorney's fees provisions. Hence, the ease with which the appellate courts sustain attorney's fees awards that far exceed the damages award; in many cases, more than 10, 20 or even 30 times the amount of the damages award.

By permitting attorney's fee awards that far exceed the damages award, courts have ensured that unlawful employment discrimination—whether or not the victim sustains high damages—does not go undeterred. Indeed, if an attorney's fee award in a FEHA case was predicated on the amount of the Plaintiff's damages award, California's public policy of deterring workplace discrimination would be undermined because victims who happen to be low wage earners, as is the case with Plaintiff, would get unequal access to representation because attorneys would have less incentive to represent them. Such a result would run counter to the FEHA's objectives of eliminating

---

[1] "Because the antidiscrimination objectives and relevant wording of title VII of the Civil Rights Act of 1964 (Title VII) [(42 U.S.C. § 2000e et seq.)] [and other federal antidiscrimination statutes] are similar to those of the FEHA, California courts often look to federal decisions interpreting these statutes for assistance in interpreting the FEHA." *Richards v. CH2M Hill, Inc.*, 26 Cal.4th798, 812 (2001).

the scourge of workplace discrimination. Indeed, discrimination is equally repugnant when committed against low wage earners as it is with high wage earners. Thus, pursuant to California and U.S. Supreme Court precedent, the amount and reasonableness of the attorney's fee award is not predicated on the amount of the damages recovered.

**j. Contingent Risk and Delay in Payment**

"The multiplier for contingent risk brings the financial incentives for attorneys enforcing important constitutional rights into line with incentives they have to undertake claims for which they are paid on a fee-for-services basis. Applying a fee enhancement does not inevitably result in a windfall to attorneys: Under our precedents, the unadorned lodestar reflects the general local hourly rate for a *fee-bearing case;* it does *not* include any compensation for contingent risk, extraordinary skill, or any other factors a trial court may consider under *Serrano III.* The adjustment to the lodestar figure, e.g., to provide a fee enhancement reflecting the risk that the attorney will not receive payment if the suit does not succeed, constitutes earned compensation; unlike a windfall, it is neither unexpected nor fortuitous. Rather, it is intended to approximate market-level compensation for such services, which typically includes a premium for the risk of nonpayment or delay in payment of attorney fees." *Greene,* 101 Cal.App.4th at 426-27. Consequently, it is reversible error for the trial court to fail to take into consideration contingent risk as a factor in its decision to grant or deny a multiplier to an attorney's fee award in a FEHA case. *Id.* at 428-29.

In March 2020, Plaintiff retained Pimentel Law, P.C. on a contingency basis. Under the terms of the agreement, the plaintiff would be charged a percentage of any recovery obtained by way of settlement or judgment, and would have no obligation to pay the law firm for any legal services rendered if no recovery was obtained. Further, under the terms of the agreement, Pimentel Law, P.C. agreed to advance 100% of the litigation costs, and in the event that the firm failed to obtain a recovery on Plaintiff's behalf, Pimentel Law, P.C. would be responsible for paying her costs.

Unlike defense lawyers, who ordinarily expect and receive payment at the time the services are rendered, plaintiffs lawyers who take cases on a contingency must usually wait years before they are compensated for any work—as is the case here. Pimentel Law, P.C. undertook the risk of receiving no compensation whatsoever for the significant amount of work that was performed on this case. As with most contingency cases, at the time that Pimentel Law, P.C. agreed to represent Plaintiff, there was no guarantee that any recovery would be obtained by way of settlement or judgment. In addition, Pimentel Law, P.C. has experienced a significant delay in payment, working hundreds of hours over the last two years with no payment whatsoever.

Aside from the risk of nonpayment of fees, Pimentel Law, P.C. also undertook the additional risk of losing all out of pocket expenses necessary to pursue Plaintiff's claim. Pursuant to the *Greene* case, *supra*, Plaintiff is entitled to a premium for the risk of nonpayment and delay in payment of attorney fees.

**k. Results Obtained**

In determining whether a good result was obtained, the two most relevant factors are the strength of liability and the amount of damages at issue. Here, Defendant vehemently disputed liability. Indeed, during his last conversation with Mr. Murray, he discussed how poorly Plaintiff had allegedly performed during her deposition, pointing out as examples, her testimony that (1) after March 2, 2020, she failed to obtain a note from a doctor extending her medical leave of absence and (2) that on March 3, 2020, Plaintiff denied having abdominal pain to her gastroenterologist (thus undermining her claim that she continued to be disabled). In that conversation, Mr. McCaffrey stated that Ms. Bingham was "AWOL" when management was attempting to reach her from March 1-6, 2020, beyond the period allowed by Marriott procedure, and thus the company was justified in terminating her.

Although Plaintiff did in fact testify that she failed to obtain a note from a doctor extending her medical leave of absence beyond March 2, 2020, her testimony was incorrect. Indeed, while in the hospital, the gastroenterologist provided Ms. Bingham

with a note dated January 24, 2020 for her employer, stating that she was "totally disabled until further notice," which Ms. Bingham's daughter texted to Plaintiff's Supervisor, Ms. Sanchez, that same date. In light of Ms. Bingham's incorrect testimony, Plaintiff's counsel intended on calling other witnesses to testify as to this note proving that she had authorization to remain on leave beyond March 2, 2020, including Plaintiff's daughter, Ms. Sanchez and the gastroenterologist. Further, although Plaintiff testified that she denied having abdominal pain on March 3, 2020—thereby giving Defendant an opening to argue that Ms. Bingham was no longer disabled and no longer required accommodation—Plaintiff's counsel intended on calling two of Plaintiff's treating gastroenterologists to testify that Ulcerative Colitis symptoms are not static, and that the absence of abdominal pain on this visit does not prove that Plaintiff was no longer disabled or that she no longer required additional time off. Lastly, Plaintiff's counsel would have countered Defendant's narrative that Plaintiff was AWOL from March 1-6, 2020 with Plaintiff's testimony that she did not immediately call back her managers because of the pressure she felt by them to prematurely return to work when she was not yet ready.

Although Plaintiff's counsel believes that Plaintiff had compelling arguments and evidence to counter Defendant's defenses, the fact that liability was so hotly contested created at least a possibility that Plaintiff would fail to obtain a unanimous verdict, as required in federal court.

Because Plaintiff earned $17 per hour at Marriott, and lost 20 months of income from the date of her termination to the date that she was hired at her new housekeeping job, her maximum claim for backpay totaled $54,400 (assuming the jury found Plaintiff sufficiently mitigated her damages over the entire 20-month period of unemployment). Further, it is conceivable that even if Plaintiff would have proved liability, her award for noneconomic damages could have been modest given the fact that Defendant would have introduced evidence that her mother tragically passed away due to medical malpractice about one month after Plaintiff's termination, and that most of her

emotional harm she experienced after her termination was therefore allegedly attributable to the loss of her mother, as opposed to the termination.

In light of the uncertainty of proving liability, the relatively modest amount of economic damages at issue, and the uncertainty as to the amount of her noneconomic damages, the result obtained for the Plaintiff in this case was fair. Indeed, the $60,000 judgment will be sufficient to make her whole for her claim for backpay, and also partially compensate her for the emotional harm caused by the loss of her housekeeping job, all without having to prove her case at trial.

**l. Novelty and Difficulty of Issues Presented**

Although this case did not present any novel issues, it did present some difficult factual ones. Indeed, the employer claimed that Plaintiff was allegedly justifiably terminated for being “absent without leave” for more than three days, in violation of company policy. Plaintiff therefore would have had to persuade the jury that she was justified in failing to return their calls right away. Further, proving the nature and extent of Ms. Bingham’s disability required Plaintiff’s counsel to attain a sufficient knowledge and understanding of Ulcerative Colitis, as well as acquiring a familiarity with Plaintiff’s voluminous medical records. Proving the nature and extent of Ms. Bingham’s disability would have also required expert testimony. In addition, proving that Ms. Bingham made certain phone calls to her doctors and her employer on certain dates would have required the use of phone records, which Plaintiff’s counsel subpoenaed from Plaintiff’s phone carriers. Proving that Ms. Bingham did not in fact resign in light of her March 9, 2020 conversation with Human Resources wherein she stated “maybe I’ll just resign,” would have required persuasive testimony from Ms. Bingham explaining that this comment was not an affirmative statement that she was in fact resigning, but rather, a means of conveying to management that she was not yet physically ready to return to work. Lastly, in light of mistaken testimony Plaintiff gave about the existence of certain doctor’s notes, Plaintiff’s counsel would have been required to rely on other expert and lay witnesses who could establish that Plaintiff did

in fact have authorization to be on medical leave at the time she was terminated. In light of the foregoing, there were several factual issues in this case that presented some difficulties.

**m. Quality of Representation**

The plaintiff received quality representation. Indeed, at every stage of the litigation, Plaintiff's counsel maintained regular communication with Plaintiff; made sure she was informed of significant events, prepared her (twice) for deposition, appeared at her deposition, and always responded to her within a reasonable time of making inquiries to the law office. Plaintiff's counsel were diligent in working up their case by immediately exhausting FEHA's prefiling exhaustion requirements, promptly filing the complaint, immediately engaging in written discovery, immediately meeting and conferring with opposing counsel regarding deficient discovery responses, filing discovery motion after discovery motion, engaging in numerous difficult communications with opposing counsel regarding this case (which included personal attacks and insults by Mr. McCaffery), performing periodic reviews of the file, locating Ms. Bingham's doctors to serve as witness and experts, immediately obtaining Plaintiff's medical records and by bringing this case to a successful resolution through settlement without having to incur excessive litigation costs. To give the Court a sense of how extensive the difficult discovery and meet and confer process were in this case, Plaintiff has attached numerous meet and confer correspondences, documenting the difficulty in getting Defendant to comply with discovery obligations. (Exhibits 5-9). Unfortunately, the only way to get Plaintiff the information that she was entitled to in discovery was to file discovery motions. Thus, in light of the foregoing, the quality of representation provided by Plaintiff's counsel was good.

**n. Attorney's Experience**

As discussed above, Mr. Pimentel is a seasoned litigator and experienced trial lawyer with over 12 years of experience. Mr. Murray has been practicing law for seven years and likewise has a good deal of litigation experience. Both focus their practices

almost entirely on employment litigation, continuously keep up to date on the latest developments in the field of employment law and have tried numerous cases to verdict.

**o. In Light of Relevant Factors, a Lodestar Multiplier of .50 is Warranted**

In light of the relevant factors, a lodestar multiplier of no less than .50 is warranted. Indeed, the two-year delay in payment of attorneys' fees, as well as delay in repayment of thousands of dollars in costs, warrants a multiplier of at least .25. As held in the *Greene* decision, *supra*, a lodestar multiplier to compensate for the delay in payment constitutes earned compensation. It is not a windfall, and is neither unexpected nor fortuitous. Further, a lodestar multiplier of no less than .25 is likewise warranted to compensate for the risk of nonpayment of attorneys' fees, as well as the risk of losing thousands of dollars in costs advanced on the client's behalf.

**p. Costs**

Trial court found that fees of the clerk, fees for service of summons and subpoena, jury fees, deposition costs, expert witness fees, messenger services, mediation fees, courier and travel were all recoverable costs on motion for attorneys' fees because a federal court sitting in diversity applies the state substantive law, which allowed for recovery of such costs. *Heffington v. FCA US LLC*, No. 2:17-cv-00317-DAD-JLT (E.D. Cal. Aug. 24, 2020). Here, the FEHA (Cal. Gov. Code § 12965) allows the prevailing party to recover reasonable costs.

Defendant's Rule 68 Offer agreed to pay Plaintiff's "reasonable costs" incurred through the date of the Offer. Thus, Plaintiff is entitled to recover her costs as a matter of contract. Further, because the clerk must enter judgment after an acceptance of a Rule 68 Offer is filed, Plaintiff is also entitled to costs under California Government Code § 12965 as the prevailing party.

As set forth in the attached spreadsheet of costs, Pimentel Law, P.C. incurred $12,298.91 in unreimbursed costs in prosecuting this suit on behalf of the plaintiff, including filing fees, postage, service of summons and subpoenas and mediation.

(Exhibit 11). These fees were all reasonable because they were necessary to pursue this litigation.

**VII. CONCLUSION**

Based upon the foregoing, the plaintiff respectfully requests that this Court grant her motion for attorney's fees, set the lodestar figure at $284,597.50, apply a minimum lodestar multiplier of .50, for a total of $426,896.25 in attorneys' fees and $12,298.91 in costs.

**PIMENTEL LAW, P.C.**

Dated: March 30, 2022

By: *Bruce Murray*
Bruce T. Murray, Esq.
Attorney for Plaintiff Patricia Bingham

# DECLARATION OF BRUCE T. MURRAY

1. I am an attorney at law duly licensed to practice before the United States District Court, Central District of California, and I am the attorney of record for Plaintiff in the above-entitled action.

2. I have personal knowledge of all facts contained within this declaration.

3. If called to testify to any fact contained within this declaration, I would and could be competent to do so.

4. On March 17, 2022, Defendant's counsel Timothy B. McCaffrey, Jr. served me with an offer of Judgment pursuant to Federal Rules of Civil Procedure, Rule 68, which agreed to pay Plaintiff Patricia Bingham a total sum of $60,000, exclusive of reasonable costs and attorney's fees incurred through the date of the offer, to be determined via noticed Motion. A true and correct copy of this document is attached hereto as Exhibit 1.

5. On March 21, 2022, on behalf of Plaintiff Patricia Bingham, I served an acceptance of the offer on Defense counsel. A true and correct copy of this document is attached hereto as Exhibit 1.

6. On March 21, 2022, I filed Defendant's FRCP 68 offer with this Court.

7. On June 9, 2020, on behalf of Patricia Bingham, I filed the initial complaint, commencing this action in the Orange County Superior Court, alleging, among other things, disability discrimination and failure to accommodate in violation of the FEHA.

8. On September 11, 2020, Defendant served its Answer.

9. On October 5, 2020, I served on Defendant (1) Requests for Admissions – comprising of 59 requests; (2) Requests for Production of Documents – comprising of 16 requests; (3) Plaintiff's Special Interrogatories – comprising of 22 interrogatories; and (4) Plaintiff's Form Interrogatories–Employment Law.

10. Between November 2020 and February 2021, I granted Defendant's counsel Timothy B. McCaffrey, Jr. multiple extensions to respond. After Mr. McCaffrey failed to serve any responses, I imposed a firm March 1, 2021 deadline. However, instead of

providing responses, Mr. McCaffrey served objections-only to every single discovery request. The boilerplate objections totaled 81 pages.

11. On March 2, 2021, I sent Mr. McCaffrey a meet and confer letter setting forth the legal and factual bases that entitled Plaintiff to responses, and I requested that Defendant supplement its discovery responses. The letter was ignored. As such, on March 18, 2021, I filed four motions to compel further responses. Three were scheduled to be heard on the same date, while a fourth was scheduled to be heard on a later date.

12. On March 25, 2021, Mr. McCaffrey began serving "Objections and Responses" to Plaintiff's discovery, in apparent attempt to moot the motions.

13. On April 15, 2021, Mr. McCaffrey noticed the deposition of Plaintiff, to take place on May 4, 2021. I and Mr. Pimentel engaged in extensive preparation for the deposition. However, three days prior to the deposition, Mr. McCaffrey unilaterally cancelled it.

14. On April 19, 2021, the Orange County Superior Court issued a tentative ruling as to three of the four discovery motions, denying them as moot, but granted monetary sanctions against Defendant. At the hearing, Mr. McCaffrey persuaded the trial court to deny the sanctions.

15. On April 19, 2021, I sent Mr. McCaffrey a meet and confer letter seeking supplemental responses to Plaintiff's written discovery. A true and correct copy of this letter is attached hereto as Exhibit 5. At this point, so much of Plaintiff's discovery requests remained unaddressed, the meet and confer letter was 18 pages. However, rather than supplementing discovery, and rather than taking part in the fourth hearing in the series of Plaintiff's motions to compel, Defendant filed its Notice of Removal in this Court on May 5, 2021.

16. On August 9, 2021, the parties engaged in a full-day mediation with the Honorable Michael Latin (Ret.). The parties were unable to resolve the suit on that day.

17. On September 8, 2021, I re-propounded written discovery, consisting of 37 Requests for Admission, 22 Interrogatories and 22 Requests for Production of

Documents.

18. Repeating the same pattern as in state court, on October 15, 2021, Mr. McCaffrey served nothing but objections – and non-responses – to each and every one of Plaintiff's Set One written discovery requests.

19. On October 20, 2021, I served Mr. McCaffrey a seven-page L.R. 37-1 letter. A true and correct copy of this letter is attached hereto as Exhibit 6.

20. On November 1, 2021, Mr. McCaffrey served "Objections and Responses" to Plaintiff's Interrogatories, and Requests for Production of Documents. At that point, Defendant had served no responses to Plaintiff's Requests for Admissions.

21. On November 8, 2021, I sent Mr. McCaffrey an 11-page L.R. 37-1 letter. A true and correct copy of this letter is attached hereto as Exhibit 7.

22. On November 17, 2021, Mr. McCaffrey served "Objections and Responses" to Plaintiff's Requests for Admissions.

23. On November 23, 2021, I sent Mr. McCaffrey yet another L.R. 37-1 letter, this time 10 pages. A true and correct copy of this letter is attached hereto as Exhibit 8.

24. On December 2, 2021, I conducted L.R. 37-1 conference with Mr. McCaffrey, who identified discovery requests he intended to supplement, and which not – most of them not. Nonetheless, the conference lasted more than two hours.

25. On December 30, 2021, I sent Mr. McCaffrey a letter summarizing our L.R. 37-1 conference. The letter states, "Please allow this letter to serve as a checklist for the items to be included in the L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One) and Requests for Admission (Set One)." A true and correct copy of this letter is attached here as Exhibit 9. This letter concluded, "In our December 2, 2021 L.R. 37-1 conference, we made no progress in getting past any of these issues; and you have not supplemented since then. Therefore, these Requests for Admission will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery, Fed. R. Civ. P. 37, to Plaintiff's Interrogatories (Set One). If you wish to

further discuss any of the above, please feel free to contact me."

26. On January 22, 2022, I filed Notice of Motion to Compel Further Responses to Interrogatories, along with a 43-page Joint Stipulation containing analyses of the many reasons why Plaintiff was entitled to responses to her Interrogatories.

27. On January 22, 2022, I filed Notice of Motion to Compel Further Responses to Requests for Admissions, along with a 41-page Joint Stipulation containing analyses of the many reasons why Plaintiff was entitled to responses to her Interrogatories.

28. On February 17, 2022, the Honorable John D. Early heard Plaintiff's Motion to Compel Requests for Admissions, and Motion to Compel Interrogatories. The Judge granted Plaintiff's Motion to Compel Further Responses to Requests for Admissions almost in its entirety; and the Judge granted one of Plaintiff's requests in her Motion to Compel Further Responses to Interrogatories.

29. Judge Early ordered Defendant to respond within 20 of Plaintiff's Requests for Admission. With respect to Defendant's objections Plaintiff's Requests for Admission No. 5, Judge Early stated, "This does not comply with the spirit or the letter of the law". Defense counsel contended that Request for Admission No. 5 was "vague and ambiguous." Judge Early countered, "No judge in the world is going to sustain such an objection."

30. After initially denying Plaintiff's motion to compel a further response to Interrogatory No. 6, Judge Early stated that he would be granting it. Defense counsel told Judge Early that he was "doing a 180" and continually interrupted the Judge as he was speaking. "Please don't interrupt me," Judge Early said. "I go by what's in the complaint. She [Plaintiff] has a right to take discovery. The scope of relevancy in discovery is extremely broad. If your objection is based on relevance, then it is overruled. A party's ability to contact witnesses is within the broad scope of discovery. The balance tips in favor of disclosure." Judge Early ordered Defendant to provide verified responses by March 9, 2022.

31. On February 21, 2022, I noticed the deposition of one of Plaintiff's treating

physicians, Dr. Clamon Vu.

32. I noticed the depositions of Defense witnesses Nikki Mitchell and Jim Anderson for March 22, 2022; Ashley Chavez for March 23, 2022; Yucelin Sanzhez for March 25, 2022. I also noticed the deposition of Defendant's Officer, Director, or Managing Agent Most Qualified for March 18, who Defendant refused to produce. And I noticed the deposition of Rena H. Reiss, Marriott's Executive Vice President and General Counsel, who Defendant refused to produce.

33. On March 10, 2022, Mr. McCaffrey deposed Ms. Bingham. The deposition lasted the full day.

34. I am an associate attorney at Pimentel Law, PC, and I have been licensed to practice law since 2015. My hourly rate for legal services as of 2022 is $450.

35. A large portion of my practice is in the area of employment litigation, including wrongful termination claims. I regularly attend conferences, seminars and conventions offered by Plaintiffs attorneys' organizations, and stay informed on new developments in the field of employment law through various law publications. I am also a member of the Consumer Attorneys Association of Los Angeles (CAALA) and the California Employment Lawyers Association (CELA).

36. My hourly rate is commensurate with the rates charged by other Los Angeles attorneys with similar experience.

37. The attached time records that attribute time spent by me accurately reflect the tasks I performed on this case, as well as the amount of time spent on those tasks.

38. The attached expense records accurately reflect costs that have been incurred in connection with this litigation.

39. I was awarded a rate of $450 per hour the matter of *Ammar Alhashlamoun v. Blue Box Marketing, LLC, Nuri Alraizti, and Mark Moshayedi,* Orange County Super. Ct. No. 30-2020-01152950-CU-OE-CXC, on July 30, 2021 and again on December 9, 2021. Further, I was tentatively awarded attorneys' fees in three motions to compel in *Bingham v. Marriott International, Inc.,* Orange County Super. Ct. No.

30-2020-01147669-CU-WT-CJC; but at the hearing, Mr. McCaffrey persuaded the trial court to deny the sanctions. In that Motion, my requested hourly rate was $450 per hour. In its tentative ruling, the court reduced the number of hours for which I sought compensation. However, the tentative made no mention of a reduction of my requested $450 hourly rate.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 30, 2022

By /s/ *Bruce Murray*
Bruce T. Murray

**DECLARATION OF GABRIEL J. PIMENTEL**

I, Gabriel J. Pimentel, declare as follows:

1. I am an attorney at law duly licensed to practice before the State Courts of California and the United States District Court, Central District of California, and the attorney of record for Plaintiff in the above-entitled action.

2. I have personal knowledge of all facts contained within this declaration, except those that are stated upon information and belief.

3. If called to testify to any fact contained within this declaration, I would and could be competent to do so.

4. I am the principal of Pimentel Law, P.C.. My hourly rate for legal services as of 2021 is $700.

5. From 2016 to 2018, my hourly rate was $500. I was awarded a rate of $500 per hour on the following matters: (1) on October 18, 2016, a case entitled *Day v. U.S. Security Associates, Inc., et al.*, case # BC612920; (2) on December 15, 2016, on a case entitled *Anita Castro v. LAUSD*, case # BC622093; (3) on April 18, 2017, on a case entitled *Michelle Leftridge v. Wal-Mart Stores, Inc., et al.*, case # CIVDS1604806; (4) on November 2, 2017 and February 9, 2018, on a case entitled *Florentino Cantero v. Gloria Moreno, et al.*, case # BC613465.

6. From 2019 to 2020, my hourly rate was $600. I was awarded a rate of $600 per hour on the following matters: (1) on June 18, 2019, on case entitled *Rafael Maldonado v. Tim Razzari Motors, Inc.*, case # 18CV-02268 and (2) on August 2, 2019, in a case entitled *Alice Parra v. UMNPA, LLC, et al.*, case # 30-2018-01035870.

7. I have been awarded an hourly rate of $700 on the following matters: (1) *Jorge Velazquez v. TEC of California, Inc.*, case # CIVDS1809415 and (2) *Ceeja Barr v. Triangle Motors, Inc.*, case # CVRI2100242.

8. I have continuously engaged in the practice of employment litigation, including FEHA claims, since 2009.

9. I regularly attend conferences, seminars and conventions offered by

Plaintiffs attorneys' organizations and stay informed on new developments in the field of employment law through various law publications. I am also a member of the Consumer Attorneys Association of Los Angeles (CAALA), the California Employment Lawyers Association (CELA) and the California Lawyer's Association Labor & Employment Section. Further, I have tried 15 cases since being admitted into practice. Lastly, I am a graduate of CAALA's Plaintiff Trial Academy.

10. My hourly rate is commensurate with the rates charged by other Los Angeles attorneys with similar experience. Indeed, in the *National Law Journal's* 2014 national survey of 159 law firms, the average billing rate for partners was $604, while the average billing rate for associate attorneys was $370. Sheppard, Mullin, Richter, & Hampton had an average rate of $415 for associates and $685 for partners in the year 2014 for their Los Angeles based attorneys. Los Angeles based Manatt, Phelps & Phillips had an average of $740 for partners of their Los Angeles office in 2014.

11. The attached time records that attribute time spent by me accurately reflect the tasks I performed on this case, as well as the amount of time spent on those tasks.

12. In March 2020, Plaintiff retained Pimentel Law, P.C. on a contingency basis. Under the terms of the agreement, the plaintiff agreed to pay a percentage of any recovery obtained by way of settlement or judgment, and would have no obligation to pay the law firm for any legal services rendered if no recovery was obtained. Further, under the terms of the agreement, Pimentel Law, P.C. agreed to advance 100% of the litigation costs, and in the event that the firm failed to obtain a recovery on Plaintiff's behalf, Pimentel Law, P.C. is responsible for paying those costs.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 30, 2022

By /s/ *Gabriel J. Pimentel*
Gabriel J. Pimentel

# EXHIBIT 1

TIMOTHY B. McCAFFREY, JR. (S.B. #192114)
CHESLER McCAFFREY LLP
11661 San Vicente Boulevard, Suite 304
Los Angeles, California 90049
Telephone: (310) 882-6407
Facsimile: (310) 882-6359
Email: tbm@cmlegal.com

Attorneys for Defendant
Marriott International, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA BINGHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. SACV 21-00836-JLS (JDEx)<br><br>**DEFENDANT'S OFFER OF JUDGMENT PER FRCP 68**<br><br>Action Filed: June 9. 2020<br>Trial Date: None Set |

PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68, defendant Marriott International, Inc. ("Defendants) offers that an award be taken or judgment entered according to the following terms: Defendant pays the sum of sixty thousand dollars and zero cents ($60,000.00) (exclusive of all claims for reasonable attorneys' fees and costs incurred as of the date hereof (March 17, 2022) which Plaintiff or her counsel may petition the Court for recovery of via noticed motion) to plaintiff Patricia Bingham ("Plaintiff") in satisfaction of all claims and causes of action purported to be set forth in Plaintiff's complaint in the above captioned action.

Plaintiff may accept this offer by signing below or authorizing her counsel to do

so on her behalf. This offer will remain open for 14 days from service of this offer or the first day of trial, whichever occurs first. If Plaintiff does not accept this offer before that time, this offer will be deemed withdrawn.

DATED: March 17, 2022 CHESLER McCAFFREY LLP

By: ______________________
Timothy B. McCaffrey, Jr.

Attorneys for Defendant
Marriott International, Inc.

Plaintiff Patricia Bingham hereby accepts the above offer on the terms stated. DATED: March 21, 2022

By: ______________________
Bruce T. Murray
[Attorneys for] Plaintiff Patricia Bingham

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11661 San Vicente Boulevard, Suite 304, Los Angeles, CA 90049.

On March 17, 2022, I served true copies of the following document(s) described as **DEFENDANT'S OFFER OF JUDGMENT PER FRCP 68** on the interested parties in this action as follows:

Gabriel Pimentel
Bruce T. Murray
PIMENTEL LAW, P.C.
30 N. Raymond Avenue, Suite 210
Pasadena, CA 91103
gjp@pimentellaw.com
btm@pimentellaw.com

Attorneys for Plaintiff
Patricia Bingham

**BY E-MAIL:** I served the attached via electronic mail to the recipients identified herein on the date hereof and received no return error message.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2022, at Los Angeles, California.

Timothy B. McCaffrey, Jr.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to the within action. My business address is 30 N. Raymond Ave., Ste. 210 Pasadena, CA 91103.

On March 21, 2022, I served a true copy of the document described as **PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PER FRCP 68** on the interested parties in this action as follows in the manner provided in FRCP 5 (b):

☐ By placing true copies enclosed in a sealed envelope addressed to each addressee as follows:

☒ Electronically to from my email address, BTM@PimentelLaw.com on the persons identified below at the following electronic service address: tbm@cmlegal.com

| | |
|---|---|
| Chesler McCaffrey LLP<br>Timothy B. McCaffrey, Jr., Esq.<br>11661 San Vicente Boulevard<br>Los Angeles, CA 90049 | *Counsel for Defendant Marriott International, Inc.* |

☐ BY MAIL:

☐ I deposited each envelope in the mail at Pasadena, California, with postage thereon fully prepaid.

☒ I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Bruce T. Murray ______________________ Bruce Murray

Executed on March 21, 2022 at Pasadena, California.

# EXHIBIT 2

10400 Fernwood Road, Bethesda, MD 20817
(301) 380-3000

Marriott INTERNATIONAL

June 17, 2019

Patricia Bingham

Dear Patricia:

Congratulations on receiving *The Spirit to Serve* Award!

We never know how our actions, however great or small, may make a difference in the lives of others. In a letter from one of our guests, you were recognized for your commitment to service excellence and guest satisfaction.

This pursuit of excellence lies at the heart of Marriott's "spirit to serve" culture. We take great pride in knowing that our success has been driven by this enduring culture and our core values that are demonstrated in the efforts of outstanding people like you.

Congratulations on this important recognition, and thank you for serving our guests with caring and pride. We are grateful for your dedication to our customers and our company.

Thank you,

Bill Marriott
Executive Chairman &
Chairman of the Board

Arne M. Sorenson
President &
Chief Executive Officer

# EXHIBIT 3

10400 Fernwood Road, Bethesda, MD 20817
(301) 380-3000

Marriott INTERNATIONAL

October 14, 2019

Patricia Bingham

Dear Patricia:

Congratulations on receiving *The Spirit to Serve* Award!

We never know how our actions, however great or small, may make a difference in the lives of others. In a letter from one of our guests, you were recognized for your commitment to service excellence and guest satisfaction.

This pursuit of excellence lies at the heart of Marriott's "spirit to serve" culture. We take great pride in knowing that our success has been driven by this enduring culture and our core values that are demonstrated in the efforts of outstanding people like you.

Congratulations on this important recognition, and thank you for serving our guests with caring and pride. We are grateful for your dedication to our customers and our company.

Thank you,

Bill Marriott
Executive Chairman &
Chairman of the Board

Arne M. Sorenson
President &
Chief Executive Officer

# EXHIBIT 4

**From:** Patricia Bingham
**To:** Gabriel J. Pimentel
**Subject:** Fwd: Patricia Bingham
**Date:** Monday, April 13, 2020 12:36:51 PM

---------- Forwarded message ---------
From: **Patricia Bingham** <pbingham1970@gmail.com>
Date: Tue, Apr 7, 2020 at 5:52 PM
Subject: Patricia Bingham
To: <jim.anderson@marriott.com>

Dear Mr. Anderson,

I received your letter saying that I was terminated on 3/13/20 because I didn't return calls and because I resigned. When Ashely and Yuclin were calling me from 3/1/20 to 3/6/20, I was going though a lot of pain and stress from my stomach illness so I wasn't able to call back right away. I also felt a lot of pressure from you guys to come back to work when I still wasn't ready. But when I did call Ashley back on 3/9/20 I told her that I was still under the doctor's care and that I was still in pain. I told her that "I know you've been calling me but I'm still sick." Ashley then said "you need to keep me updated" and that's when I said I can't go back to work in this condition so if you need me to come back right away then maybe I'll just resign. Ashley never said that I could take more time off if I needed it. She just said that I can't resign like that and that in order to resign I needed to fill out some paperwork she would send me. But I never filled out the paperwork because I didn't want to resign. So I am asking please to reinstate me because I don't want to lose my job.

# EXHIBIT 5

PIMENTEL LAW
EMPLOYMENT LAW • PERSONAL INJURY

30 N Raymond Ave Ste 210 Pasadena, CA 91103 | T (626) 765-6505 F (626) 628-3041 | BTM@PimentelLaw.com

April 19, 2021

**Via First-Class U.S. Mail, Email and Fax**

Mr. Timothy McCaffrey, Jr.
Chesler McCaffrey LLP
11661 San Vicente Boulevard
Los Angeles, CA 90049
Facsimile: (310) 882-6359

**Re: Patricia Bingham v. Marriott International, Inc.**

Dear Mr. McCaffrey:

Please allow this letter to serve as my attempt to meet and confer with you regarding Marriott International, Inc.'s supplemental responses to Plaintiff's Special Interrogatories (Set One), Form Interrogatories—Employment (Set One), Requests for Admissions (Set One) and Requests for Production of Documents (Set One).

**SPECIAL INTERROGATORY NO. 1**

On what date was the decision made to terminate Plaintiff's employment with you?

Defendant responds with "March 11-13, 2020." This response is not code-compliant.

"Each answer in a response to interrogatories shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2030.220 (a). Here, Defendant provided a range of possible dates, as opposed to the actual date of termination. Plaintiff is entitled to discover the actual date. Please supplement.

**SPECIAL INTERROGATORY NO. 4**

Provide the names, addresses and phone numbers of all persons who participated in the decision to terminate Plaintiff.

Defendant responds by providing the identities of General Manager, Dianne Markus and Market Director of Human Resources, Jim Anderson. However, it fails to provide their addresses or phone numbers.

"Discovery may be obtained of the identity and location of persons having knowledge

of any discoverable matter ...." CIV. PROC. CODE § 2017.010. "Central to the discovery process is the identification of potential witnesses. The disclosure of the names and addresses of potential witnesses is a routine and essential part of pretrial discovery. Nothing could be more ordinary in discovery than finding out the location of identified witnesses so that they may be contacted and additional investigation performed. Home addresses and telephone numbers are routinely produced during discovery. The location of witnesses—is generally discoverable, and it is neither unduly personal nor overly intrusive. It is only under unusual circumstances that the courts restrict discovery of nonparty witnesses' residential contact information. Our discovery system is founded on the understanding that parties use discovery to obtain names and contact information for possible witnesses as the starting point for further investigations. The party's ability to subpoena witnesses presumes that he has the witnesses' contact information. One glance at the form interrogatories approved by the Judicial Council, particularly the interrogatories in the 12.0 series, demonstrates how fundamentally routine the discovery of witness contact information is." *Puerto v. Sup. Ct.*, 158 Cal. App. 4th 1242, 1249-50 (2008) (holding that because contact information of potential witnesses is not a serious invasion, disclosure is ordinarily required, and there is no balancing of opposing interests is even required); *see* also *Crab Addison, Inc. v. Sup. Ct.*, 169 Cal. App. 4th 958, 969 (2008) (court attached no great significance to the fact that employer did not voluntarily disclose in discovery the identities of witnesses whose contact information it sought to protect).

In terms of the company-rank of the persons who participated in the decision to terminate Plaintiff, only "high-ranking executives and spokespersons with the authority to speak on behalf of the organization" are considered persons whose statements may constitute an admission on the part of an organization. *Snider*, 113 Cal. App. 4th at 1210. "An organization's control group has been stated as consisting of officers and agents responsible for directing the company's actions in response to legal advice." *Id*. at 1198. In terms of communication with a represented party, "Rule 2–100 must be interpreted narrowly because a rule whose violation could result in disqualification and possible disciplinary action should be narrowly construed when it impinges upon a lawyer's duty of zealous representation." *Snider v. Superior Court*, 113 Cal. App. 4th 1187, 1198 (2003).

If the managerial employees who Defendant identified fall into one of the above categories, then Plaintiff will accept Defendant's answer so long as it verifies under oath that these individuals are officers, directors or managing agents of Defendant. If these individuals do not fall into one of these categories, then Plaintiff is entitled to their contact information. Either way, please supplement.

**<u>SPECIAL INTERROGATORY NO. 5</u>**

Identify all persons whose job duties requiring cleaning who you hired to work at your Irvine Spectrum location since the date of Plaintiff's termination.

Defendant objects based on privacy, relevance and overbreadth.

"Any party may obtain discovery regarding any matter, not privileged, that is relevant to the subject matter involved in the pending action … if the matter either is itself admissible in evidence or appears reasonably calculated to lead to the discovery of admissible evidence." CIV. PROC. CODE § 2017.010. "California law provides parties with expansive discovery rights." *Lopez v. Watchtower Bible & Tract Soc'y of N.Y., Inc.,* 246 Cal.App.4th 566, 590-91 (2016). Courts have construed the discovery statutes broadly so as to uphold the right to discovery whenever possible. *Obregon v. Superior Court*, 67 Cal.App.4th 424, 434 (1998). "(Contrary to popular belief), fishing expeditions *are* permissible in some cases." *Gonzalez v. Superior Court*, 33 Cal.App.4th 1539, 1546 (1995).

Here, Plaintiff is entitled to discover whether any non-disabled individuals were hired to perform the same job duties that she was willing to perform subsequent to her dismissal. Indeed, "a plaintiff may show an inference of discrimination in whatever manner is appropriate in the particular circumstances. A plaintiff may do so through comparison to similarly situated individuals, or any other circumstances surrounding the adverse employment action that give rise to an inference of discrimination." *Hawn v. Executive Jet Mgmt., Inc.*, 615 F3d 1151, 1156 (9th Cir., 2010)[1] (holding that plaintiff in discrimination suit may introduce evidence that "similarly situated individuals outside their protected class were treated more favorably). Plaintiff may use evidence that Defendant treated individuals outside of her protected class more favorably by hiring other housekeepers who were not known to be disabled. As such, the information is discoverable.

The protection afforded to privacy is qualified, not absolute. In each case, the court must carefully balance the right of privacy against the need for discovery. The showing required to overcome the protection depends on the nature of the privacy right asserted; in some cases, a simple balancing test is sufficient, while in others, a compelling interest must be shown. "Only obvious invasions of interests fundamental to personal autonomy must be supported by a compelling interest." *Williams v. Superior Court*, 3 Cal.5th 531, 557 (2017). *Hill v. National Collegiate Athletic Ass'n*, 7 Cal.4th 1, 34-35 (1994); *Kirchmeyer v. Phillips*, 245 Cal.App.4th 1394, 1403 (2016*); Lewis v. Sup.Ct. (Medical Bd. of Calif.)*, 3 Cal.5th 561 572-73 (2017). The burden is on "the party asserting a privacy interest to establish its extent and the seriousness of the prospective invasion," and then the court must "weigh the countervailing interests the opposing party identifies." *Williams v. Superior Court*, 3 Cal.5th 531, 557 (2017). In almost every case, disclosure may be ordered if a "compelling public interest" would be served thereby. *Britt v. Sup.Ct. (San Diego Unified Port Dist.)*, 20 Cal.3d 844, 855-56 (1978); *Cross v. Sup. Ct. (Kidane)*, 11 Cal.App.5th 305, 326-27 (2017).

---

**1** "Because the antidiscrimination objectives and relevant wording of title VII of the Civil Rights Act of 1964 (Title VII) [(42 U.S.C. § 2000e et seq.)] [and other federal antidiscrimination statutes] are similar to those of the FEHA, California courts often look to federal decisions interpreting these statutes for assistance in interpreting the FEHA." *Richards v. CH2M Hill, Inc.*, 26 Cal. 4th 798, 812 (2001).

Privacy concerns are no bar to the discoverability of the requested employment statistics. Indeed, a party may discover confidential personal information of nonparties in a wrongful termination lawsuit despite privacy objections. Indeed, in the *Life Technologies Corp.* case, the court permitted disclosure of a variety of private information, such as the reasons the employee was terminated, the department they worked in, and whether they were offered severance benefits. *Life Technologies Corp.*, 197 Cal. App. 4th 640, 648 (2011).

Lastly, the information sought is not unlimited in time and scope, as Defendant's objections claim. Indeed, the timeframe is limited only the time since Plaintiff's termination, which is a discrete and ascertainable time period. Further, it is limited in scope because it only seeks data pertaining to cleaning employees.

Based on the foregoing, Plaintiff is entitled to the information requested.

**SPECIAL INTERROGATORY NO. 6**

Provide the job title and a complete list of the essential duties of Plaintiff's position during the period that she was employed for you.

Defendant responds by referring Plaintiff to "the job descriptions in her personnel file."

A party may produce documents in lieu of a response to an interrogatory "if the answer would necessitate the preparation or the making of a compilation, abstract, audit, or summary of or from the documents of the party to whom the interrogatory is directed ...." CIV. PROC. CODE § 2030.220. However, the "answers must be complete and responsive. Thus, it is not proper to answer by stating, 'See my deposition,' 'See my pleading,' or 'See the financial statement.' Indeed, if a question does require the responding party to make reference to a pleading or document, the pleading or document should be identified and summarized so the answer is fully responsive to the question." *Deyo v. Kilbourne*, 84 Cal.App.3d 771, 783-84 (1978). Further, if a party answers an interrogatory by specifying writings from which the answer may be derived, the "specification shall be in sufficient detail to permit the propounding party to locate and to identify, as readily as the responding party can, the documents from which the answer may be ascertained." CIV. PROC. CODE § 2030.230.

Defendant's vague reference to "job descriptions in her personnel file" is not in sufficient detail to permit her to locate the documents from which the answer may be derived. Indeed, it is no different than saying, "see my pleading." As such, please supplement by identifying, by bates number, every document that contains the information responsive to this interrogatory.

**SPECIAL INTERROGATORY NO. 8**

If you contend that Plaintiff was unable to perform any of her essential job duties during any periods of her employment with you, provide the names, addresses and phone numbers of all witnesses who can support that contention.

Defendant identifies Jim Anderson, Ashley Chavez, Nikki Mitchell and Yucelin Sanchez as persons who can support Defendant's contention concerning Plaintiff's ability to perform her job duties. However, it withholds their contact information, which was specifically requested by the interrogatory. For the reasons already discussed above, if any of these employees are officers, directors or managing agents, then Plaintiff will accept Defendant's answer so long as it verifies under oath that these individuals are officers, directors or managing agents of Defendant. If these individuals do not fall into one of these categories, then Plaintiffs is entitled to their contact information. Either way, please supplement.

**SPECIAL INTERROGATORY NO. 10**

Provide the names, addresses and phone numbers of all persons who were employed in the same position as Plaintiff during the time that she was employed for you.

Defendant asserts various objections and withholds the requested information. Please note that Plaintiff will narrow this interrogatory to seek only the identities and contact information of housekeepers who were employed at the same location as Plaintiff between January 24, 2020 and March 13, 2020. As stated above, Plaintiff is entitled to discover identities and contact information of witnesses. Here, her coworkers might reasonably have knowledge of some of the relevant events that occurred during the narrowed time period, including conversations they may have had or possibly overheard, concerning her leave of absence and/or Defendant's decision to terminate her. As such, please supplement by disclosing the above information.

**SPECIAL INTERROGATORY NO. 11**

Provide the job title and job description for all persons who participated in the decision to terminate Plaintiff's employment.

Defendant provides the job titles of the persons who participated in the termination decision, but omits their job descriptions. "Each answer in a response to interrogatories shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2030.220 (a). Please answer the interrogatory completely by providing the job descriptions of the Dianne Markus and Jim Anderson.

**SPECIAL INTERROGATORY NO. 12**

With respect to those persons who participated in the decision to terminate Plaintiff, set forth the dates that each of those persons first became aware of Plaintiff's disability.

Defendant responds by stating the decisionmakers "only knew that Plaintiff had a "medical illness" and would be off work from January 24, 2020 until March 1, 2020."

"Each answer in a response to interrogatories shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2030.220 (a).

Here, the response answers what the decisionmakers knew, but does not address when they knew it, as requested by the interrogatory. Please supplement by specifying when they claim to have first become aware of Plaintiff's disability—which you characterize as a "medical illness."

**FORM INTERROGATORY NO. 200.4**

Was any part of the parties' **EMPLOYMENT** relationship governed in whole or in part by any written rules, guidelines, policies, or procedures established by the **EMPLOYER**? If so, for each **DOCUMENT** containing the written rules, guidelines, policies, or procedures:

(a) state the date and title of the **DOCUMENT** and a general description of its contents;

(b) state the manner in which the **DOCUMENT** was communicated to the employees; and

(c) state the manner, if any, in which employees acknowledged either receipt of the **DOCUMENT** or knowledge of its contents.

Defendant states that it "has numerous employment policies that govern the terms and conditions of employment. These policies include …"

"Each answer in a response to interrogatories shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2030.220 (a). Defendant's response is incomplete, as it gives only a partial list of policies, with no specific page or Bates number references. As such, please supplement by providing all policies.

**FORM INTERROGATORY NO. 201.1**

Was the **EMPLOYEE** involved in a **TERMINATION?** If so:

(a) state all reasons for the **EMPLOYEE'S TERMINATION;**

(b) state the name, **ADDRESS**, and telephone number of each **PERSON** who

participated in the **TERMINATION** decision;

(c) state the name, **ADDRESS**, and telephone number of each **PERSON** who provided any information relied upon the **TERMINATION** decision; and

(d) identify all **DOCUMENTS** relied upon in the **TERMINATION** decision.

In subsection (b), Defendant withholds the contact information of the identified witnesses. For the reasons discussed above, Plaintiff is entitled to either their contact information or a representation under oath that they are officers, directors or managing agents. Despite asking for <u>all</u> documents relied upon in the termination decision, Defendant's response to subsection (d) provides only a partial list. Indeed, the response states, "the documents relied upon include …." As such, please identify <u>all</u> documents.

**<u>FORM INTERROGATORY NO. 204.7</u>**

What did the **EMPLOYER** consider doing to accommodate the **EMPLOYEE?** For each accommodation considered:

(a) describe the accommodation considered;

(b) state whether the accommodation was offered to the **EMPLOYEE;**

(c) state the **EMPLOYEE'S** response; or

(d) if the accommodation was not offered, state all the reasons why this decision was made;

(e) state the name, **ADDRESS,** telephone of each **PERSON** who on behalf of the **EMPLOYER** made any decision about what accommodations, if any, to make for the **EMPLOYEE;** and

(f) state the name, **ADDRESS,** and telephone number of each **PERSON** who on behalf of the **EMPLOYER** made or received any communications about what accommodations, if any, to make for the **EMPLOYEE**.

Defendant responds by stating, "other than a leave of absence, Plaintiff never requested any accommodation. Defendant granted all of Plaintiffs requests for leave. Plaintiff did not present any medical restrictions or otherwise inform Defendant that her job needed to be restructured or that she needed to be transferred to another position because she could no longer perform the essential functions of the position she held with or without reasonable accommodation." This is nonresponsive. The interrogatory did not ask what accommodations Plaintiff requested. Rather, it asks what Defendant considered doing to accommodate her. If it did not consider any accommodation other than the initial leave of absence, then it is required to say so. If, however, there were other accommodations it considered, then it must also say so. As such, please supplement.

**<u>FORM INTERROGATORY NO. 207.1</u>**

Were there any internal written policies or regulations of the **EMPLOYER** that apply to the making of a complaint of the type that is the subject matter of this lawsuit? If so:

(a) state the title and date of each **DOCUMENT** containing the policies or regulations and a general description of the **DOCUMENTS** contents;

(b) state the manner in which the **DOCUMENT** was communicated to **EMPLOYEES;**

(c) state the manner, if any, in which **EMPLOYEES** acknowledged receipt of the **DOCUMENT** or knowledge of its contents, or both;

(d) state, if you contend that the **EMPLOYEE** failed to use any available internal complaint procedures, all facts that support that contention; and

(e) state, if you contend that the **EMPLOYEE'S** failure to use internal complaint procedures was excused, all facts why the **EMPLOYEEE'S** use of the procedures was excused.

Defendant responds by stating, "Defendant refers Plaintiff to the its (sic) Associate Handbook." The response is incomplete. Indeed, Defendant failed to address subsections (a)-(e). Please supplement.

**FORM INTERROGATORY NO. 209.2**

Except for this action, in the past 10 years has any employee filed a civil action against the **EMPLOYER** regarding his or her employment? If so, for each civil action:

(a) state the name, **ADDRESS,** and telephone number of each employee who filed the action;

(b) state the court, names of the parties, and case number of the civil action;

(c) state the name **ADDRESS**, and telephone number of any attorney representing the **EMPLOYER;** and

(d) state whether the action has been resolved or is pending.

Defendant raises objections only. First, the interrogatory is presumptively proper, as it was approved for use in employment cases by the Judicial Council. "Use of form interrogatories was recommended by the Discovery Commission as a way to at once avoid dispute concerning the wording of a particular interrogatory, and greatly expand the amount of information that would otherwise be obtained via counsel-prepared questions." *Clement v. Alegre*, 177 Cal. App. 4th 1277, 1288 (2009). Further, evidence of prior acts of discrimination is discoverable in a discrimination suit. Indeed, "such circumstantial proof of discrimination typically includes unflattering testimony about the employer's history and work practices—evidence which in other kinds of cases may well unfairly prejudice the jury against the defendant. In discrimination cases, however, such background evidence may be critical for the jury's assessment of whether a given employer was more likely than not to have acted from an unlawful motive .... Evidence of prior acts of discrimination is relevant to an employer's motive in discharging a plaintiff." *Pantoja v. Anton*, 198 Cal. App. 4th 87, 113 (2011) ("me-too" evidence of harassing activity against other female employees, which occurred outside of the plaintiff's presence and when the plaintiff was not even employed, is admissible as evidence tending to show a discriminatory or biased motive under California Evidence Code section 1101(b), impeachment of the alleged harasser's credibility and

rebuttal of factual claims made by other witnesses). As such, please supplement.

**FORM INTERROGATORY NO. 211.1**

Identify each type of **BENEFIT** to which the **EMPLOYEE** would have been entitled, from the date of the **ADVERSE EMPLOYMENT ACTION** to the present, if the **ADVERSE EMPLOYMENT ACTION** had not happened and the **EMPLOYEE** had remained in the same job position. For each type of benefit, state the amount the **EMPLOYER** would have paid to provide the benefit for the **EMPLOYEE** during this time period and the value of the **BENEFIT** to the **EMPLOYEE**.

Defendant responds, "Defendant refers Plaintiff to the Associate Handbook." This response is nonresponsive. Please supplement by providing the information sought by the interrogatory.

**REQUEST FOR ADMISSION NO. 1**:

Admit that on December 5, 2017, Patricia Bingham began work as a housemaker at the Marriott Irvine Spectrum, located 7905 Irvine Center Drive, Irvine, CA 92618.

Defendant admits that "Plaintiff started on or about that date at the Marriott Irvine Spectrum."

"Each answer in a response to requests for admission shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2033.220 (a). "Each answer shall: (1) Admit so much of the matter involved in the request as is true, either as expressed in the request itself or as reasonably and clearly qualified by the responding party. (2) Deny so much of the matter involved in the request as is untrue." CIV. PROC. CODE § 2033.220 (b) (1)-(2).

Here, Defendant's response is incomplete because it fails to admit or deny whether the position that she was hired for was a housemaker. As such, please supplement.

**REQUEST FOR ADMISSION NO. 2**

Admit that Marriott International, Inc. hired Ms. Bingham for this position because she was qualified for the job.

Defendant admits that it "hired Plaintiff," but does not address the call of the question.

"Each answer in a response to requests for admission shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2033.220 (a). Evasive answers are grounds for sanctions. *Scheiding v.*

*Dinwiddie Constr. Co.*, 69 Cal.App.4th 64, 76 (1999); CIV. PROC. CODE § 2023.010 (f).

Here, Defendant's response fails to admit or deny whether Plaintiff was qualified for the position. If Defendant contends that it hired her despite believing she was not qualified for the position, then it is free to deny that portion of the RFA. However, it cannot simply ignore it. As such, please supplement.

**REQUEST FOR ADMISSION NO. 3**

Admit that Ms. Bingham's job duties primarily involved the cleaning of hotel rooms.

Defendant responds by stating that it "cannot admit or deny the request as drafted. Defendant refers Plaintiff to her job description."

"A party to an action may not necessarily avoid responding to a request for admission on the ground that … the party does not know the answer. Since requests for admissions are not limited to matters within personal knowledge of the responding party, that party has a duty to make a reasonable investigation of the facts before answering items which do not fall within his personal knowledge. *Bloxham v. Saldinger*, 228 Cal.App.4th 729, 751-52 (2014). "The fact that the request is for the admission of a controversial matter, or one involving complex facts, or calls for an opinion, is of no moment. If the litigant is able to make the admission, the time for making it is during discovery procedures, and not at the trial." *Chodos v. Superior Court for Los Angeles Cty.*, 215 Cal.App.2d 318, 323-24 (1963).

Here, Defendant is able to admit or deny the request because it is aware of what her job duties were during her employment. It either agrees that her primary duties involved cleaning of hotel rooms or it doesn't. If it doesn't agree, then it can deny the request. However, it cannot avoid answering based on its claim that it doesn't know. As such, please supplement.

**REQUEST FOR ADMISSION NO. 11**

Admit that on October 14, 2019, Marriott International, Inc. awarded Ms. Bingham her "Spirit to Serve" awards because of her exemplary job performance.

Defendant responds by stating that it "cannot admit or deny this request as drafted." As noted in the above authorities, Defendant cannot avoid responding to a request for admission when the information to admit or deny is within its control. Here, Marriott International, Inc. admits that it awarded Ms. Bingham an award on October 14, 2019. This RFA simply asks whether her exemplary job performance was the reason Marriott gave her this award. Since Marriott is the entity who gave her the award, it clearly knows why it gave it to her. As such, the information responsive to this RFA is within Marriott's knowledge, and it is required to admit or deny.

**REQUEST FOR ADMISSION NO. 15**

Admit that on January 24, 2020, Marriott International, Inc. received a communication from Plaintiff's daughter indicating that Ms. Bingham was under doctors' care – and would be under doctors' care until further notice.

Defendant admits that "the property knew Plaintiff was hospitalized." This response is incomplete and evasive, as it does not address the call of the question. Namely, whether it received a communication from Plaintiff's daughter on January 24, 2020 indicating that Plaintiff was under a doctor's care. As such, please supplement with an admission or denial.

**REQUEST FOR ADMISSION NO. 16**

Admit that at the time of Ms. Bingham's termination, she had a "physical disability," as defined in the California Government Code, section 12926 (m).

Defendant states that it "can neither admit nor deny this request as drafted. Defendant did not know that Plaintiff had a 'physical disability' as defined in California Government Code § 12926 (m)." This response is nonresponsive. The RFA did not ask Defendant to admit that it knew whether Plaintiff had a disability, but rather, that she in fact had a disability at the time of her termination. As such, please supplement by addressing the call of the question.

**REQUEST FOR ADMISSION NO. 17**

Admit that while Ms. Bingham was admitted to La Palma Intercommunity Hospital, Ashley Chavez of the Marriott Human Resources Department contacted Ms. Bingham several times to inquire whether or when Ms. Bingham could return to work.

According to Defendant's response to Form Interrogatory No. 17.1, it claims that it denied this request because Ms. Sanchez did not contact Plaintiff "for that purpose." However, a request for admission "shall: (1) Admit so much of the matter involved in the request as is true, either as expressed in the request itself or as reasonably and clearly qualified by the responding party." CIV. PROC. CODE § 2033.220 (b) (1). As such, please supplement by admitting the portion of the RFA that refers to the fact that Ms. Sanchez called Plaintiff while she was admitted to the hospital.

**REQUEST FOR ADMISSION NO. 26**

Admit that on March 9, 2020, Ashley Chavez received several phone calls and voice mail messages from Ms. Bingham.

Defendant responds by stating that it "can neither admit nor deny the request as

drafted."

As stated by the above authorities, a party is required to admit or deny matters that are within their knowledge or control. Further, a party is required to make "a reasonable inquiry concerning the matter ...." CIV. PROC. CODE § 2033.220 (c). Here, Defendant can ascertain answer to this request by review of phone records. As such, please supplement with an admission or denial after making such inquiry.

**REQUEST FOR ADMISSION NO. 28**

Admit that on March 9, 2020, Yuclin Sanchez received a phone call from Ms. Bingham, in which Ms. Bingham informed Ms. Chavez that she was still under doctor's care.

Defendant responds by stating that it "can neither admit nor deny the request as drafted." As stated by the above authorities, a party is required to admit or deny matters that are within their knowledge or control. Further, a party is required to make "a reasonable inquiry concerning the matter ...." CIV. PROC. CODE § 2033.220 (c). Here, Defendant can ascertain answer to this request by asking Ms. Sanchez whether she in fact received any such phone call. As such, please supplement.

**REQUEST FOR ADMISSION NO. 30**

Admit that on March 9, 2020 or thereabouts, Ashley Chavez received a phone call from Ms. Bingham, in which Ms. Bingham reported to Ms. Chavez that she was still under doctor's care.

**REQUEST FOR ADMISSION NO. 31**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Bingham reported to Ms. Chavez that she was still in pain.

**REQUEST FOR ADMISSION NO. 32**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Chavez told Ms. Bingham that she needed to report to her regularly regarding her ability to return to work.

**REQUEST FOR ADMISSION NO. 33**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Bingham told Ms. Chavez that she was unable to return to work in her present medical condition.

**REQUEST FOR ADMISSION NO. 34**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Chavez did not tell Ms. Bingham that she could take more time off as necessary to recover from her medical condition.

**REQUEST FOR ADMISSION NO. 35**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Chavez offered to provide Ms. Bingham a form she could fill out in order to resign from her job.

Defendant responds to RFAs Nos. 30-35 by stating, "admit that Ms. Chavez and Plaintiff spoke on March 9, 2020." These responses do not address the full calls of the questions. Indeed, the responses omit any admission or denial as to the substance of the calls. As such, please supplement.

**REQUEST FOR ADMISSION NO. 36**

Admit that from March 10-12, Ashley Chavez received several phone calls from Ms. Bingham, but the calls were not connected or answered.

Defendant states that it "cannot admit or deny this request as drafted. Defendant has no way of knowing whether or not a call was not connected or answered." However, Defendant can admit or deny because it can reference its phone records, which would show whether or not such calls were made. As such, please supplement.

**REQUEST FOR ADMISSION NO. 37**

Admit that on March 13, 2020, Ashley Chavez received a phone call from Ms. Bingham, in which Ms. Bingham requested written documentation regarding her employment status at Marriott International, Inc.

**REQUEST FOR ADMISSION NO. 38**

Admit that during the March 13, 2020, phone call between Ms. Bingham and Ashley Chavez, Ms. Chavez did not agree to provide written documentation regarding Ms. Bingham's work status, but instead stated she would need to "talk to 'Jim' about that."

Defendant states that it "cannot admit or deny this request as drafted. No such call occurred." This reply is not code-compliant.

"Each answer shall: (1) Admit so much of the matter involved in the request as is true,

either as expressed in the request itself or as reasonably and clearly qualified by the responding party. (2) Deny so much of the matter involved in the request as is untrue." CIV. PROC. CODE § 2033.220 (b) (1)-(3).

If it is Defendant's position that no such call occurred, then it can admit or deny. As such, please supplement with a denial if Defendant in fact contends that no such call occurred.

**REQUEST FOR ADMISSION NO. 39**

Admit that on March 26, 2020, Jim Anderson, Director of Human Resources for the Marriott Irvine Spectrum, issued a letter to Ms. Bingham stating that her employment had been terminated on March 13, 2020.

**REQUEST FOR ADMISSION NO. 40**

Admit that in an undated letter, Jim Anderson stated that Ms. Bingham's termination was due to the fact that her "manager attempted to contact you on three separate occasions (03/01, 03/02, and 03/03) and she could not reach you."

Defendant states, "admit that Mr. Anderson sent a letter. As to the contents, the letter speaks for itself." Defendant's response is incomplete, as it refuses to admit or deny that the contents of the letter. Whether or not the document "speaks for itself," does not relieve Defendant of its obligation to respond fully and completely to the entire RFA. As such, please supplement.

**REQUEST FOR ADMISSION NO. 41**

Admit that on April 7, 2020, Jim Anderson received an email from Ms. Bingham, in which Ms. Bingham stated, "When Ashely and Yuclin were calling me from 3/1/20 to 3/6/20, I was going through a lot of pain and stress from my stomach illness so I wasn't able to call back right away.

Defendant states, "admit that Plaintiff sent an email on April 7, 2020. As to the contents, the email speaks for itself." Defendant's response is incomplete, as it refuses to admit or deny that the contents of the email. Whether or not the document "speaks for itself," does not relieve Defendant of its obligation to respond fully and completely to the entire RFA. As such, please supplement.

**REQUEST FOR ADMISSION NO. 45:**

Admit that at no time after March 2, 2020, management at Marriott Irvine Spectrum never offered Ms. Bingham additional time off.

Defendants responds that, "Plaintiff never requested time off after March 2, 2020, and refused to provide any medical information or certification that she needed additional time off." This response is evasive and nonresponsive. Please admit or deny what was actually asked; namely, whether Plaintiff was ever offered additional time off.

**REQUEST FOR ADMISSION NO. 49**

Admit the genuineness of the documents attached as Exhibit 3, medical records from La Palma Intercommunity Hospital.

**REQUEST FOR ADMISSION NO. 51**

Admit the genuineness of the document attached as Exhibit 4, the February 4, 2020 letter from Dr. Clamon Q. Vu, to any employer of Patricia Bingham, advising an employer of Ms. Bingham's inability to work for the time period specified.

**REQUEST FOR ADMISSION NO. 52**

Admit the genuineness of the documents attached as Exhibit 5, medical records from Memorial Care Medical Foundation.

**REQUEST FOR ADMISSION NO. 53:**

Admit the genuineness of the documents attached as Exhibit 6, medical records from Orange County Digestive Care.

Defendant states that it "cannot admit or deny this request as Defendant did not author" the exhibits. This reply is insufficient at many levels.

Requests for admissions "seek to eliminate the need for proof. They are aimed primarily at setting at rest a triable issue so it will not have to be tried." *Murillo v. Superior Court*, 143 Cal.App.4th 730, 735 (2006). "A party to an action may not necessarily avoid responding to a request for admission on the ground that … the party does not know the answer. Since requests for admissions are not limited to matters within personal knowledge of the responding party, that party has a duty to make a reasonable investigation of the facts before answering items which do not fall within his personal knowledge. *Bloxham v. Saldinger*, 228 Cal.App.4th 729, 751-52 (2014). "The fact that the request is for the admission of a controversial matter, or one involving complex facts, or calls for an opinion, is of no moment. If the litigant is able to make the admission, the time for making it is during discovery procedures, and not at the trial." *Chodos v. Superior Court for Los Angeles Cty.*, 215 Cal.App.2d 318, 323-24 (1963) (improper to deny RFA claiming lack of personal knowledge where third party under Defendant's control had the information necessary to admit).

Whether or not Defendant authored a document is irrelevant for purposes of whether it can admit or deny its genuineness. Indeed, the RFA does not ask Defendant to authenticate the documents. Rather, it asks whether it disputes their authenticity. Plaintiff provided Defendant with the documents, and it can choose to question their authenticity or not. If it chooses to doubt their authenticity, then it is free to deny the requests. However, it cannot avoid providing an admission or denial. As such, please supplement with admissions or denials.

**REQUEST FOR ADMISSION NO. 54**

Admit that the medical diagnoses – commencing January 24, 2020 – as contained in Exhibits 3-6 indicate that Ms. Bingham had a "physical disability," as defined in the California Government Code, section 12926.

Defendant states that it "cannot admit or deny this request as drafted as it calls for an ultimate legal conclusion." This reply does not comply with the requirements of the Civil Discovery Act.

"Any party may obtain discovery … by a written request that any other party to the action admit … opinion relating to fact, or application of law to fact." Civ. Proc. Code § 2033.010. *See also Garcia v. Hyster Co.*, 28 Cal.App.4th 724, 735 (1994) (party is required to admit or deny whether he/she was negligent); *see also Rifkind v. Superior Court*, 22 Cal.App.4th 1255, 1262 (1994) (holding that it is proper to ask for legal contentions in written discovery). CCP § 2033.010 expressly authorizes parties to propound RFAs asking the other party to give legal conclusions. As such, that it calls for a legal conclusion is no basis for avoiding a response, and Plaintiff is entitled to a supplemental response.

**REQUEST FOR ADMISSION NO. 57**

Admit the genuineness of the document attached as Exhibit 9, an April 7, 2020, from Patricia Bingham to Jim Anderson, in which Ms. Bingham requested her reinstatement.

Defendant "admits it received the email. As for its contents, the email from Ms. Bingham speaks for itself." As stated above, a party is required to admit or deny the genuineness of a document whether or not it prepared the document. For the reasons already discussed, Plaintiff supplement.

**REQUEST FOR ADMISSION NO. 59**

Admit that despite the pleas made by Ms. Bingham in Exhibit 9, Marriott International, Inc. made the decision not to reinstate Ms. Bingham.

Defendant states that it "cannot admit or deny this request as drafted. Ms. Bingham's

email speaks for itself." First, whether the email "speaks for itself" is irrelevant. Indeed, the email isn't even the subject of the RFA. Further, Plaintiff is asking Marriott whether Marriott made a decision to not reinstate Plaintiff. Marriott certainly knows whether Marriott made a decision to reinstate or not. As such, Defendant is able to admit or deny. Thus, Plaintiff is entitled to a supplemental response.

**REQUESTS FOR PRODUCTION NOS. 1, 3, 5-11, 13, 15-16**

Defendant's responses to RPDs Nos. 1, 3, 5-11, 13, 15-16 all agree to produce documents.

"A statement that the party to whom a demand for inspection … has been directed will comply with the particular demand shall state that the production … will be allowed either in whole or in part, and that all documents or things in the demanded category that are in the possession, custody, or control of that party and to which no objection is being made will be included in the production." Civ. Proc. Code § 2031.220.

Here, Defendant's responses are not Code-compliant, as they do not contain the required language that a party must use when it makes a representation to compliance. Please supplement by complying with the language of CIV. PROC. CODE § 2031.220 – by including a representation that Defendants (1) are producing <u>all</u> responsive documents in their possession, custody and control and (2) whether the production is being made in whole or in part.

"If the responding party objects to the demand for inspection … the response shall identify with particularity any document … falling within any category of item in the demand to which an objection is being made." CIV. PROC. CODE § 2031.240 (b) (1). "If an objection is based on a claim of privilege or a claim that the information sought is protected work product, the response shall provide sufficient factual information for other parties to evaluate the merits of that claim, including, if necessary, a privilege log." CIV. PROC. CODE § 2031.240 (c) (1).

Defendant's responses do not identify which particular documents to which its objections are being made. Please supplement by identifying, with particularity, those documents.

"Any documents or category of documents produced in response to a demand for inspection … shall be identified with the specific request number to which the documents respond." CIV. PROC. CODE § 2031.280 (a).

Here, Defendant's responses do not identify which request number each document produced corresponds to. As such, please also ensure that the supplemental responses comply with CIV. PROC. CODE § 2031.280 (a) by identifying with particularity which request number each document corresponds to, preferably by reference to bates number.

**REQUESTS FOR PRODUCTION NO. 14**

All DOCUMENTS which describe, summarize, itemize or explain any benefits, including pension benefits and employee benefits, available to Plaintiff during her employment with you.

Defendant surprisingly asserts objections only to this document request. Prevailing plaintiffs in an employment termination case are generally entitled to back pay, or lost compensation, in the amount that they would have received but for the termination. *See Lowe v. California Resources Agency*, 1 Cal.App.4th 1140, 1144 (1991). Back pay includes "not only the periodic monetary earnings of the employee but also the other benefits to which he is entitled as part of his compensation." *Wise v. Southern Pac. Co.*, 1 Cal.3d 600, 607 (1970).

Here, Plaintiff makes a claim for lost income and benefits that she otherwise would have received, but for the unlawful termination. As such, she is entitled any documents that summarize what benefits she would have been entitled to had she continued to be employed with Defendant.

Please let me know by April 26, 2021 which of the above discovery requests, if any, you will be supplementing, as well as the date you intend on doing so.

Regards,

Bruce T. Murray, Esq.

# EXHIBIT 6

PIMENTEL LAW
EMPLOYMENT LAW • PERSONAL INJURY

30 N Raymond Ave Ste 210 Pasadena, CA 91103 | T (626) 765-6505 F (626) 628-3041 | BTM@PimentelLaw.com

October 20, 2021

**Via First-Class U.S. Mail, Email and Fax**

Mr. Timothy McCaffrey, Jr.
Chesler McCaffrey LLP
11661 San Vicente Boulevard
Los Angeles, CA 90049
Facsimile: (310) 882-6359

**Re: Patricia Bingham v. Marriott International, Inc.**

Dear Mr. McCaffrey:

Please allow this letter to serve as my request for a prefiling conference of counsel pursuant to L.R. 37-1. This conference will relate to your October 15, 2021 objections – and non-responses – to all of Plaintiff's Set One written discovery requests: Requests for Admissions, Requests for Production, and Interrogatories.

I have identified below each of your objections to all of Plaintiff's discovery requests, Plaintiff's position on each objection, the legal authority that Plaintiff believes is dispositive of all of her requests and the terms of the discovery order to be sought.

**I. Relevancy and Broad Scope of Discovery**

"Under the Federal Rules of Civil Procedure, '[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense.' Fed. R. Civ. P. 26(b)(1). 'Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.' *Id.* A relevant matter is 'any matter that bears on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case.' *Oppenheimer Fund, Inc. v. Sanders,* 437 U.S. 340, 351 (1978). Moreover, discovery is not limited to only those specific issues raised in the pleadings since it is designed to define and clarify the issues in the case. *Miller v. Pancucci,* 141 F.R.D. 292, 296 (C.D. Cal. 1992) (citing *Oppenheimer,* 437 U.S. at 351). As such, the question of relevancy should be construed 'liberally and with common sense' and discovery should be allowed unless the information sought has no conceivable bearing on

the case. *Id.* The party resisting discovery bears the burden of proving that disclosure is not required. *Soto v. City of Concord,* 162 F.R.D. 603, 609 (N.D. Cal. 1995)." *Baptiste v. Lids*, No. C-12-5209 PJH, at *2 (N.D. Cal. Oct. 18, 2013).

"The whole point of discovery is to learn what a party does not know or, without further information, cannot prove. The purpose of discovery is to allow a broad search for facts ...." *Stevens v. Corelogic, Inc.*, 893 F.3d 648, 659-60 (9th Cir. 2018). "Relevant information need not be admissible in evidence to be discoverable." FED. R. CIV. P. 26 (b) (1). "In fact, relevance for purposes of discovery is defined very broadly. The party opposing discovery is required to carry a heavy burden of showing why discovery should be denied." *Muñoz v. U.S. Dep't of State*, CASE NO. CV 17-0037 AS, at *6-7 (C.D. Cal. Apr. 2, 2019); *see also O'Shea v. Am. Solar Solution, Inc.*, No. 14-cv-894-L-(RBB), 2016 WL 701215, at *2 (S.D. Cal. Feb. 18, 2016) ("Relevance is construed broadly to include any matter that bears on, or reasonably could lead to other matters that could bear on, any issue that may be in the case"); *see also Sater v. Chrysler Group LLC*, No. EDCV 14-00700-VAP (DTBx), 2016 WL 3136196, at *1 (C.D. Cal. Mar. 4, 2016) ("Any party resisting discovery has the burden to show discovery should not be permitted and has the burden of clarifying, explaining, and supporting its objections"); *see also Blankenship v. Hearst Corp.*, 519 F.2d 418, 419 (9th Cir. 1975) (same).

Here, you assert that Plaintiff's discovery "seeks information that is neither relevant to any claim or defense"; but you completely ignore the governing law, the caselaw, and you provide no analysis of your assertion of irrelevancy.

**II. Scope of Objections**

As analyzed by the federal court, discovery responses must be reasonably researched, and the responses made in good faith. The scope of discovery is broad, but the span of objections is limited. Objections must identify with particularity the request or interrogatory to which the objection is made, and set forth the specific ground for objection.

Boilerplate objections, inapplicable objections, and objections made in bad faith are noted by the Court. For example, convenience store franchisor did not do an objectively reasonable investigation for responsive information when it served its responses to franchisees' interrogatories seeking information on termination of certain franchises given that one response stated that franchisor had no intention to terminate franchises which was **evasive, misleading, and incomplete**, and other response set forth **boilerplate objections** with non-responsive information that interrogatory was overly broad, unduly burdensome, irrelevant, and confidential, which response was meritless and frivolous, **and thus response violated certification requirement of rule governing signing disclosures and discovery requests**, responses, and objections, as would support imposition of sanctions on franchisor. *Younes v. 7-Eleven, Inc.,* D.N.J.2015, 312 F.R.D. 692. (Emphasis added.)

Here, you have done nothing but repeat the same boilerplate objections over and over again for all of Plaintiff's Interrogatories, Requests for Admission, and Requests for Production. This is contrary to the black letter and the spirit of the Federal Rules of Civil Procedure. I note that you engaged in precisely the same misconduct while the case was venued in the Orange County Superior Court. There, the court found no justification for your evasion of Plaintiff's discovery:

> "Substantial justification is not established (see *Doe v. U.S. Swimming, Inc.* (2011) 200 Cal.App.4th1424, 1434-35) for the Defendant's failure to provide Plaintiff with substantive responses sooner. The Defendant did not apply for a protective order which would have required Plaintiff to present good cause (See CCP 2033.080. 2031.060, 2030.090.) Plaintiff was not required to continue providing extensions of time indefinitely. (Compare CCP 2030.260,2031.260, 2033, 260). A reasonable amount of professional courtesy was provided, and it is not possible to find, on this record, that the Plaintiff acted in bad faith in expecting to receive substantive responses earlier. The meet and confer effort was also sufficient for the same reason - the length of time in which the discovery had been outstanding and the initial responses consisting of objections only. (See *Obregon v. Superior Court* (1998) 67Cal.App.4th 424, 431-32.)"

You will face the same judgment in this federal venue if you continue your intransigence.

**III. Plaintiff's Discovery 'Duplicative?' Only Defendant's Continued Bad Faith is**

In your boilerplate objections, you claim Plaintiff's discovery is "duplicative of previously served and responded to requests." This objection is not only invalid, but it points right back to Defendant's behavior.

Plaintiff has been attempting to obtain the information requested in her discovery since October 5, 2020, when Plaintiff first served her written discovery. Many extensions later, Defense counsel still refused to respond to Plaintiff's discovery, resulting in four motions to compel: Special Interrogatories, Form Interrogatories and Requests for Production, heard on April 19, 2021; and then Special Interrogatories, scheduled to be heard June 14, 2021. In the first hearing, the court noted the lack of justification for your behavior. Then you managed to evade the second hearing by removing this case to federal court. The pattern of bad faith is evident, and this particular boilerplate objection leads directly to that fact.

**IV. Sanctions**

Under the federal rules, every discovery request, response, or objection "must be signed by at least one attorney of record in the attorney's own name … By signing, an attorney or party certifies that to the best of the person's knowledge, information, and belief formed after a reasonable inquiry … (B) with respect to a discovery request, response, or objection, it is: (i) consistent with these rules and warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, or for establishing new law; (ii) not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; and (iii) neither unreasonable nor unduly burdensome or expensive, considering the needs of the case, prior discovery in the case, the amount in controversy, and the importance of the issues at stake in the action." Fed. R. Civ. P. 26 (g).

If not in compliance with this rule, a party is subject to sanctions, which may include an order to pay the reasonable expenses, including attorney's fees, caused by the violation. *Id*. Here, your bad faith approach to discovery and non-compliance with the federal rules of discovery will subject you to sanctions, which Plaintiff will be requesting if the discovery responses are not fully supplemented.

**V. 'Vague and ambiguous'? Clear and distinct**

Your objections begin by stating that the request or interrogatory is supposedly "vague and ambiguous."

However, courts do not sustain this kind of objection unless the question is totally unintelligible. For example, requests for production of documents relating to the interpretation or enforcement of the non-compete, confidentiality, or exclusive work provisions of releases signed by ex-employees of insurance company in connection with their change in status from employees to independent contractors, and for documents relating to insurance company's representation that it would treat any attempt by former employees to contact policyholders or customers as solicitation, were relevant, and were not vague or unduly burdensome, in putative class action by ex-employees challenging validity of the releases, although requests did not contain temporal limitation, where ex-employees sought any information tending to show that company had previously taken a contrary position about interpretation of the contractual provisions. *Romero v. Allstate Ins. Co.,* E.D.Pa.2010, 271 F.R.D. 96.

You have been evading discovery on this case for the better part of one year now. I understand you don't want to answer the discovery, but that does not relieve you of your obligation to do so. This is an abuse of the discovery process, and contrary to the good faith that the court expects.

**VI. Privacy**

You make an objection to the requests and the interrogatories "to the extent it invades the privacy interests of third party, non-litigants to an extent incommensurate with Plaintiffs legitimate discovery needs." But you do not provide any analysis as to the "extent" of any particular request or interrogatory.

Privacy objections must be very specific, and the Court does not easily agree to broad claims of privacy. For example, in a copyright and trademark infringement suit against individuals who allegedly used plaintiff's cartoon characters in their drawing school and falsely represented to public that they were former animators for defendant, any privilege, or any right to privacy objection that defendants might have with respect to students' and parents' rights to privacy, was outweighed by plaintiff's need for information. *Walt Disney Co. v. DeFabiis,* C.D.Cal.1996, 168 F.R.D. 281.

Here, your blanket, boilerplate privacy objections have no application, including your claimed assertion on behalf of third parties.

**VII. Plaintiff Seeks No Work-Product or Privileged Information**

In your boilerplate objections, you claim that the requests "seek information protected from disclosure by the attorney-client privilege and/or the attorney work-product doctrine."

Rule 26 of the Federal Rules of Civil Procedure address work-product doctrine to "protect drafts of any report or disclosure required under Rule 26(a)(2), regardless of the form in which the draft is recorded … and (B) protect communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B), regardless of the form of the communications." Fed. R. Civ. P. 26(b)(4)

Attorney-client privilege involves "confidential client communications or mental processes or trial strategy." *Banks v. Office of Senate Sergeant-at-Arms,* D.D.C.2005, 233 F.R.D. 1.

None of Plaintiff's Interrogatories or Requests for Production request information protected by the attorney work-product doctrine or the attorney-client privilege. Thus, your objection is invalid.

**VIII. Burdensome? The Only Burden is Time Spent Meeting & Conferring re: Defendant's Bad Faith Objections**

Your boilerplate objections state that Plaintiff's discovery is "unduly burdensome, and overbroad." However, you do not state the standard for this objection or analyze Plaintiff's

discovery requests. The courts have extensively analyzed the “unduly burdensome” objection in the context of employment cases, such as this one:

Former employee who brought suit against employer for breach of compensation agreement was entitled to production of spreadsheets and other accounting documents pertaining to employer's reserves, over employer's objection that the requests were burdensome, oppressive or overly broad; documents requested were easily retrievable, temporal scope of requests was within relevant time period, and confidentiality stipulation afforded employer adequate protection regarding the commercial sensitivity of the documents. *Klein v. AIG Trading Group Inc.,* D.Conn.2005, 228 F.R.D. 418.

Former employee who had been terminated following FMLA leave and probationary period was entitled, in his FMLA discrimination and retaliation action against employer, to discovery concerning identity of other employees in same office in which plaintiff had worked who, within previous four years, had taken leaves of absence and subsequently had been given performance warnings or placed on probation; material sought was relevant to claims asserted, was not unduly burdensome or oppressive, and was within judicial exception to state statute proscribing disclosure of employee personnel files to third party without employee's authorization. *Culkin v. Pitney Bowes, Inc.,* D.Conn.2004, 225 F.R.D. 69.

In employee's action against former employer for breach of contract, unjust enrichment, promissory estoppel, and failure to pay wages, employee's request for production of documents to employer for information relating to his job responsibilities when his title changed to president was narrow and succinct, rather than unduly burdensome or overly broad, and thus employer was required to produce documents in its possession responsive to the request; there was nothing unduly burdensome or overly broad about asking a company to describe or produce the responsibilities of its president. *Sullivan v. StratMar Systems, Inc.,* D.Conn.2011, 276 F.R.D. 17. Federal Civil Procedure Key Number 1591

United States Magistrate Judge did not clearly err in ordering production of all employee e-mails, including those located in archived system, responsive to prior discovery demands, upon finding that discovery was not unduly burdensome because unavailability of documents and difficulty and cost in restoring them was due to defendant's own failure to timely provide e-mails when they were more current; discovery order was not unduly cumulative, plaintiffs had no real opportunity to obtain e-mails during discovery due to defendant's non-compliant tactics, and non-compliance had resulted in plaintiffs conducting expensive depositions without relevant documents. *Wachtel v. Guardian Life Ins. Co.,* D.N.J.2006, 239 F.R.D. 376.

Caselaw on the issue is extensive. Plaintiff’s discovery is not unduly burdensome.

Please provide me with your availability for a Zoom meeting to conduct a prefiling

conference of counsel pursuant to L.R. 37-1 to occur within the next 10 days. If you fail to make yourself available within the time required by Local Rules, Plaintiff will proceed with moving to compel further responses and request for monetary sanctions without any further notice.

Regards,

Bruce T. Murray, Esq.

# EXHIBIT 7

PIMENTEL LAW
EMPLOYMENT LAW • PERSONAL INJURY

30 N Raymond Ave Ste 210 Pasadena, CA 91103 | T (626) 765-6505 F (626) 628-3041 | BTM@PimentelLaw.com

November 8, 2021

**Via Email and Fax**

Mr. Timothy McCaffrey, Jr.
Chesler McCaffrey LLP
11661 San Vicente Boulevard
Los Angeles, CA 90049
Facsimile: (310) 882-6359

**Re: Patricia Bingham v. Marriott International, Inc.**

Dear Mr. McCaffrey:

Please allow this letter to serve as my request for a prefiling conference of counsel pursuant to L.R. 37-1. This conference will relate to your November 1 "Objections and Responses" to Plaintiff's Interrogatories (Set One) and Requests for Production of Documents (Set One). We have still received no responses to Plaintiff's Requests for Admissions (Set One), served September 8, 2021.

I have identified below your non-responses, partial responses, and problematic responses to Plaintiff's Interrogatories and Requests for Production; and I have identified the legal authority that will dispositive in a motion to compel, if necessary.

First, the broad rules governing federal discovery:

**Relevancy and Broad Scope of Discovery**

"Under the Federal Rules of Civil Procedure, '[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense.' Fed. R. Civ. P. 26(b)(1). 'Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.' *Id.* A relevant matter is 'any matter that bears on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case.' *Oppenheimer Fund, Inc. v. Sanders,* 437 U.S. 340, 351 (1978). Moreover, discovery is not limited to only those specific issues raised in the pleadings since it is designed to define and clarify the issues in the case. *Miller v.*

*Pancucci,* 141 F.R.D. 292, 296 (C.D. Cal. 1992) (citing *Oppenheimer,* 437 U.S. at 351). As such, the question of relevancy should be construed 'liberally and with common sense' and discovery should be allowed unless the information sought has no conceivable bearing on the case. *Id.* The party resisting discovery bears the burden of proving that disclosure is not required. *Soto v. City of Concord,* 162 F.R.D. 603, 609 (N.D. Cal. 1995)." *Baptiste v. Lids*, No. C-12-5209 PJH, at *2 (N.D. Cal. Oct. 18, 2013).

"The whole point of discovery is to learn what a party does not know or, without further information, cannot prove. The purpose of discovery is to allow a broad search for facts …." *Stevens v. Corelogic, Inc.*, 893 F.3d 648, 659-60 (9th Cir. 2018). "Relevant information need not be admissible in evidence to be discoverable." FED. R. CIV. P. 26 (b) (1). "In fact, relevance for purposes of discovery is defined very broadly. The party opposing discovery is required to carry a heavy burden of showing why discovery should be denied." *Muñoz v. U.S. Dep't of State*, CASE NO. CV 17-0037 AS, at *6-7 (C.D. Cal. Apr. 2, 2019); *see also O'Shea v. Am. Solar Solution, Inc.*, No. 14-cv-894-L-(RBB), 2016 WL 701215, at *2 (S.D. Cal. Feb. 18, 2016) ("Relevance is construed broadly to include any matter that bears on, or reasonably could lead to other matters that could bear on, any issue that may be in the case"); *see also Sater v. Chrysler Group LLC*, No. EDCV 14-00700-VAP (DTBx), 2016 WL 3136196, at *1 (C.D. Cal. Mar. 4, 2016) ("Any party resisting discovery has the burden to show discovery should not be permitted and has the burden of clarifying, explaining, and supporting its objections"); *see also Blankenship v. Hearst Corp.*, 519 F.2d 418, 419 (9th Cir. 1975) (same).

**PLAINTIFF'S INTERROGATORIES (SET ONE) TO MARRIOTT INTERNATIONAL, INC.**

**INTERROGATORY NO. 2**:
Provide the names, addresses and phone numbers of all persons who participated in the decision to terminate Plaintiff.

**INTERROGATORY NO. 5**:
If you contend that Plaintiff was unable to perform any of her essential job duties during any periods of her employment with you, provide the names, addresses and phone numbers of all witnesses who can support that contention.

In your responses, you identify names, but no contact information. Bear in mind that discovery may be obtained of the identity and location of persons having knowledge of any discoverable matter. For example, in multidistrict wage and hour litigation on behalf of current and former bank employees, need for discovery of former managerial-level employees's identities and contact information outweighed any minimal invasion of former managerial-level employees' privacy; disclosure of that information did not pose serious invasion of privacy, and those employees likely had relevant information about bank's overtime policies. *In re Bank of America Wage and Hour Employment Practices Litigation,*

D.Kan.2011, 275 F.R.D. 534.

Furthermore, in action alleging fraud, licensed healthcare clinic's mere identification of witnesses as employees in response to insurer's interrogatory was not sufficient to disclose them as individuals with knowledge that could be used to support claim or defense, as required by initial disclosure obligations in discovery and duty to supplement those disclosures in timely manner, and failure to properly disclose those witnesses was neither substantially justified nor harmless; even if failure to disclose contact information was excusable, failure to include description of witness's discoverable information was not. *State Farm Mutual Automobile Insurance Company v. Health and Wellness Services, Inc.*, S.D.Fla.2020, 2020 WL 1063004.

The same principles followed in the federal courts are mirrored in California courts:

"Central to the discovery process is the identification of potential witnesses. The disclosure of the names and addresses of potential witnesses is a routine and essential part of pretrial discovery. Nothing could be more ordinary in discovery than finding out the location of identified witnesses so that they may be contacted and additional investigation performed. Home addresses and telephone numbers are routinely produced during discovery. The location of witnesses—is generally discoverable, and it is neither unduly personal nor overly intrusive. It is only under unusual circumstances that the courts restrict discovery of nonparty witnesses' residential contact information. Our discovery system is founded on the understanding that parties use discovery to obtain names and contact information for possible witnesses as the starting point for further investigations. The party's ability to subpoena witnesses presumes that he has the witnesses' contact information. One glance at the form interrogatories approved by the Judicial Council, particularly the interrogatories in the 12.0 series, demonstrates how fundamentally routine the discovery of witness contact information is." *Puerto v. Sup. Ct.,* 158 Cal. App. 4th 1242, 1249-50 (2008) (holding that because contact information of potential witnesses is not a serious invasion, disclosure is ordinarily required, and there is no balancing of opposing interests is even required); see also *Crab Addison, Inc. v. Sup. Ct.,* 169 Cal. App. 4th 958, 969 (2008) (court attached no great significance to the fact that employer did not voluntarily disclose in discovery the identities of witnesses whose contact information it sought to protect).

Please supplement these Interrogatories, or they will be the subject of a motion to compel.

**INTERROGATORY NO. 3**:
Identify all persons whose job duties requiring cleaning who you hired to work at your Irvine Spectrum location since the date of Plaintiff's termination.

In response, you listed numerous boilerplate objections, claiming the Interrogatory is

"vague and overbroad and unlimited as to time and scope," not relevant, and that it supposedly "invades the privacy of third-party non-litigants."

However, none of these objections is applicable. Plaintiff is entitled to discover whether any non-disabled individuals were hired to perform the same job duties that she was willing to perform subsequent to her dismissal. Indeed, "a plaintiff may show an inference of discrimination in whatever manner is appropriate in the particular circumstances. A plaintiff may do so through comparison to similarly situated individuals, or any other circumstances surrounding the adverse employment action that give rise to an inference of discrimination." *Hawn v. Executive Jet Mgmt.,* Inc., 615 F3d 1151, 1156 (9th Cir., 2010) (holding that plaintiff in discrimination suit may introduce evidence that "similarly situated individuals outside their protected class were treated more favorably). Plaintiff may use evidence that Defendant treated individuals outside of her protected class more favorably by hiring other housekeepers who were not known to be disabled. As such, the information is discoverable.

The protection afforded to privacy is qualified, not absolute. In each case, the court must carefully balance the right of privacy against the need for discovery. The showing required to overcome the protection depends on the nature of the privacy right asserted; in some cases, a simple balancing test is sufficient, while in others, a compelling interest must be shown. "Only obvious invasions of interests fundamental to personal autonomy must be supported by a compelling interest." *Williams v. Superior Court,* 3 Cal.5th 531, 557 (2017). *Hill v. National Collegiate Athletic Ass'n,* 7 Cal.4th 1, 34-35 (1994); Kirchmeyer v. Phillips, 245 Cal.App.4th 1394, 1403 (2016); *Lewis v. Sup.Ct.* (Medical Bd. of Calif.), 3 Cal.5th 561 572-73 (2017). The burden is on "the party asserting a privacy interest to establish its extent and the seriousness of the prospective invasion," and then the court must "weigh the countervailing interests the opposing party identifies." *Williams v. Superior Court,* 3 Cal.5th 531, 557 (2017). In almost every case, disclosure may be ordered if a "compelling public interest" would be served thereby. *Britt v. Sup.Ct.* (San Diego Unified Port Dist.), 20 Cal.3d 844, 855-56 (1978); *Cross v. Sup. Ct.* (Kidane), 11 Cal.App.5th 305, 326-27 (2017).

Privacy concerns are no bar to the discoverability of the requested employment statistics. Indeed, a party may discover confidential personal information of nonparties in a wrongful termination lawsuit despite privacy objections. Indeed, in the Life Technologies Corp. case, the court permitted disclosure of a variety of private information, such as the reasons the employee was terminated, the department they worked in, and whether they were offered severance benefits. *Life Technologies Corp.,* 197 Cal. App. 4th 640, 648 (2011). Since this case is in diversity, state court decisions will be observed.

Lastly, the information sought is not unlimited in time and scope, as your objections claim. Indeed, the timeframe is limited only the time since Plaintiff's termination, which is a discrete and ascertainable time period. Further, the Interrogatory is limited in scope because it only seeks data pertaining to cleaning employees.

Based on the foregoing, Plaintiff is entitled to the information requested. Please supplement this Interrogatory, or it will be the subject of a motion to compel.

**INTERROGATORY NO. 4**:
Provide the job title and a complete list of the essential duties of Plaintiff's position during the period that she was employed for you.

In response, you say "Defendant refers Plaintiff to the job description in her personnel file." However, you did not produce the personnel file with your responses to these Interrogatories, nor did you identify any portions of the personnel file that would be responsive to the Interrogatory. Please supplement accordingly.

**INTERROGATORY NO. 6**:
Provide the names, addresses and phone numbers of all persons who were employed in the same position as Plaintiff during the time that she was employed for you.

In your non-response objection, you repeat the same boilerplate objections, as well as claiming that this interrogatory "invades the privacy of third-party non-litigants to an extent incommensurate with Plaintiff's legitimate discovery needs."

First, you do not provide any analysis as to the "extent" of any particular request or interrogatory. More importantly, privacy objections must be very specific, and the Court does not easily agree to broad claims of privacy. For example, in a copyright and trademark infringement suit against individuals who allegedly used plaintiff's cartoon characters in their drawing school and falsely represented to public that they were former animators for defendant, any privilege, or any right to privacy objection that defendants might have with respect to students' and parents' rights to privacy, was outweighed by plaintiff's need for information. *Walt Disney Co. v. DeFabiis,* C.D.Cal.1996, 168 F.R.D. 281.

Here, your privacy objection and your blanket, boilerplate objections have no application, including your claimed assertion on behalf of third parties. Please supplement, or this Interrogatory will be the subject of a motion to compel.

**INTERROGATORY NO. 9**:
Identify with particularity the specific written employment policies Plaintiff violated that caused her to be terminated.

In response, you say "One policy considered when deciding to separate Plaintiff was the Southern California Full Service Attendance Policy, effective 9/18/2015, revised 1/1/2018." However, the call of the question asks for identification with particularity, which your response does not do. The federal rules require a request to be particular, and so must

be the response, i.e. "The request must describe with reasonable particularity each item or category of items to be inspected." Fed. R. Civ. P. 34(b)(1)(A).

Please respond accordingly – by identifying the particular Document, and with particularity by Bates number.

**<u>INTERROGATORY NO. 10</u>**:
If any part of the parties' EMPLOYMENT relationship was governed in whole or in part by any written rules, guidelines, policies, or procedures established by the EMPLOYER, for each DOCUMENT containing the written rules, guidelines, policies, or procedures, state the date and title of the DOCUMENT and a general description of its contents.

In response, you say, "Associate Handbook, Southern California Full Service Attendance Policy." However, you did not produce the handbook with your response to this interrogatory, and you did not identify a page number or Bates number that would be responsive to this Interrogatory. For the same reasons as Interrogatory No. 9, above, please supplement.

**<u>INTERROGATORY NO. 13</u>**:
State the name, ADDRESS, and telephone number of each PERSON who provided any information relied upon the TERMINATION decision.

In response, like Interrogatories Nos. 2 and 5, above, you identify names, but no contact information. And for the same reasons analyzed above, the contact information of these people is discoverable. Additionally, you state, "all witnesses can be reached through Defendant's counsel of record." However, the federal rules make this information discoverable. "In most civil cases, parties in federal court must make initial disclosures of contact information for witnesses, descriptions of documents including electronic data which may support a claim or defense, computations of damages and relevant insurance agreements. [FRCP 26(a)]." Cal. Prac. Guide Civ. Pro. Before Trial Ch. 8B-5.

Although this case is now in federal court, the California Rules of Professional Conduct – Rule 2–100 specifically – still apply: In terms of the company-rank of the persons who participated in the decision to terminate Plaintiff, only "high-ranking executives and spokespersons with the authority to speak on behalf of the organization" are considered persons whose statements may constitute an admission on the part of an organization. *Snider v. Superior Court,* 113 Cal. App. 4th 1187, 1210 (2003). "An organization's control group has been stated as consisting of officers and agents responsible for directing the company's actions in response to legal advice." Id. at 1198. In terms of communication with a represented party, "**Rule 2–100** must be interpreted narrowly because a rule whose violation could result in disqualification and possible disciplinary action should be narrowly construed when it impinges upon a lawyer's duty of zealous representation." *Id.* at 1198. (Emphasis

added.)

If the managerial employees who Defendant identified fall into one of the above categories, then Plaintiff will accept Defendant's answer so long as it verifies under oath that these individuals are officers, directors or managing agents of Defendant. If these individuals do not fall into one of these categories, then Plaintiff is entitled to their contact information. Either way, please supplement.

**<u>INTERROGATORY NO. 16</u>**:
With respect to all civil action alleging discrimination, failure to accommodate, failure to engage in the interactive process or retaliation against Defendant, for each civil action, state the name, ADDRESS, and telephone number of each employee who filed the action.

In your non-response/ objection, you repeat the same boilerplate objections, and you additionally claim that the information sought is "protected from disclosure by the attorney-client privilege and/or the attorney work-product doctrine." However, this Interrogatory requests no work-product or privileged information.

Rule 26 of the Federal Rules of Civil Procedure address work-product doctrine to "protect drafts of any report or disclosure required under Rule 26(a)(2), regardless of the form in which the draft is recorded ... and (B) protect communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B), regardless of the form of the communications." Fed. R. Civ. P. 26(b)(4). As further defined by the Court, Attorney-client privilege involves "confidential client communications or mental processes or trial strategy." *Banks v. Office of Senate Sergeant-at-Arms,* D.D.C.2005, 233 F.R.D. 1.

None of Plaintiff's Interrogatories or Requests for Production request information protected by the attorney work-product doctrine or the attorney-client privilege. Thus, your objection is invalid.

Furthermore, this Interrogatory is derived from Form Interrogatory 209.2. Form Interrogatories are presumptively proper, as it they were approved for use in employment cases by the Judicial Council. "Use of form interrogatories was recommended by the Discovery Commission as a way to at once avoid dispute concerning the wording of a particular interrogatory, and greatly expand the amount of information that would otherwise be obtained via counsel-prepared questions." *Clement v. Alegre,* 177 Cal. App. 4th 1277, 1288 (2009). Further, evidence of prior acts of discrimination is discoverable in a discrimination suit. Indeed, "such circumstantial proof of discrimination typically includes unflattering testimony about the employer's history and work practices—evidence which in other kinds of cases may well unfairly prejudice the jury against the defendant. In discrimination cases, however, such background evidence may be critical for the jury's assessment of whether a given employer was more likely than not to have acted from an unlawful motive .... Evidence

of prior acts of discrimination is relevant to an employer's motive in discharging a plaintiff." *Pantoja v. Anton,* 198 Cal. App. 4th 87, 113 (2011) ("me-too" evidence of harassing activity against other female employees, which occurred outside of the plaintiff's presence and when the plaintiff was not even employed, is admissible as evidence tending to show a discriminatory or biased motive under California Evidence Code section 1101(b), impeachment of the alleged harasser's credibility and rebuttal of factual claims made by other witnesses).

The federal court will not reject the California Judicial Council's Form Interrogatories. Please supplement this Interrogatory, or it will be the subject of a motion to compel.

**INTERROGATORY NO. 17**:
With respect to all civil action alleging discrimination, failure to accommodate, failure to engage in the interactive process or retaliation against Defendant, for each civil action, state the case number and court name of the civil action.

In your non-response/ objection, you repeat the same boilerplate objections as in your objection to Special Interrogatory No. 16; and for the same reasons as above, this information is discoverable. Furthermore, it is noteworthy that records of civil actions are public information, not privileged work-product. The information this interrogatory seeks is fully discoverable. Please supplement.

**INTERROGATORY NO. 18**:
Identify each type of BENEFIT to which the EMPLOYEE would have been entitled, from the date of the ADVERSE EMPLOYMENT ACTION to the present, if the ADVERSE EMPLOYMENT ACTION had not happened and the EMPLOYEE had remained in the same job position.

In response, you say, "Defendant refers Plaintiff to the Associate Handbook." However, you did not produce the handbook or identify the page number or Bates number that would be responsive to this Interrogatory. For the same reasons regarding Interrogatory No. 9 and No. 10, as analyzed above, please supplement.

**INTERROGATORY NO. 19**:
For each type of BENEFIT to which the EMPLOYEE would have been entitled, from the date of the ADVERSE EMPLOYMENT ACTION to the present, if the ADVERSE EMPLOYMENT ACTION had not happened and the EMPLOYEE had remained in the same job position, state the amount the EMPLOYER would have paid to provide the benefit for the EMPLOYEE during this time period.

In your non-response/ objection, you repeat the same boilerplate objections, as well as attorney-client privilege and/or the attorney work-product doctrine. However, the Interrogatory seeks no privileged information. For the same reasons stated regarding

Interrogatory No. 17, above, the information this Interrogatory requests is fully discoverable. Please supplement.

**INTERROGATORY NO. 20**:
With respect to each response to Plaintiff's Requests for Admissions (Set One) that contains anything other than an unqualified admission, state all facts upon which you base each response.

In your non-response/ objection, you repeat the same boilerplate objections, then you claim that this interrogatory "contains multiple unrelated subparts that causes the instant set of special interrogatories to exceed the permissible limit under Rule 33(a) of the Federal Rules of Civil Procedure." However, this interrogatory is plain, short and simple, containing no sub-parts and consisting of only 29 words. For the same reasons regarding Interrogatory No. 16, as analyzed above, this interrogatory is valid and seeks discoverable information. Please supplement.

**INTERROGATORY NO. 21**:
With respect to each response to Plaintiff's Requests for Admissions (Set One) that contains anything other than an unqualified admission, state the name, address and telephone numbers of all persons who have knowledge of facts that support the response.

In your non-response, you repeat the same boilerplate objections and produce no names. As analyzed regarding Interrogatory No. 2, above, witness information is fully discoverable. As such, please supplement.

**INTERROGATORY NO. 22**:
With respect to each response to Plaintiff's Requests for Admissions (Set One) that contains anything other than an unqualified admission, identify all DOCUMENTS and other tangible things that support each of those responses.

In your non-response, you repeat the same boilerplate objections and produce no names. As analyzed regarding your responses to Interrogatories Nos. 13 and 16, above, this information is fully discoverable. As such, please supplement.

**PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE) TO MARRIOTT INTERNATIONAL, INC.**

**REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 1, 2, 3, 5, 6, 7, 8, 9, 10, 21, 22**:

In response to all of these Requests, not repeated here for brevity, you state, alternatively, "Defendant has produced all responsive documents that it has been able to

locate as of the date of this response after a diligent search and reasonable inquiry"; or "Defendant has produced all responsive documents that it has been able to locate as of the date of this response"; and "Defendant has produced the requested documents."

Notwithstanding that not all of these responses follow statutory language, your responses are missing crucial components: First, where are these documents? When did you produce such documents? Then, if these documents are in existence, where is the particular document that is responsive to the request, i.e., what is the page number and what is the Bates number?

As a request for documents must be made with particularity, i.e., the request "must describe with reasonable particularity each item or category of items to be inspected (Fed. R. Civ. P. 34(b)(1)(A), so must responses be specific and particular – "in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could." Fed. R. Civ. P. 33(d)(1).

Please respond accordingly – first by producing the documents, then by identifying the particular document by Bates number.

**REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 4, 12, 13**:

In response to all of these Requests, not repeated here for brevity, you state, alternatively, "Defendant has produced the employee handbook in effect at the time Plaintiff was separated"; and "Defendant has produced the employee handbook in effect at the time Plaintiff was separated."

Again, as above, you did not state when you supposedly produced such documents, and you did identify the documents by Bates number. Please supplement by producing the document and identifying the documents accordingly.

**REQUEST FOR PRODUCTION NO. 18**

Any and all phone records showing all calls made to you from (714) 229-4986 as well as all calls you made to (714) 229-4986 during the time period of January 24, 2020 and April 7, 2020.

**REQUEST FOR PRODUCTION NO. 19**

Any and all phone records showing all calls made to you from (714) 341-6056 as well as all calls you made to (714) 341-6056 during the time period of January 24, 2020 and April 7, 2020.

**REQUEST FOR PRODUCTION NO. 20**

Any and all phone records showing all calls made to you from (323) 983-1903 as well as all calls you made to (323) 983-1903 during the time period of January 24, 2020 and April 7, 2020.

In your non-response/ objection to all of these Requests, you repeat the same boilerplate objections, then you state, "Defendant further objects to this request to the extent it seeks information protected from disclosure by the attorney-client privilege and/or the attorney work-product doctrine."

As analyzed above regarding Interrogatories Nos. 16 and 17, attorney-client privilege and work-product are non-issues here. These Requests request no records involving conversations between Defendant and its counsel. Therefore, please supplement your responses, or these requests will be subject to a motion to compel.

Please provide me with your availability for a prefiling conference of counsel pursuant to L.R. 37-1, to occur within the next 10 days.

Regards,

Bruce Murray

Bruce T. Murray, Esq.

# EXHIBIT 8

PIMENTEL LAW
EMPLOYMENT LAW • PERSONAL INJURY

30 N Raymond Ave Ste 210 Pasadena, CA 91103 | T (626) 765-6505 F (626) 628-3041 | BTM@PimentelLaw.com

November 23, 2021

**Via Email and Fax**

Mr. Timothy McCaffrey, Jr.
Chesler McCaffrey LLP
11661 San Vicente Boulevard
Los Angeles, CA 90049
Facsimile: (310) 882-6359

**Re: Patricia Bingham v. Marriott International, Inc.**

Dear Mr. McCaffrey:

This letter will supplement my November 8, 2021 meet and confer letter, in order to cover issues regarding your "Objections and Responses" to Plaintiff's Requests for Admissions (Set One), served November 17, 2021. (Your "Objections and Responses" to Plaintiff's Interrogatories and Requests for Production of Documents were served November 1.)

All of the issues identified in this letter and my November 8, 2021 letter, I would like to discuss in a to-be-scheduled prefiling conference of counsel, pursuant to L.R. 37-1.

As with your Objections and Responses to Plaintiff's Interrogatories and Requests for Production, I have identified below your non-admissions, partial admissions, and problematic statements in response to Plaintiff's Requests for Admissions (Set One). First, the broad rules governing federal discovery:

**Relevancy and Broad Scope of Discovery**

"Under the Federal Rules of Civil Procedure, '[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense.' Fed. R. Civ. P. 26(b)(1). 'Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.' *Id.* A relevant matter is 'any matter that bears on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case.' *Oppenheimer Fund, Inc. v. Sanders,* 437 U.S. 340, 351 (1978). Moreover, discovery is not limited to only those specific issues raised in the

pleadings since it is designed to define and clarify the issues in the case. *Miller v. Pancucci,* 141 F.R.D. 292, 296 (C.D. Cal. 1992) (citing *Oppenheimer,* 437 U.S. at 351). As such, the question of relevancy should be construed 'liberally and with common sense' and discovery should be allowed unless the information sought has no conceivable bearing on the case. *Id.* The party resisting discovery bears the burden of proving that disclosure is not required. *Soto v. City of Concord,* 162 F.R.D. 603, 609 (N.D. Cal. 1995)." *Baptiste v. Lids*, No. C-12-5209 PJH, at *2 (N.D. Cal. Oct. 18, 2013).

"The whole point of discovery is to learn what a party does not know or, without further information, cannot prove. The purpose of discovery is to allow a broad search for facts ...." *Stevens v. Corelogic, Inc.*, 893 F.3d 648, 659-60 (9th Cir. 2018). "Relevant information need not be admissible in evidence to be discoverable." FED. R. CIV. P. 26 (b) (1). "In fact, relevance for purposes of discovery is defined very broadly. The party opposing discovery is required to carry a heavy burden of showing why discovery should be denied." *Muñoz v. U.S. Dep't of State*, CASE NO. CV 17-0037 AS, at *6-7 (C.D. Cal. Apr. 2, 2019); *see also O'Shea v. Am. Solar Solution, Inc.*, No. 14-cv-894-L-(RBB), 2016 WL 701215, at *2 (S.D. Cal. Feb. 18, 2016) ("Relevance is construed broadly to include any matter that bears on, or reasonably could lead to other matters that could bear on, any issue that may be in the case"); *see also Sater v. Chrysler Group LLC*, No. EDCV 14-00700-VAP (DTBx), 2016 WL 3136196, at *1 (C.D. Cal. Mar. 4, 2016) ("Any party resisting discovery has the burden to show discovery should not be permitted and has the burden of clarifying, explaining, and supporting its objections"); *see also Blankenship v. Hearst Corp.*, 519 F.2d 418, 419 (9th Cir. 1975) (same).

Here, your non-admissions, partial admissions, and problematic statements fall into five categories: (1) failing to admit or deny a request; (2) failure to address the call of the question in the request; (3) responding by referring to a document that supposedly "speaks for itself," when this is neither an admission nor denial; (4) claiming that a request written in plain English is "unintelligible"; and (5) refusal to admit or deny the genuineness of documents.

**1. RESPONSES THAT DON'T ADDRESS THE CALL OF THE QUESTION**

**REQUEST FOR ADMISSION NO. 2**:

Admit that Marriott International, Inc. hired Ms. Bingham for this position because she was qualified for the job.

In response, you stated, "Defendant admits that it hired Plaintiff." This is a response to a question that was not asked.

"If a matter is not (1) admitted, the answer must specifically (2) deny it or state in detail why the answering party (3) cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer

or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest." Fed. R. Civ. P. 36(a)(4).

"Each answer in a response to requests for admission shall be as complete and straightforward as the information reasonably available to the responding party permits." CIV. PROC. CODE § 2033.220 (a). Evasive answers are grounds for sanctions. *Scheiding v. Dinwiddie Constr. Co.*, 69 Cal.App.4th 64, 76 (1999); CIV. PROC. CODE § 2023.010 (f).

"The purpose of discovery is to provide a mechanism for making relevant information available to the litigants. 'Mutual knowledge of all the relevant facts gathered by both parties is essential to proper litigation.' *Hickman v. Taylor,* 329 U.S. 495, 507 (1947). Thus the spirit of the rules is violated when advocates attempt to use discovery tools as tactical weapons rather than to expose the facts and illuminate the issues by overuse of discovery or unnecessary use of defensive weapons or **evasive** responses. All of this results in excessively costly and time-consuming activities that are disproportionate to the nature of the case, the amount involved, or the issues or values at stake." Advisory Committee Notes to 1983 Amendment of Fed. R. Civ. P. 26. (Emphasis added.)

For example, a convenience store franchisor did not do an objectively reasonable investigation for responsive information when it served its responses to franchisees' interrogatories seeking information on termination of certain franchises given that one response stated that franchisor had no intention to terminate franchises which was **evasive**, misleading, and incomplete, and other response set forth boilerplate objections with non-responsive information that interrogatory was overly broad, unduly burdensome, irrelevant, and confidential, which response was meritless and frivolous, and thus response violated certification requirement of rule governing signing disclosures and discovery requests, responses, and objections, as would support imposition of sanctions on franchisor. *Younes v. 7-Eleven, Inc.,* D.N.J.2015, 312 F.R.D. 692.

Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 6**:

Admit that Marriott International, Inc. provided Ms. Bingham with no medical insurance.

In response, you stated, "Ms. Bingham was eligible for medical insurance." However, as with Request for Admission No. 2, this is a response to a question that was not asked. Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 7:**

Admit that on October 14, 2019, Marriott International, Inc. awarded Ms. Bingham her "Spirit to Serve" awards because of her exemplary job performance.

In response, you stated, "Admit that Plaintiff received a Spirit to Serve award on or about October 14, 2019." However, as in Requests for Admission Nos. 2 and 6, this is a response to a question that was not asked. Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 10:**

Admit that on January 24, 2020, Marriott International, Inc. received a communication from Plaintiff's daughter indicating that Ms. Bingham was under doctors' care – and would be under doctors' care until further notice.

In response, you stated, "Admit that the property knew Plaintiff was hospitalized on or about January 24, 2020." However, as in Requests for Admission Nos. 2, 6, and 7, this is a response to a question that was not asked. Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 15:**

Admit that Ashley Chavez did not return Ms. Bingham's March 9, 2020 phone calls.

In response, you stated, "Defendant is informed and believes that Ms. Chavez and Plaintiff spoke on March 9, 2020." However, as in Requests for Admission Nos. 2, 6, 7, and 10, this is a response to a question that was not asked. Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 17:**

Admit that on March 9, 2020 or thereabouts, Ashley Chavez received a phone call from Ms. Bingham, in which Ms. Bingham reported to Ms. Chavez that she was still under doctor's care.

In response, you stated, "Admit that Ms. Chavez and Plaintiff spoke on March 9, 2020." However, as in Requests for Admission Nos. 2, 6, 7, 10 and 15, this is a response to a question that was not asked. Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 18:**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms.

Bingham and Ashley Chavez, Ms. Bingham reported to Ms. Chavez that she was still in pain.

In response, you stated, "Admit that Ms. Chavez and Plaintiff spoke on March 9, 2020." However, as in Requests for Admission Nos. 2, 6, 7, 10, 15, and 17, this is a response to a question that was not asked. Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 19:**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Chavez told Ms. Bingham that she needed to report to her regularly regarding her ability to return to work.

**REQUEST FOR ADMISSION NO. 20:**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Bingham told Ms. Chavez that she was unable to return to work in her present medical condition.

**REQUEST FOR ADMISSION NO. 21:**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Chavez did not tell Ms. Bingham that she could take more time off as necessary to recover from her medical condition.

**REQUEST FOR ADMISSION NO. 22:**

Admit that during the March 9, 2020 (or thereabouts) conversation between Ms. Bingham and Ashley Chavez, Ms. Chavez offered to provide Ms. Bingham a form she could fill out in order to resign from her job.

In all of your responses to these Requests, you state, "Admit that Ms. Chavez and Plaintiff spoke on March 9, 2020, and that during that conversation Plaintiff offered no explanation for her failure to return Ms. Chavez's and Ms. Sanchez's multiple calls the week before about her status, and that Plaintiff told Ms. Chavez that she could not return to work and wanted to resign."

Even further than Requests for Admission Nos. 1, 6, 7, 10, 15, 17, and 18, this is not only a response to a question that was not asked, but it is a narrative of numerous issues that are nonresponsive to the request. Please supplement these requests for admission by answering the call of the question. Otherwise, these requests will be the subject of a motion to compel.

**2. DOCUMENTS DO NOT "SPEAK FOR THEMSELVES" TO ANSWER A REQUEST FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 27:**

Admit that in an undated letter, Jim Anderson stated that Ms. Bingham's termination was due to the fact that her "manager attempted to contact you on three separate occasions (03/01, 03/02, and 03/03) and she could not reach you."

In response, you state, "Defendant objects to this request on the ground that the document speaks for itself/best evidence. Notwithstanding the foregoing objections, without waiving them and consistent with them, Defendant responds as follows: Defendant refers Plaintiff to Mr. Anderson's letter."

Unlike Interrogatories, referring to a document does not suffice as a response to a request for admission. Furthermore, we did not ask your legal advice as to what constitutes "best evidence"; nor did the request ask whether Anderson's letter "speaks for itself." Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 28:**

Admit that on April 7, 2020, Jim Anderson received an email from Ms. Bingham, in which Ms. Bingham stated, "When Ashely and Yuclin were calling me from 3/1/20 to 3/6/20, I was going through a lot of pain and stress from my stomach illness so I wasn't able to call back right away.

In response, you stated, "Defendant objects to this request on the ground that the document speaks for itself/best evidence. Notwithstanding the foregoing objections, without waiving them and consistent with them, Defendant responds as follows: Defendant refers Plaintiff to her April 7, 2020 email."

As above, referring to a document does not suffice as a response to a request for admission. Furthermore, we did not ask your legal advice as to what constitutes "best evidence"; nor did the request ask whether Plaintiff's email "speaks for itself." Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 36:**

Admit the genuineness of the document attached as Exhibit 9, an April 7, 2020, from Patricia Bingham to Jim Anderson, in which Ms. Bingham requested her reinstatement.

In response, you stated, "Defendant admits it received the email. Plaintiff's email speaks for itself. As above, the request did not ask whether Plaintiff's email "speaks for itself." Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**REQUEST FOR ADMISSION NO. 37:**

Admit that despite the pleas made by Ms. Bingham in Exhibit 9, Marriott International, Inc. made the decision not to reinstate Ms. Bingham.

In response, you stated, "Plaintiff's email speaks for itself"; and again, the request did not ask Plaintiff to admit that an email "speaks for itself." Please supplement this request for admission by answering the call of the question. Otherwise, this request will be the subject of a motion to compel.

**3. PLAINTIFF'S REQUESTS ARE WRITTEN IN PLAIN ENGLISH**

**REQUEST FOR ADMISSION NO. 16:**

Admit that on March 9, 2020, Yuclin Sanchez received a phone call from Ms. Bingham, in which Ms. Bingham informed Ms. Chavez that she was still under doctor's care.

In response, you claim that the request is "unintelligible." Furthermore, in numerous other requests, you give the non-response that "Defendant can neither admit nor deny this request as drafted," as if there were some problem with the writing and your ability to comprehend it. However, all of these requests are written in plain English. As the Supreme Court told us more than 150 years ago: "Time has proven the discernment of our ancestors; for even these provisions, expressed in such **plain English words**, that it would seem the ingenuity of man could not evade them …" *Ex parte Milligan,* 71 U.S. 2, 120, 18 L. Ed. 281 (1866). [Emphasis added.]

More recently, "To say that words have no meaning, indeed no existence, apart from the intention of their author is a ludicrous extension of the thesis that a tree falling in a deserted forest makes no noise." Antonin Scalia and Bryan A. Garner, *Reading Law: The Interpretation of Legal Texts 1st Edition* (Thomson/West, 2012).

There is nothing unintelligible about this request, or any of the others. Please respond, or this request will be the subject of a motion to compel.

**4. A PARTY MUST EITHER ADMIT OR DENY A REQUEST FOR ADMSSION**

**REQUEST FOR ADMISSION NO. 5**:

Admit that Ms. Bingham did in fact prepare hotel rooms in pristine fashion for guests during the time she was employed for you.

**REQUEST FOR ADMISSION NO. 11:**

Admit that at the time of Ms. Bingham's termination, she had a "physical disability," as defined in the California Government Code, section 12926 (m).

**REQUEST FOR ADMISSION NO. 14:**

Admit that on March 9, 2020, Ashley Chavez received several phone calls and voice mail messages from Ms. Bingham.

**REQUEST FOR ADMISSION NO. 15:**

Admit that Ashley Chavez did not return Ms. Bingham's March 9, 2020 phone calls.

**REQUEST FOR ADMISSION NO. 23:**

Admit that from March 10-12, Ashley Chavez received several phone calls from Ms. Bingham, but the calls were not connected or answered.

**REQUEST FOR ADMISSION NO. 24:**

Admit that on March 13, 2020, Ashley Chavez received a phone call from Ms. Bingham, in which Ms. Bingham requested written documentation regarding her employment status at Marriott International, Inc.

**REQUEST FOR ADMISSION NO. 25:**

Admit that during the March 13, 2020, phone call between Ms. Bingham and Ashley Chavez, Ms. Chavez did not agree to provide written documentation regarding Ms. Bingham's work status, but instead stated she would need to "talk to 'Jim' about that."

**REQUEST FOR ADMISSION NO. 29:**

Admit that at no time after March 2, 2020, management at Marriott Irvine Spectrum never offered Ms. Bingham additional time off.

**REQUEST FOR ADMISSION NO. 35:**

Admit that the medical diagnoses – commencing January 24, 2020 – as contained in Exhibits 3-6 indicate that Ms. Bingham had a "physical disability," as defined in the California Government Code, section 12926.

**REQUEST FOR ADMISSION NO. 37:**

Admit that despite the pleas made by Ms. Bingham in Exhibit 9, Marriott International, Inc. made the decision not to reinstate Ms. Bingham.

You provided no responses to any of these requests by stating, "Defendant cannot admit or deny this request as drafted." And you objected by stating, "vague and ambiguous as phrased." However, as above, these requests are written in plain English, and a court cannot be convinced that a legal professional cannot read the plain English words in front of him.

"If a matter is not (1) admitted, the answer must specifically (2) deny it or state in detail why the answering party (3) cannot truthfully admit or deny it. A denial must fairly respond

to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest." Fed. R. Civ. P. 36(a)(4).

Furthermore, by the rules of procedure, if one claims inability to admit or deny a request, reasonable inquiry required, and a party must state that a reasonable inquiry was made to obtain sufficient information. Such an inquiry requires the responding party to undertake a good faith effort to investigate sources reasonably available to him or her in formulating answers to RFAs (similar to the duty owed in responding to interrogatories). *Chodos v. Sup.Ct.* (Lowe) (1963) 215 CA2d 318, 322; Cal. Prac. Guide Civ. Pro Before Trial Ch. 8G-5.

Please either admit or deny the above requests for admission, or they will be the subject of a motion to compel.

**5. PARTY MUST ADMIT OR DENY GENUINENESS OF DOCUMENTS WHETHER OR NOT THE PARTY AUTHORED THE DOCUMENT**

**REQUEST FOR ADMISSION NO. 30**:

Admit the genuineness of the documents attached as Exhibit 3, medical records from La Palma Intercommunity Hospital.

**REQUEST FOR ADMISSION NO. 31:**

Admit the genuineness of the document attached as Exhibit 4, the February 4, 2020 letter from Dr. Clamon Q. Vu, to any employer of Patricia Bingham, advising an employer of Ms. Bingham's inability to work for the time period specified.

**REQUEST FOR ADMISSION NO. 32:**

Admit the genuineness of the documents attached as Exhibit 5, medical records from Memorial Care Medical Foundation.

**REQUEST FOR ADMISSION NO. 34:**

Admit the genuineness of the documents attached as Exhibit 6, medical records from Orange County Digestive Care.

In non-response to all of these requests, you stated, "Defendant cannot admit or deny this request as Defendant did not author Exhibit _" This reply is insufficient at many levels.

"A party may serve on any other party a written request to admit, for purposes of the pending action only, the truth of any matters within the scope of Rule 26(b)(1) relating to … the genuineness of any described documents." Fed. R. Civ. P. 36(a)(1)(B). "A request to admit the genuineness of a document must be accompanied by a copy of the document unless it

is, or has been, otherwise furnished or made available for inspection and copying." Fed. R. Civ. P. 36(a)(2).

The rule does not address who authored an exhibit submitted for admission. Indeed, whether or not Defendant authored a document is irrelevant for purposes of whether it can admit or deny its genuineness. Requests for admissions "seek to eliminate the need for proof. They are aimed primarily at setting at rest a triable issue so it will not have to be tried." *Murillo v. Superior Court*, 143 Cal.App.4th 730, 735 (2006). "A party to an action may not necessarily avoid responding to a request for admission on the ground that … the party does not know the answer. Since requests for admissions are not limited to matters within personal knowledge of the responding party, that party has a duty to make a reasonable investigation of the facts before answering items which do not fall within his personal knowledge. *Bloxham v. Saldinger*, 228 Cal.App.4th 729, 751-52 (2014). "The fact that the request is for the admission of a controversial matter, or one involving complex facts, or calls for an opinion, is of no moment. If the litigant is able to make the admission, the time for making it is during discovery procedures, and not at the trial." *Chodos v. Superior Court for Los Angeles Cty.*, 215 Cal.App.2d 318, 323-24 (1963) (improper to deny RFA claiming lack of personal knowledge where third party under Defendant's control had the information necessary to admit).

All of these Requests for Admission will be the subject of a motion to compel if you do not respond accordingly, in compliance with the rules of procedure.

Please provide me with your availability for a prefiling conference of counsel pursuant to L.R. 37-1, to occur within the next 10 days. I am not available November 29 or 30, but I am available December 1 and 3.

Regards,

Bruce T. Murray, Esq.

# EXHIBIT 9

PIMENTEL LAW
EMPLOYMENT LAW • PERSONAL INJURY

30 N Raymond Ave Ste 210 Pasadena, CA 91103 | T (626) 765-6505 F (626) 628-3041 | BTM@PimentelLaw.com

December 30, 2021

**Via Email and Fax**

Mr. Timothy McCaffrey, Jr.
Chesler McCaffrey LLP
11661 San Vicente Boulevard
Los Angeles, CA 90049
Facsimile: (310) 882-6359

**Re: Patricia Bingham v. Marriott International, Inc.**

Dear Mr. McCaffrey:

Please allow this letter to serve as a checklist for the items to be included in the L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One) and Requests for Admission (Set One).

This letter follows our December 2, 2021 L.R. 37-1 conference, in which you identified discovery requests to which you would supplement, and which you would not. This letter also follows your December 14 and 20 emails, in which you addressed Defendant's continued refusal to respond or supplement Plaintiff's Interrogatories Nos. 16 and 17; and 20, 21, and 22. I will specifically address those particular interrogatories below, in the numeric order of the interrogatories.

**PLAINTIFF'S INTERROGATORIES (SET ONE)**

**INTERROGATORY NO. 2**:

Provide the names, addresses and phone numbers of all persons who participated in the decision to terminate Plaintiff.

**INTERROGATORY NO. 5**:

If you contend that Plaintiff was unable to perform any of her essential job duties during any periods of her employment with you, provide the names, addresses and phone numbers of all witnesses who can support that contention.

In my November 8, 2021 meet and confer letter, I analyzed why Plaintiff is entitled to

responses to these Interrogatories. In our December 2, 2021 L.R. 37-1 conference, you stated that you will not supplement your responses/ non-responses to these interrogatories. Therefore, these Interrogatories will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One).

**INTERROGATORY NO. 3**:

Identify all persons whose job duties requiring cleaning who you hired to work at your Irvine Spectrum location since the date of Plaintiff's termination.

In our December 2, 2021 L.R. 37-1 conference, you stated that you would consult with your client as to whether you would supplement this Interrogatory. However since then, you have not supplemented. Therefore, this Interrogatory will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One).

**INTERROGATORY NO. 6**:

Provide the names, addresses and phone numbers of all persons who were employed in the same position as Plaintiff during the time that she was employed for you.

In my November 8, 2021 meet and confer letter, I analyzed why Plaintiff is entitled to a response to this Interrogatory. In our December 2, 2021 L.R. 37-1 conference, you stated both that you would consider supplementing your response to this Interrogatory; and that you will not supplement your response/non-response to this Interrogatory. Since that time, you have not supplemented. Therefore, this Interrogatory will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One).

**INTERROGATORY NO. 13**:

State the name, ADDRESS, and telephone number of each PERSON who provided any information relied upon the TERMINATION decision.

In my November 8, 2021 meet and confer letter, I analyzed why Plaintiff is entitled to a response to this Interrogatory. In our December 2, 2021 L.R. 37-1 conference, you stated both that you will not supplement your response/non-response to this Interrogatory. Therefore, this Interrogatory will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One).

**INTERROGATORY NO. 16**:

With respect to all civil actions alleging discrimination, failure to accommodate, failure to engage in the interactive process or retaliation against Defendant, for each civil action,

state the name, ADDRESS, and telephone number of each employee who filed the action.

**INTERROGATORY NO. 17**:

With respect to all civil action alleging discrimination, failure to accommodate, failure to engage in the interactive process or retaliation against Defendant, for each civil action, state the case number and court name of the civil action.

In your December 20, 2021 email, you stated that "plaintiff is only entitled to discovery regarding the decision-makers involved in this case"; that "there are numerous examples of courts holding that plaintiffs are only entitled to discovery of similar claims against the same supervisor/decision maker and are not entitled to discovery from locations where the plaintiff never worked absent some evidence to indicate company-wide violations"; and that "plaintiff's discovery requests are patently overbroad (and therefore seek information that is neither relevant to any claim or defense nor proportional to the needs of the case) because none of the requests are limited to plaintiff's protected class, work location, or decision-makers at issue."

Your statements impose unsupported limitations on the broad scope of discovery; you overlook the fact that these Interrogatories address the exact causes of action in this case; and by statute and caselaw, a party is entitled to information from comparable employees and comparable cases.

First, the broad scope of discovery: "Under the Federal Rules of Civil Procedure, '[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense.' Fed. R. Civ. P. 26(b)(1). 'Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.' *Id.* A relevant matter is 'any matter that bears on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case.' *Oppenheimer Fund, Inc. v. Sanders,* 437 U.S. 340, 351 (1978). Moreover, discovery is not limited to only those specific issues raised in the pleadings since it is designed to define and clarify the issues in the case. *Miller v. Pancucci,* 141 F.R.D. 292, 296 (C.D. Cal. 1992) (citing *Oppenheimer,* 437 U.S. at 351). As such, the question of relevancy should be construed 'liberally and with common sense' and discovery should be allowed unless the information sought has no conceivable bearing on the case. *Id.* The party resisting discovery bears the burden of proving that disclosure is not required. *Soto v. City of Concord,* 162 F.R.D. 603, 609 (N.D. Cal. 1995)." *Baptiste v. Lids*, No. C-12-5209 PJH, at *2 (N.D. Cal. Oct. 18, 2013).

By standard practice, Plaintiff is entitled to information regarding comparable employees and comparable cases: "Showing disparate treatment or policy enforcement is a permissible means to establish pretext ... To establish pretext in this manner, [Plaintiff] must identify other similarly situated employees the [employer] did not terminate." *Wills v. Superior Court*, (2011) 195 Cal. App. 4th 143, 172. Also see CACI No. 2500 Disparate

Treatment-Essential Factual Elements.

You also state, "Defendant is a massive corporation with hundreds of properties in Southern California." But there are a limited number of courts in Southern California, and there is only one Defendant in this case – one corporation – which should have this information readily available.

Please be advised that we will narrow these interrogatories to cover a time period of only the last five years and only suits brought in the following counties: Imperial, San Diego, Riverside, Orange, San Bernardino, Los Angeles, Kern and Ventura.

If you do not supplement these Interrogatories, they will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One).

**INTERROGATORY NO. 19**:

For each type of BENEFIT to which the EMPLOYEE would have been entitled, from the date of the ADVERSE EMPLOYMENT ACTION to the present, if the ADVERSE EMPLOYMENT ACTION had not happened and the EMPLOYEE had remained in the same job position, state the amount the EMPLOYER would have paid to provide the benefit for the EMPLOYEE during this time period.

In my November 8, 2021 meet and confer letter, I analyzed why Plaintiff is entitled to a response to this Interrogatory. In our December 2, 2021 L.R. 37-1 conference, you did not state that you would supplement your response/non-response to this Interrogatory; and you have not supplemented. Therefore, this Interrogatory will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery (Fed. R. Civ. P. 37) to Plaintiff's Interrogatories (Set One).

**INTERROGATORY NO. 20**:

With respect to each response to Plaintiff's Requests for Admissions (Set One) that contains anything other than an unqualified admission, state all facts upon which you base each response.

**INTERROGATORY NO. 21**:

With respect to each response to Plaintiff's Requests for Admissions (Set One) that contains anything other than an unqualified admission, state the name, address and telephone numbers of all persons who have knowledge of facts that support the response.

**INTERROGATORY NO. 22**:

With respect to each response to Plaintiff's Requests for Admissions (Set One) that contains anything other than an unqualified admission, identify all DOCUMENTS and other

tangible things that support each of those responses.

In your December 14, 2021 email, you state the obvious – that these interrogatories are derived from the the Judicial Council of California's Form Interrogatories—Employment (No. 217.1); and then you state,"Defendant is aware of no authority allowing the use of state law form interrogatories under the Federal Rules of Civil Procedure." But then you state no authority prohibiting such interrogatories. Indeed, there is nothing prohibiting the derivation of state form interrogatories as special interrogatories in any other forum.

You then go through a lengthy process of slicing and dicing these interrogatories into pieces, reaching the mathematical conclusion that these three interrogatories are the equivalent of 105 interrogatories, and therefore over the statutory limit; and therefore you won't respond to them.

None of your cases cited support your math. Indeed, in one case, a newspaper publisher, a defendant in antitrust case, could not avoid responding to a greater number of interrogatories on grounds that either information sought was unavailable or that its production would be unduly burdensome or expensive, in absence of any indication by publisher why that was the case. *Cutler v. Lewiston Daily Sun,* D.C.Me.1985, 105 F.R.D. 137.

"Leave to serve additional interrogatories may be granted to the extent consistent with Rule 26(b)(2)." Fed. R. Civ. P. 44(a)(1). "By order, the court may alter the limits in these rules on the number of depositions and interrogatories or on the length of depositions under Rule 30." Fed. R. Civ. P. 26(b)(2)(A).

Your refusal to respond to these interrogatories is ripe for court review. Therefore, this Interrogatory will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery, Fed. R. Civ. P. 37, to Plaintiff's Interrogatories (Set One).

**PLAINTIFF'S REQUESTS FOR ADMISSION (SET ONE)**

You have failed to respond or failed to adequately respond to 27 of Plaintiff's Requests for Admission: RFA numbers 2, 5, 6, 7, 10, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 32, 34, 35, 36, 37.

As I analyzed in my November 23, 2021 meet and confer letter, you frequently responded by re-writing the request, and then responding to you own self-drafted request, and that response did not address the call of the original request. In response to several other requests, you responded by saying that documents somehow "speak for themselves" to answer a request for admission. In response to several other requests, you claimed that the questions were "unintelligible"; and you also wrote responses that neither admitted nor denied the request. Finally, you refused to admit or deny the genuineness of documents.

In our December 2, 2021 L.R. 37-1 conference, we made no progress in getting past any of these issues; and you have not supplemented since them. Therefore, these Requests for Admission will be part of an L.R. 37-2 stipulation in advance of a Motion for an Order Compelling Disclosure or Discovery, Fed. R. Civ. P. 37, to Plaintiff's Interrogatories (Set One).

If you wish to further discuss any of the above, please feel free to contact me.

Regards,

Bruce T. Murray, Esq.

# EXHIBIT 10

# Time and Fees

## for Patricia Bingham v. Marriott International, Inc. - Bingham - Employment Claim - Marriott International, Inc. from 03/30/2020 to 03/17/2022

### Time and Fee entries

| Date | Activity | Subject | Staff | Hours | Rate | Billable? | Write off? | Status | Total |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2022 | | 1 email sent/reviewed regarding Danielle Tarricone +1 949-680-8214 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | Report of 2-17-22 Hearing reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/17/2022 | | 1 email sent/reviewed regarding Job:388618-Patricia Bingham vs. Marriott International, Inc., (Witt:PMQ- Marriott International Inc)[zoom10] | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/17/2022 | | Exh. 6 O.C Digestive Care medical records edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | 46 internal messages sent/reviewed | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 03/17/2022 | | Exh. 3 LaPalma_records_PatriciaBingham_22050803 edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | 1 email sent/reviewed regarding Dr. Vu's deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | Patricia Bingham Deposition Notes and Cross edited and reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/17/2022 | | Defendant's Rule 68 offer of judgment reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/28/2022, Job #389756Dr. Clamon Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | Exh. 5 Memorial Care medical records - 2020 after p. 29 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | 1 email sent/reviewed regarding Defendants depositions of Plaintiff | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | Meet and confer with Tim McCaffrey (Phone) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/17/2022 | | 4 emails sent/reviewed regarding Bingham v. Marriott -- Rule 68 Offer | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/17/2022 | | Defendant's Requests for Documents (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/17/2022 | | Timeline edited | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 03/17/2022 | | 2 emails sent/reviewed regarding Depositions, emails | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | | 6 emails sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 03/17/2022 | | 2 emails sent/reviewed regarding Deposition of Dr. Clamon Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/17/2022 | 1 email sent/reviewed regarding Bingham -- Supp RFA and Interrogatory Responses | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/17/2022 | Memo created - Issues discussed in 3/17/2022 meet and confer with Defense counsel Tim McCaffrey | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | Plaintiff's Documents in Reply to RFPs (Bates 001-366) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/17/2022 | Non-Retained Expert Designation reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2022 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2022 | Memo reviewed - Rigid Application of Attendance Policy May Warrant Punitive Damages | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2022 | Timeline reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2022 | Memo reviewed - Issues discussed in 3/17/2022 meet and confer with Defense counsel Tim McCaffrey | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2022 | 40 internal messages sent/reviewed | Gabriel J. Pimentel | 0.60 | $700.00 | Yes | No | - | $420.00 |
| 03/16/2022 | POS and Caption edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/16/2022 | 2 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/16/2022 | 1 email sent/reviewed regarding Danielle +1 949-680-8214 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | Dr. Norman Yu-Neng Kuo Note 01.24.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | 1 email sent/reviewed regarding Danielle Tarricone +1 949-680-8214 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | Timeline edited | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/16/2022 | 1 email sent/reviewed regarding Your Huseby Events on Calendar | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | 13 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/16/2022 | Non-Retained Expert Designation reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/16/2022 | 1 email sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | Rachael Kogan Ltr to Noticing Counsel re Representation reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | 2 emails sent/reviewed regarding Job:388618-Patricia Bingham vs. Marriott International, Inc., (Witt:PMQ- Marriott International Inc)[zoom10] | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | Patricia Bingham Deposition Notes and Cross edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/16/2022 | 1 email sent/reviewed regarding Depositions, emails | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/16/2022 | 11 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 03/16/2022 | Subpoena to Clamon Vu POS created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/16/2022 | 1 email sent/reviewed regarding Bingham -- Supp RFA and Interrogatory Responses | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/16/2022 | 3 emails sent/reviewed regarding Dr. Vu's deposition | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/16/2022 | Timeline created, then edited and reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/16/2022 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/16/2022 | Non-Retained Expert Designation edited | Gabriel J. Pimentel | 1.30 | $700.00 | Yes | No | - | $910.00 |
| 03/16/2022 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/16/2022 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/16/2022 | Complaint reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/16/2022 | Exh. 8 Termination Letter from Marriott (undated) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/15/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/15/2022 | 1 email sent/reviewed regarding Bingham -- Supp RFA and Interrogatory Responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/15/2022 | 8 emails sent/reviewed regarding Dr. Vu's deposition | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/15/2022 | Plaintiff's Rule 26(a) Disclosures reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/15/2022 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/15/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/15/2022 | Dr. Norman Yu-Neng Kuo Note 01.24.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/15/2022 | Non-Retained Expert Designation edited | Bruce T. Murray | 1.70 | $450.00 | Yes | No | - | $765.00 |
| 03/15/2022 | 4 emails sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/15/2022 | 3 emails sent/reviewed regarding Depositions, emails | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/15/2022 | 34 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/15/2022 | 1 email sent/reviewed regarding Your Huseby Events on Calendar | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/15/2022 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/15/2022 | 1 email sent/reviewed regarding Supplemental document production, emails | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/15/2022 | 20 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/14/2022 | 4 emails sent/reviewed regarding Dr. Vu's deposition | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/14/2022 | 1 email sent/reviewed regarding Your Huseby Events on Calendar | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | Plaintiff's Rule 26(a) Disclosures reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/14/2022 | 3 emails sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/14/2022 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | 1 email sent/reviewed regarding Danielle Tarricone +1 949-680-8214 (Account:(877) 265-8084) | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/14/2022 | Plaintiff's Responses to RFPs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | Civil Trial Order reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | Non-Retained Expert Designation edited | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/14/2022 | Plaintiff's Rule 26(a) Disclosures reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | 22 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/14/2022 | Dr. Norman Yu-Neng Kuo Note 01.24.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | 1 email sent/reviewed regarding BINGHAM Bad Address | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/14/2022 | 16 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/14/2022 | 1 email sent/reviewed regarding Disability | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/12/2022 | Defendant's Requests for Documents (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/12/2022 | 1 email sent/reviewed regarding Supplemental document production, emails | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/12/2022 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/12/2022 | Plaintiff's Responses to RFPs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/12/2022 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/12/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/12/2022 | 1 email sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/12/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/12/2022 | 1 email sent/reviewed regarding Important | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/11/2022 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/11/2022 | 1 email sent/reviewed regarding Mediation Disclosure between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/11/2022 | 3 emails sent/reviewed regarding Patricia Bingham vs. Marriott International, Inc., | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/11/2022 | 2 emails sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/11/2022 | Plaintiff's Notice of Deposition of PMQ 30(b)(6) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/11/2022 | 9 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/10/2022 | 2 emails sent/reviewed regarding Patricia Bingham vs. Marriott International, Inc., | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/10/2022 | Dr. Norman Yu-Neng Kuo Note 01.24.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/10/2022 | 1 email sent/reviewed regarding Notes | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Plaintiff's Documents in Reply to RFPs (Bates 001-366) reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/10/2022 | Exhibits 1-9 edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Patricia's notes Jan-March 2020 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Defendant's Requests for Documents (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Plaintiff's Responses to RFPs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Complaint reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 03/10/2022 | 23 internal messages sent/reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 03/10/2022 | Plaintiff's Deposition (Zoom) attended | Bruce T. Murray | 3.00 | $450.00 | Yes | No | - | $1,350.00 |
| 03/10/2022 | 1 email sent/reviewed regarding Note from Dr. Norman Kuo, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Plaintiff's Responses to RFPs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/10/2022 | Dr. Norman Yu-Neng Kuo Note 01.24.20 reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/10/2022 | Preparation of client for deposition | Gabriel J. Pimentel | 1.00 | $700.00 | Yes | No | - | $700.00 |
| 03/10/2022 | preparation of plaintiff's deposition | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/10/2022 | Exhibits 1-9 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/10/2022 | 1 email sent/reviewed regarding Doctor's Note | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/10/2022 | 14 internal messages sent/reviewed | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 03/10/2022 | Exh. 4 Dr. Clamon Vu excuse 2-4-20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/10/2022 | PatriciaBingham_Deposition_Cross reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/10/2022 | Exh. 9 Email from Bingham to Jim Anderson re termination 04.07.20 reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/09/2022 | Report of 2-17-22 Hearing edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/09/2022 | 5 emails sent/reviewed regarding Patricia Bingham vs. Marriott International, Inc., | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 03/09/2022 | 1 email sent/reviewed regarding Resignation/ no resignation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/09/2022 | Defendant's Responses to Rogs (served 11/1/21) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/09/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/10/2022, Job #388435Patricia Bingham | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Patricia Bingham deposition JobConfirmation-388435 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | 2 emails sent/reviewed regarding AT&T call history | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/09/2022 | Exhibits 1-9 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Plaintiff's Notice of Deposition of PMQ 30(b)(6) edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/2022 | 3 emails sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/09/2022 | 1 email sent/reviewed regarding M76 -- joint application to appear remotely for discovery hearings | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Plaintiff's Notice of Deposition of PMQ 30(b)(6) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Defendant's Responses to Rogs Set Two reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Complaint reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/09/2022 | Exhibits 10-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. (8:21-cv-00836-JLS (JDEx)) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Preparation of client for deposition | Bruce T. Murray | 2.00 | $450.00 | Yes | No | - | $900.00 |
| 03/09/2022 | Plaintiff's Notice of Deposition of Clamon Vu reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | 1 email sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/09/2022 | Exh. 9 Email from Bingham to Jim Anderson re termination 04.07.20 reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/09/2022 | 14 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/09/2022 | Exh. 8 Termination Letter from Marriott (undated) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/09/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/09/2022 | Exh. 9 Email from Bingham to Jim Anderson re termination 04.07.20 reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/07/2022 | Subpoena to Clamon Vu reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/07/2022 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/07/2022 | 7 emails sent/reviewed regarding BINGHAM Bad Address | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/05/2022 | Preparation of client for deposition | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/03/2022 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Subpoena to Clamon Vu reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Plaintiff's Notice of Deposition of PMQ edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | 1 email sent/reviewed regarding Mediation Disclosure between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | 4 emails sent/reviewed regarding BINGHAM Bad Address | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 03/03/2022 | 1 email sent/reviewed regarding Depositions of Rena H. Reiss and PMQ | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/03/2022 | 1 email sent/reviewed regarding Latin Availability for Mediation | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/03/2022 | 20 internal messages sent/reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 03/03/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Report of 2-17-22 Hearing edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/03/2022 | Plaintiff's Notice of Deposition of PMQ edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Plaintiff's Notice of Deposition of Clamon Vu reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | $553.55 - Nationwide - Service fees reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Plaintiff's Notice of Deposition of Rena H. Reiss edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Plaintiff's Notice of Deposition of Rena H. Reiss edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/03/2022 | 6 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/03/2022 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | 1 email sent/reviewed regarding Statement for 3/3/2022 attached | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | 2 emails sent/reviewed regarding Nationwide Legal Dec. of Non-Service | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Deposition Notice (beginning caption) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Defendant's Responses to Rogs Set Two reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/03/2022 | Defendant's Responses to Rogs Set Two reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/03/2022 | 18 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/02/2022 | 2 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/01/2022 | 2 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/01/2022 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/01/2022 | Call to client to arrange depositions of children | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/28/2022 | 2 emails sent/reviewed regarding Bingham Matter -- Thursday Hearing | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 1 email sent/reviewed regarding M76 -- joint application to appear remotely for discovery hearings | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 17 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 02/28/2022 | 1 email sent/reviewed regarding BINGHAM Bad Address | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/28/2022 | 1 email sent/reviewed regarding Bingham v. Marriott -- Defendant's Response to Plaintiff's Second Set of Interrogatories | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | Plaintiff's Rule 26(a) Disclosures reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 1 email sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 2 emails sent/reviewed regarding Stipulation to Vacate and Reset Rule 16 Dates 021422 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. (8:21-cv-00836-JLS (JDEx)) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/28/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/25/2022 | 1 email sent/reviewed regarding Question regarding Joint Stipulation in case 8:21-cv-00836-JLS-JDE | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/23/2022 | 1 email sent/reviewed regarding Mediation Disclosure between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/23/2022 | 6 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/23/2022 | Stipulation to Vacate and Reset Rule 16 Dates (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/23/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Stipulation to Continue | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/23/2022 | 3 emails sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/23/2022 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/23/2022 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/22/2022 | 1 email sent/reviewed regarding Service of subpoena and notice of deposition | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/22/2022 | 3 emails sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Plaintiff's RPDs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Plaintiff's RPDs to Marriott Intl (Set Two) edited | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/21/2022 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Subpoena to Clamon Vu created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | 2 emails sent/reviewed regarding Service of subpoena and notice of deposition | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/21/2022 | Plaintiff's Rogs to Marriott Intl (re-written) edited and reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/21/2022 | Plaintiff's Rogs to Marriott Intl (Set Two) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/21/2022 | 30 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/21/2022 | 1 email sent/reviewed regarding Bingham v. Marriott -- Plaintiff's Second Set of RPDs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Plaintiff's Notice of Deposition of Clamon Vu edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Draft Subpoena to Clamon Vu edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Plaintiff's Notice of Deposition of Clamon Vu created, then edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | 1 email sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/21/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | 1 email sent/reviewed regarding Bingham v. Marriott -- Defendant's Response to Plaintiff's Second Set of Interrogatories | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/21/2022 | Plaintiff's RPDs to Marriott Intl (Set Two) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/21/2022 | Plaintiff's RPDs to Marriott Intl (Set Two) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/21/2022 | 11 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/21/2022 | 2 emails sent/reviewed regarding Vicky Le +1 714-378-7390 (Account: (877) 265-8084) | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/20/2022 | Defendant's Responses to Rogs Set Two reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Service of subpoena and notice of deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/17/2022, Job #385095Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/17/2022, Job #385095Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 2 emails sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Stipulation to Continue | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Holding/Authorization Needed to Continue - Service of Process | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Nationwide Legal Proof of Service | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/18/2022 | 2 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Stipulation to Vacate and Reset Rule 16 Dates 021422 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/18/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/17/2022, Job #385095Dr. Clamon Q. Vu | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/18/2022 | 2 emails sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Text Only Scheduling Notice | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/17/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/17/2022, Job #385095Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Minutes and Orders 2-27-22 hearing reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Service of subpoena and notice of deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Report of 2-17-22 Hearing reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/17/2022, Job #385095Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Hearing re: Defendant's Motion to Compel Plaintiff's Deposition (6A Magistrate Judge John D. Early) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/17/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Hearing on Motions to Compel RFAs and Rogs (6A Magistrate Judge John D. Early) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Plaintiff's Rogs to Marriott Intl (re-written) edited | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/17/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/17/2022 | Plaintiff's Notice of Deposition of Clamon Vu edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/17/2022 | Draft Subpoena to Clamon Vu edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 17 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/17/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Stipulation to Continue | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/17/2022 | 13 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 02/17/2022 | Plaintiff's Rogs to Marriott Intl (re-written) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/16/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Text Only Scheduling Notice | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/16/2022 | Draft Subpoena to Clamon Vu edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/16/2022 | 1 email sent/reviewed regarding Service of subpoena and notice of deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/16/2022 | Plaintiff's Notice of Deposition of Clamon Vu edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/16/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/16/2022 | Plaintiff's Notice of Deposition of Clamon Vu edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/16/2022 | 1 email sent/reviewed regarding Looking for tentative ruling | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/16/2022 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/15/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/15/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/15/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/15/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/15/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/15/2022 | 2 emails sent/reviewed regarding Stipulation to Vacate and Reset Rule 16 Dates 021422 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/15/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Stipulation to Continue | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | Joint application to appear remotely for discovery hearings edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 2 emails sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Text Only Scheduling Notice | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 2 emails sent/reviewed regarding Stipulation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 5 emails sent/reviewed regarding Bingham Matter -- Thursday Hearing | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/14/2022 | 3 emails sent/reviewed regarding M76 -- joint application to appear remotely for discovery hearings | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | 5 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/14/2022 | Joint application to appear remotely for discovery hearings edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | 1 email sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/14/2022 | 1 email sent/reviewed regarding Service of Process Order Confirmation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 1 email sent/reviewed regarding Good cause | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | Stipulation to Vacate and Reset Rule 16 Dates (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | 2 emails sent/reviewed regarding Stipulation to Vacate and Reset Rule 16 Dates 021422 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | Stipulation to Vacate and Reset Rule 16 Dates (signed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 2 emails sent/reviewed regarding Jennifer Perez v. Ashot Revazyan | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/14/2022 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/14/2022 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/13/2022 | Draft Deposition Subpoena for Personal Appearance - Antonyan Norair reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/13/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/11/2022 | 1 email sent/reviewed regarding Confirmation of Scheduling - Date: 3/7/2022, Job #384071Dr. Clamon Q. Vu | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | 2 emails sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | Draft Deposition Subpoena for Personal Appearance - Antonyan Norair reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | 4 emails sent/reviewed regarding Federal Draft Subpoena | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/11/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/11/2022 | Defendant's Notice of Plaintiff's Deposition 1-12-22 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | Notice of Antonyan Norair's Deposition reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/11/2022 | 1 email sent/reviewed regarding Diligence Report re:Patricia Bingham Service on: La Palma Intercommunity Hospi | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | Draft Subpoena to Clamon Vu edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/11/2022 | 3 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/11/2022 | Consultation with client as to times for deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | 1 email sent/reviewed regarding Good cause | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/11/2022 | Plaintiff's Notice of Deposition of Clamon Vu created, then reviewed | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 02/11/2022 | 1 email sent/reviewed regarding Jennifer Perez v. Ashot Revazyan | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/10/2022 | 2 emails sent/reviewed regarding Successful transmission to 13108826359. Re: Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 1 email sent/reviewed regarding Service of Process Order Confirmation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | Plaintiff's Documents in Reply to RFPs (Bates 001-255) created, then reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/10/2022 | 1 email sent/reviewed regarding Bingham -- MTC re Interrogatories | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/10/2022 | Plaintiff's Responses to RFPs (Set One) (unredacted) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | Plaintiff's Responses to Form Rogs-Employment (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | AT&T phone records (client's home number) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | Stipulation to Vacate and Reset Rule 16 Dates edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/10/2022 | 1 email sent/reviewed regarding MyFax message from "PHS " - 6 page(s), Caller-ID: +18334430457 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 77 internal messages sent/reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 02/10/2022 | Notice of Plaintiff's Entry of Jury Fees reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 4 emails sent/reviewed regarding Bingham Matter -- Document Requests to Plaintiff | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/10/2022 | 1 email sent/reviewed regarding Successful transmission to 17143787494. Re: Records request for Patricia Bingham | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | Plaintiff's Responses to RFPs created, then edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 11 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/10/2022 | Plaintiff's Responses to RFPs edited and reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/10/2022 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 1 email sent/reviewed regarding Medical records_lpih | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 1 email sent/reviewed regarding Your Message (877) 265-8084 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | Untitled reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | Complaint (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/10/2022 | 3 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/10/2022 | Memo reviewed - L.R. 7.3 conference with Tim McCaffrey, 5/19/2021 | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | Call History 03.28.20 to 04.27.20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | Plaintiff's Documents in Reply to RFPs (Bates 001-255) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | Memo reviewed - Spoke to client | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | AT&T phone records (client's home number) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/10/2022 | Plaintiff's Responses to RFPs edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | 65 internal messages sent/reviewed | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 02/10/2022 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | Call History 01.28.20 to 02.27.20 reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/10/2022 | Call History 02.28.20 to 03.27.20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/10/2022 | Plaintiff's Documents in Reply to RFPs (Bates 001-255) reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/10/2022 | Plaintiff's Documents in Reply to RFPs (Bates 001-255) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/09/2022 | Plaintiff's Responses to RFPs (Set One) (unredacted) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 1 email sent/reviewed regarding Bingham -- Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 1 email sent/reviewed regarding Bingham -- McCaffrey Decl in Support of Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | NWL48044-08 (signed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | Plaintiff's Amended Responses to RFPs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 10 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/09/2022 | Plaintiff's Amended Responses to RFPs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 1 email sent/reviewed regarding Bingham Matter -- Document Requests to Plaintiff | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/09/2022 | Call History 03.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | Plaintiff's Responses to RFPs edited and reviewed | Bruce T. Murray | 2.80 | $450.00 | Yes | No | - | $1,260.00 |
| 02/09/2022 | NWL48072-04 TRIAL SDT (signed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 1 email sent/reviewed regarding Bingham Matter -- Notice of Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 1 email sent/reviewed regarding Service of Process Order Confirmation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | Plaintiff's Documents in Response to Discovery Requests (Bates Nos 001-253) created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | Defendant's Requests for Documents (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/09/2022 | Plaintiff's Responses to RFPs edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/09/2022 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/09/2022 | Plaintiff's Documents in Response to Discovery Requests (Bates Nos 001-253) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/07/2022 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48072-01 TRIAL SDT (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/07/2022 | NWL48044-08 (signed) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48044-03 (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48044-07 (signed) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48072-03 TRIAL SDT (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48072-02 TRIAL SDT (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48072-04 TRIAL SDT (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48044-05 (signed) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48044-02 (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | 3 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/07/2022 | NWL48044-06 (signed) edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/07/2022 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | 4 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/07/2022 | NWL48044-01 (signed) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | NWL48044-04 (signed) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/07/2022 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/04/2022 | Complaint reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/04/2022 | 14 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/04/2022 | Defendant's Responses to Rogs (served 11/1/21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/04/2022 | Defendant's Amended Notice of Deposition of Plaintiff 2-22-22 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/04/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/04/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Supplement(Motion related) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/04/2022 | 8 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 02/04/2022 | 1 email sent/reviewed regarding Mediation Disclosure between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/04/2022 | 11 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/03/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 2.70 | $450.00 | Yes | No | - | $1,215.00 |
| 02/03/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/03/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/03/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/03/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/03/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs (as sent 1-14-22) reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/03/2022 | McCaffrey Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/03/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/03/2022 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/03/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/03/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/03/2022 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/03/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs edited and reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/03/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC Rogs edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/03/2022 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/02/2022 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/02/2022 | McCaffrey Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 02/02/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/02/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/02/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 02/02/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs edited and reviewed | Bruce T. Murray | 2.70 | $450.00 | Yes | No | - | $1,215.00 |
| 02/02/2022 | Rule 26(f) Joint Report (with additional graph) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/02/2022 | 2 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/02/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/02/2022 | $482.50 receipt Nationwide created | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/02/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/02/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/01/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs (as sent 1-14-22) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | McCaffrey Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | Discussion with client regarding Request for Production of Documents | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/01/2022 | NWL48044 -08 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | Nationwide subpoena draft reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | 1 email sent/reviewed regarding Set Two Interrogatories | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | 3 emails sent/reviewed regarding Bingham -- MTC re Interrogatories | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | 2 emails sent/reviewed regarding Bingham -- MTC RFAs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | 4 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 02/01/2022 | McCaffrey Omnibus Declaration in Opposition to Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | 1 email sent/reviewed regarding Mediation Disclosure between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | McCaffrey Joint Stipulation Re Plaintiff Patricia Bingham's RFAs edited | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 02/01/2022 | 3 emails sent/reviewed regarding Bingham -- Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 02/01/2022 | Email attachment reviewed - NWL48052-08 TRIAL SDT | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 02/01/2022 | L.R. 37-2.3 Supplemental Memorandum Re: Plaintiff Patricia Bingham's MTC RFAs edited | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 01/31/2022 | T-Mobile Objection reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/31/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al MEMORANDUM in Opposition to Motion | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/31/2022 | Subpoena to T-Mobile (federal) 10-25-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/31/2022 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/31/2022 | Nationwide subpoena draft reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/31/2022 | 9 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/31/2022 | Rate and Fee Schedule - Hon. Michael Latin (Signature) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/31/2022 | Subpoena to T-Mobile (federal) 10-23-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/29/2022 | Defendant's Notice of Removal reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/28/2022 | 12 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/28/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | 2 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/28/2022 | Motion to Remand research | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | 6 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/28/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's RFAs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Declaration Re: Opposition to Defendant's Motion to Compel Plaintiff's Deposition edited | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/28/2022 | Notice of deposition of plaintiff 12-30-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition edited and reviewed | Bruce T. Murray | 3.00 | $450.00 | Yes | No | - | $1,350.00 |
| 01/28/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/28/2022 | Tentative Ruling Plaintiff's MTC reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/28/2022 | Opposition to Defendant's Motion to Compel Plaintiff's Deposition edited | Gabriel J. Pimentel | 0.90 | $700.00 | Yes | No | - | $630.00 |
| 01/28/2022 | 7 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/24/2022 | 2 emails sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/24/2022 | 3 emails sent/reviewed regarding Notice of Objections, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/24/2022 | 5 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/24/2022 | 12-1-21 Second Email to McCaffrey created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/24/2022 | 12-1-21 Email to McCaffrey created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | 6 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/24/2022 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Re Interrogatories Nos. 16 and 17 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/24/2022 | 1-18-22 Email to McCaffrey created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/24/2022 | Defendant's Motion to Compel Plaintiff's Deposition reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/24/2022 | 1-21-22 Email to McCaffrey created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/24/2022 | Declaration Re: Plaintiff's Opposition to Defendant's Motion to Compel Plaintiff's Deposition edited | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/24/2022 | 10-28-21 Email to McCaffrey created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/23/2022 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/23/2022 | Defendant's Requests for Documents (Set One) reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/23/2022 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/23/2022 | U.S. District Court Central District California Local Rules reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/22/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's RFAs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | 2 emails sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Motion to Compel | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/22/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's Rogs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Motion to Compel Answers to Interrogatories | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/22/2022 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/22/2022 | 1 email sent/reviewed regarding Declarations for Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/22/2022 | 2 emails sent/reviewed regarding Proposed Orders (Confirmation): 8:21-cv-00836 JLS | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/22/2022 | 1 email sent/reviewed regarding Set Two Interrogatories | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/22/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC RFAs edited and reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/22/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/21/2022 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/21/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 01/21/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | Proposed Order Re Plaintiff's Motion to Compel Further Responses to Patricia Bingham's Rogs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | 2 emails sent/reviewed regarding Notice of Objections, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/21/2022 | Proposed Order Re Plaintiff's Motion to Compel Further Responses to Patricia Bingham's RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/21/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | 2 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/21/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's Rogs (Set One) edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/21/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs (signed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/21/2022 | Plaintiff's Notice of Motion to Compel Responses to Patricia Bingham's RFAs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/21/2022 | Proposed Order Re Plaintiff's Motion to Compel Further Responses to Patricia Bingham's RFAs (Set One) edited and reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/21/2022 | 10 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/21/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/21/2022 | 1 email sent/reviewed regarding Deposition availability | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/21/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/20/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/20/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/20/2022 | 2 emails sent/reviewed regarding Bingham -- MTC re Interrogatories | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/20/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/20/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/20/2022 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/20/2022 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/19/2022 | 1 email sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/19/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/19/2022 | 4 emails sent/reviewed regarding Bingham -- MTC re Interrogatories | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/19/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/19/2022 | 1 email sent/reviewed regarding New order for subpoenas, Additional information necessary for this assignment | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/19/2022 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/19/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs edited and reviewed | Bruce T. Murray | 1.40 | $450.00 | Yes | No | - | $630.00 |
| 01/19/2022 | 2 emails sent/reviewed regarding Bingham -- Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/19/2022 | 3 emails sent/reviewed regarding Bingham -- MTC RFAs | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/19/2022 | 2 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/19/2022 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/18/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/18/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs (1-18-22) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/18/2022 | 1 email sent/reviewed regarding Bingham -- MTC RFAs | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/18/2022 | 1 email sent/reviewed regarding Bingham -- MTC re Interrogatories | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/18/2022 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/18/2022 | Plaintiff's RPDs (Set One) to Marriott Intl reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/18/2022 | Plaintiff's RFAs (Set One) to Mrriott Intl (combined) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/18/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs (1-18-22) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/18/2022 | 2 emails sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/18/2022 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/17/2022 | 1 email sent/reviewed regarding Subpoena Assignments (Set 2) for Jennifer Perez v. Ashot Revazyan | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/17/2022 | 1 email sent/reviewed regarding Subpoena Assignments (Set 1) for Jennifer Perez v. Ashot Revazyan | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/17/2022 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/17/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/17/2022 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/17/2022 | 1 email sent/reviewed regarding New order for subpoenas, Additional information necessary for this assignment | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/17/2022 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/17/2022 | Notice of deposition of plaintiff 1-12-22 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/15/2022 | 1 email sent/reviewed regarding Bingham Matter -- Notice of Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/15/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/15/2022 | 3 emails sent/reviewed regarding Notice of Objections, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/15/2022 | 1 email sent/reviewed regarding New order for subpoenas, Additional information necessary for this assignment | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | 3 emails sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/14/2022 | 54 internal messages sent/reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/14/2022 | 1 email sent/reviewed regarding Set Two Interrogatories | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Draft Deposition Subpoena for Production of Business Records - La Palma created | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/14/2022 | Notice of deposition of plaintiff 1-12-22 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Deposition Notice (beginning caption) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Plaintiff's Rogs to Marriott Intl (Set Two) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Defendant's Requests for Documents (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | 2 emails sent/reviewed regarding Bingham -- Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/14/2022 | Exh. 3 LaPalma_records_PatriciaBingham_22050803 edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/14/2022 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/14/2022 | Memorial Care repeat records 2012-2020 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Plaintiff's Rogs to Marriott Intl (Set Two) edited and reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 01/14/2022 | MemorialCare_OrangeCoastMedCenter_2-23-20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/14/2022 | 2 emails sent/reviewed regarding New order for subpoenas, Additional information necessary for this assignment | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/14/2022 | Exh. 6 O.C Digestive Care medical records reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/14/2022 | 1 email sent/reviewed regarding Deposition availability | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/14/2022 | 2 emails sent/reviewed regarding New order for subpoenas | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/14/2022 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/14/2022 | Draft Deposition Subpoena for Production of Business Records - La Palma reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/14/2022 | Plaintiff's Rogs to Marriott Intl (Set Two) edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/14/2022 | 25 internal messages sent/reviewed | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 01/13/2022 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 2.70 | $450.00 | Yes | No | - | $1,215.00 |
| 01/13/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | McCaffrey Declaration Re: Joint Stipulation MTC TBM w Exhibits reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | 1 email sent/reviewed regarding Bingham -- Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | 1 email sent/reviewed regarding Bingham -- McCaffrey Decl in Support of Defendant's Portions of Discovery Stipulations | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | 35 internal messages sent/reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/13/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs edited and reviewed | Bruce T. Murray | 3.80 | $450.00 | Yes | No | - | $1,710.00 |
| 01/13/2022 | Exh. 1-2 Spirit to Serve awards reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | 1 email sent/reviewed regarding Notice of Objections, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/13/2022 | 1 email sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/13/2022 | 12 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 01/13/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's MTC Rogs edited | Gabriel J. Pimentel | 0.80 | $700.00 | Yes | No | - | $560.00 |
| 01/13/2022 | Motion to Remand reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/13/2022 | Joint Stipulation Re Plaintiff Patricia Bingham's RFAs edited and reviewed | Gabriel J. Pimentel | 1.20 | $700.00 | Yes | No | - | $840.00 |
| 01/12/2022 | Plaintiff's RFAs (Set One) to Mrriott Intl (combined) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/12/2022 | 6 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/12/2022 | 4 emails sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/12/2022 | 2 emails sent/reviewed regarding Bingham Matter -- Document Requests to Plaintiff | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/12/2022 | 2 emails sent/reviewed regarding Notice of Objections, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/12/2022 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/12/2022 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/10/2022 | 2 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/10/2022 | T-Mobile Objection reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/10/2022 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/10/2022 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/09/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/08/2022 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/08/2022 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/07/2022 | 9 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/07/2022 | Tentative Ruling Plaintiff's MTC reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/07/2022 | 6 emails sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 01/07/2022 | 9 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/06/2022 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/05/2022 | 2 emails sent/reviewed regarding Notice of Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/05/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/05/2022 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Re Interrogatories Nos. 16 and 17 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 1.20 | $450.00 | Yes | No | - | $540.00 |
| 01/05/2022 | 13 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/05/2022 | Declaration Exhibits created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | 3 emails sent/reviewed regarding Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/05/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC RFAs edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/05/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | 1 email sent/reviewed regarding Declarations for Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs and RFAs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's RFAs edited and reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/05/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/05/2022 | 11 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 01/05/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's RFAs edited | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 01/05/2022 | Declaration Re: Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/05/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/05/2022 | U.S. District Court Central District California Local Rules reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/05/2022 | Services provided on 1/5/2022 | Yesenia L. Rodriguez | 0.10 | $275.00 | Yes | No | - | $27.50 |
| 01/04/2022 | Dina Rodriguez Joint Stip RE: MTC RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | 25 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/04/2022 | Rule 26(f) Joint Report (with additional graph) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | Sample Joint Stipulation re MTC Rogs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/04/2022 | Complaint reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/04/2022 | 1 email sent/reviewed regarding Notice of Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | RFA supplemental responses reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/04/2022 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/04/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's RFAs edited | Bruce T. Murray | 1.70 | $450.00 | Yes | No | - | $765.00 |
| 01/04/2022 | 1 email sent/reviewed regarding SACV 21-00836-JLS (JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/04/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Notice of Reassignment (CV-87) of Magistrate Judge Direct Assignment Program | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 01/04/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 01/04/2022 | 4 emails sent/reviewed regarding 8:21-cv-00836 JLS(JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/04/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Bruce T. Murray | 2.90 | $450.00 | Yes | No | - | $1,305.00 |
| 01/04/2022 | 17 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 01/04/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited and reviewed | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 01/04/2022 | NWL46472 Final Subpoena reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/04/2022 | U.S. District Court Central District California Local Rules reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/03/2022 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Sample Joint Stipulation re MTC Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Defendant's Responses to Rogs (served 11/1/21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Scheduling Order | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Notice of Reassignment (CV-87) of Magistrate Judge Direct Assignment Program | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Notice of Objections, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | 1 email sent/reviewed regarding SACV 21-00836-JLS (JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | Joint Stipulation Re: Plaintiff Patricia Bingham's MTC Rogs edited | Bruce T. Murray | 1.20 | $450.00 | Yes | No | - | $540.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Pretrial-Trial Scheduling Order - form only | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Initial Order upon Filing of Complaint - form only | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Signature Resolution Hearing Notice (Patricia Bingham) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | 1 email sent/reviewed regarding 8:21-cv-00836 JLS(JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Re Interrogatories Nos. 16 and 17 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 01/03/2022 | Initial Standing Judge Josephine L. Staton reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 2 emails sent/reviewed regarding Notice of Deposition | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 01/03/2022 | Order Setting Scheduling Conference July 23, 2021 10:30 a.m. reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff's Objection to Notice of Deposition reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Notice of deposition of plaintiff 1-12-22 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Order/Referral to ADR (No 3) (Private Mediator) (ADR-12) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Joint Report Rule 26(f) Discovery Plan | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition created, then edited and reviewed | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 01/03/2022 | Notice re Assignment of Magistrate Judge reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 1 email sent/reviewed regarding Bingham Matter -- Notice of Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | 21 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 01/03/2022 | Civil Trial Order reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Rate and Fee Schedule - Hon. Michael Latin (Signature) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 01/03/2022 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/03/2022 | 18 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 01/03/2022 | Plaintiff Patricia Bingham's Objections to Defendant's Notice of Deposition edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 12/30/2021 | 1 email sent/reviewed regarding Notice of Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/30/2021 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Re Interrogatories Nos. 16 and 17 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/30/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/30/2021 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/30/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/30/2021 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey edited and reviewed | Bruce T. Murray | 1.30 | $450.00 | Yes | No | - | $585.00 |
| 12/30/2021 | 4 emails sent/reviewed regarding Bingham Matter -- Notice of Deposition | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 12/30/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 12/30/2021 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey edited | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 12/30/2021 | U.S. District Court Central District California Local Rules reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 12/29/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/29/2021 | 2 emails sent/reviewed regarding Bingham Matter -- Meet and Confer Re Interrogatories Nos. 16 and 17 | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 12/29/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/29/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/29/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 12/29/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 12/29/2021 | 2 emails sent/reviewed regarding Bingham v. Marriott -- Meet and Confer re Plaintiff's Interrogatories Nos. 20-22 | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 12/29/2021 | Plaintiff's L.R. 37-2 Letter to Timothy B. McCaffrey edited | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 12/29/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 12/18/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/18/2021 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/18/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/18/2021 | Plaintiff's MTC RFAs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/17/2021 | Declaration Regarding Reply reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/14/2021 | 1 email sent/reviewed regarding Declaration of Dr. John Fullerton has been sent out for signature to John Fullerton | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 12/13/2021 | Proposed Order MTC reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/13/2021 | 3 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 12/07/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/07/2021 | Plaintiff's MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 12/03/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 12/03/2021 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/03/2021 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/03/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 12/02/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 3.00 | $450.00 | Yes | No | - | $1,350.00 |
| 12/02/2021 | Defendant's Document Production reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 12/02/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 12/02/2021 | U.S. District Court Central District California Local Rules edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 12/02/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 12/02/2021 | L.R. 37-1 conference with Timothy B. McCaffrey (Phone) attended | Bruce T. Murray | 2.00 | $450.00 | Yes | No | - | $900.00 |
| 12/01/2021 | 7 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 12/01/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/01/2021 | 5 emails sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 12/01/2021 | 13 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 12/01/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 12/01/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/01/2021 | 1 email sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 12/01/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/30/2021 | 5 emails sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 11/30/2021 | Email attachment reviewed - Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/30/2021 | 2 emails sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/29/2021 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/29/2021 | 1 email sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/24/2021 | 1 email sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/24/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/24/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/24/2021 | 1 email sent/reviewed regarding Bingham -- RFP Responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/24/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs edited | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 11/24/2021 | 1 email sent/reviewed regarding Bingham Matter -- RFA Responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/24/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 11/24/2021 | 1 email sent/reviewed regarding Meet and Confer re Requests for Admissions, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/22/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 1.40 | $450.00 | Yes | No | - | $630.00 |
| 11/22/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey - RFAs edited | Bruce T. Murray | 2.50 | $450.00 | Yes | No | - | $1,125.00 |
| 11/22/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/22/2021 | RFA supplemental responses reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 11/22/2021 | 1 email sent/reviewed regarding Bingham Matter -- RFA Responses | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/19/2021 | 2 emails sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/18/2021 | 1 email sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/17/2021 | 2 emails sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/17/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/15/2021 | 2 emails sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/12/2021 | Notice of Plaintiff's Entry of Jury Fees reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/11/2021 | 2 emails sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/11/2021 | 1 email sent/reviewed regarding SACV 21-00836-JLS (JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/10/2021 | 1 email sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 11/08/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/08/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/08/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey edited | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 11/08/2021 | 1 email sent/reviewed regarding Meet and Confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/08/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/08/2021 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/06/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/05/2021 | 1 email sent/reviewed regarding Bingham -- RFP Responses | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/05/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey edited | Bruce T. Murray | 2.70 | $450.00 | Yes | No | - | $1,215.00 |
| 11/05/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/05/2021 | Plaintiff's RPDs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/05/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey (Objections only) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/05/2021 | Defendant's Document Production edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/05/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/05/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/04/2021 | 1 email sent/reviewed regarding Bingham -- Defendant's Rule 26 Disclosures | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/04/2021 | 1 email sent/reviewed regarding Bingham -- RFP Responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/04/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/04/2021 | Defendant's Responses to RFPs (served 11-1-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/04/2021 | Defendant's Responses to Rogs (served 11/1/21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/04/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/04/2021 | Defendant's Document Production reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 11/04/2021 | 2 emails sent/reviewed regarding Failure to Accommodate Case | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 11/03/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 11/03/2021 | 13 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 11/03/2021 | 1 email sent/reviewed regarding Doug Silverstein +1 818-259-9669 (Account:(877) 265-8084) | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/03/2021 | 9 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/03/2021 | 1 email sent/reviewed regarding Failure to Accommodate Case | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/02/2021 | 5 emails sent/reviewed regarding Failure to Accommodate Case | Gabriel J. Pimentel | 0.60 | $700.00 | Yes | No | - | $420.00 |
| 11/02/2021 | AT&T phone records (client's home number) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/02/2021 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/02/2021 | Exh. 8 Termination Letter from Marriott (undated) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/02/2021 | Memo reviewed - L.R. 7.3 conference with Tim McCaffrey, 5/19/2021 | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/02/2021 | Facts edited | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 11/02/2021 | Call History 03.29.20 to 04.27.20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/02/2021 | 1 email sent/reviewed regarding Doug Silverstein +1 818-259-9669 (Account:(877) 265-8084) | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/01/2021 | 1 email sent/reviewed regarding Meet and confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 11/01/2021 | Patricia Bingham Mediation Brief reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 11/01/2021 | 2 emails sent/reviewed regarding Failure to Accommodate Case | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 10/28/2021 | 4 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 10/28/2021 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 10/28/2021 | Plaintiff's MTC Special Rogs (Set One) (with Exhibits) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/28/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 10/26/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/26/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 10/25/2021 | NWL46472 Subpoena 10-23-21 edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/25/2021 | 3 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 10/20/2021 | 1 email sent/reviewed regarding Bingham -- Defendant's Rule 26 Disclosures | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | Plaintiff's MTC RFAs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | 3 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 10/20/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey edited and reviewed | Bruce T. Murray | 1.90 | $450.00 | Yes | No | - | $855.00 |
| 10/20/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | Tentative Ruling Plaintiff's MTC reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | Notice of Ruling reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/20/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey edited | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 10/20/2021 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/19/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 10/19/2021 | Plaintiff's RPDs to Marriott Intl (Set One) (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/19/2021 | Plaintiff's L.R. 37-1 Letter to Timothy B. McCaffrey (working draft) edited | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 10/19/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | T-Mobile Subpoena NWL44208 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | Defendant's Objections to Plaintifff's Requests for Admission (Set One) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | Defendant's Objections to RPDs (Set One) (6-23-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | Defendant's Objections to Plaintiff's Requests for Admissions (Set One) (6-23-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | Defendant's Objections to Plaintiff's Interrogatories (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | NWL44208-01 Objection 10-8-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/18/2021 | 4 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 10/18/2021 | Defendant's Objections to Plaintiff's Requests for Production (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/15/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 10/15/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/15/2021 | T Mobile Objections to subpoena reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/15/2021 | T-Mobile Objection reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/15/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 10/15/2021 | T-Mobile Objection reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 10/13/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 10/12/2021 | 4 emails sent/reviewed regarding Patricia Bingham v. Marriott | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 10/12/2021 | 1 email sent/reviewed regarding Maryann Gallagher +1 213-626-1810 (Account:(877) 265-8084) | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 10/08/2021 | Plaintiff's Responses to RFPs (Set One) (unredacted) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/08/2021 | 9 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 10/08/2021 | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/08/2021 | T-Mobile Objection reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/08/2021 | 1 email sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/08/2021 | 2 emails sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/07/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 10/04/2021 | Patricia Bingham Mediation Brief reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/28/2021 | Patricia Bingham Mediation Brief reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/27/2021 | 2 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/24/2021 | 3 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 09/10/2021 | Plaintiff's Rule 26(a) Disclosures edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | Defendant's Rule 26 Disclosures edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | Patricia Bingham Mediation Brief reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | 1 email sent/reviewed regarding Important | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (combined) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | 2 emails sent/reviewed regarding Bingham -- Defendant's Rule 26 Disclosures | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | Plaintiff's Rule 26(a) Disclosures edited | Bruce T. Murray | 1.80 | $450.00 | Yes | No | - | $810.00 |
| 09/10/2021 | Dina Rodriguez's Rule 26 Disclosures reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/10/2021 | 2 emails sent/reviewed regarding SACV 21-00836-JLS (JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/10/2021 | 2 emails sent/reviewed regarding Service of federal case discovery, documents | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/10/2021 | 3 emails sent/reviewed regarding Rule 26 Disclosures, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | 1 email sent/reviewed regarding Discovery exhibits, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/10/2021 | Plaintiff's Rule 26(a) Disclosures edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/10/2021 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/09/2021 | Order Setting Scheduling Conference July 23, 2021 10:30 a.m. reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/09/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/09/2021 | 2 emails sent/reviewed regarding Bingham -- Defendant's Rule 26 Disclosures | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 09/09/2021 | Defendant's Rule 26 Disclosures reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/09/2021 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/09/2021 | Civil Trial Order reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/09/2021 | 28 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 09/09/2021 | 2 emails sent/reviewed regarding SACV 21-00836-JLS (JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 09/09/2021 | Plaintiff's Rule 26(a) Disclosures (beginning draft) edited and reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 09/09/2021 | 10 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/08/2021 | 1 email sent/reviewed regarding Checking mediation dates for new case, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/08/2021 | 1 email sent/reviewed regarding Discovery exhibits, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (5-24-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Plaintiff's RPDs to Marriott Intl (Set One) (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | 3 emails sent/reviewed regarding Service of federal case discovery, documents | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/08/2021 | Civil Trial Order reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | 2 emails sent/reviewed regarding SACV 21-00836-JLS (JDEx): Patricia Bingham v. Marriott International, Inc. et al | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 09/08/2021 | Plaintiff's RPDs to Marriott Intl (Set One) (federal) edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/08/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Motion to Remand research | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Matter admin | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 09/08/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (5-24-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 09/08/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (5-24-21) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/08/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 09/08/2021 | AT&T phone records reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/08/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/08/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (5-24-21) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/08/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (combined) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 09/08/2021 | Memo reviewed - L.R. 7.3 conference with Tim McCaffrey, 5/19/2021 | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 08/31/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/31/2021 | 1 email sent/reviewed regarding Service of federal case discovery, documents | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/31/2021 | Rule 26(f) Joint Report (with additional graph) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/31/2021 | Initial Standing Judge Josephine L. Staton reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/31/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/31/2021 | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/31/2021 | Plaintiff's RPDs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/31/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 08/24/2021 | 1 email sent/reviewed regarding Maria Peña Re: PHONE RECORDS from T-Mobile | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/23/2021 | 3 emails sent/reviewed regarding Maria Peña Re: PHONE RECORDS from T-Mobile | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/23/2021 | 1 email sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/23/2021 | 1 email sent/reviewed regarding To: Maria Peña Re: PHONE RECORDS from T-Mobile | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/23/2021 | 1 email sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/23/2021 | 1 email sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 08/20/2021 | 1 email sent/reviewed regarding Checking mediation dates for new case, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/19/2021 | 2 emails sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/18/2021 | 3 emails sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/13/2021 | 1 email sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 08/13/2021 | 4 emails sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 08/13/2021 | Defendant's Document Production reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/13/2021 | 1 email sent/reviewed regarding Checking mediation dates for new case, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/13/2021 | 1 email sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/13/2021 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc.: Hearing Notice and Invoices | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/13/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/09/2021 | Patricia Bingham Mediation Brief reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2021 | Mediation with Judge Michael Latin (To be determined) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 08/09/2021 | 1 email sent/reviewed regarding Patricia Bingham Mediation Brief, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/09/2021 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc.: Hearing Notice and Invoices | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/09/2021 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/09/2021 | Rule 26(f) Joint Report (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/09/2021 | Patricia Bingham damages worksheet edited and reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 08/09/2021 | Complaint (conformed) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 08/09/2021 | Mediation Negotiations edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 08/09/2021 | Initial Standing Judge Josephine L. Staton reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/09/2021 | Retainer Agreement Employment - signed reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/07/2021 | 1 email sent/reviewed regarding Patricia Bingham Mediation Brief, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/07/2021 | 1 email sent/reviewed regarding Mediation Brief, Patricia Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/06/2021 | Discussion with client regarding upcoming mediation | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 08/06/2021 | 2 emails sent/reviewed regarding Patricia Bingham Mediation Brief, Bingham v. Marriott International | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/05/2021 | 1 email sent/reviewed regarding Patricia Bingham Mediation Brief, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/04/2021 | 1 email sent/reviewed regarding Patricia Bingham Mediation Brief, Bingham v. Marriott International | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 08/02/2021 | Patricia Bingham Mediation Brief edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/02/2021 | 2 emails sent/reviewed regarding Patricia Bingham Mediation Brief, Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/02/2021 | Patricia Bingham Mediation Brief edited and reviewed | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 08/02/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/02/2021 | Signature Resolution Hearing Notice (Patricia Bingham) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/02/2021 | 1 email sent/reviewed regarding Patricia Bingham +1 714-229-4986 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 08/01/2021 | Patricia Bingham Mediation Brief edited | Gabriel J. Pimentel | 0.90 | $700.00 | Yes | No | - | $630.00 |
| 08/01/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/31/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/31/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/31/2021 | Sample Mediation Brief reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/31/2021 | Patricia Bingham Mediation Brief edited | Bruce T. Murray | 3.20 | $450.00 | Yes | No | - | $1,440.00 |
| 07/31/2021 | Patricia Bingham damages worksheet edited | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 07/31/2021 | Order Setting Scheduling Conference July 23, 2021 10:30 a.m. reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/29/2021 | Patricia Bingham Mediation Brief (draft in progress) edited | Bruce T. Murray | 1.80 | $450.00 | Yes | No | - | $810.00 |
| 07/29/2021 | Sample Mediation Brief reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/29/2021 | Patricia Bingham damages worksheet edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/29/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/29/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/29/2021 | 1 email sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/29/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/29/2021 | T-Mobile Objection reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/29/2021 | 3 emails sent/reviewed regarding Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/29/2021 | 1 email sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/29/2021 | T-Mobile Subpoena NWL44208 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/29/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/29/2021 | 3 emails sent/reviewed regarding Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 07/28/2021 | Rule 26(f) Joint Report (with additional graph) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/28/2021 | Valerie Mendoza Mediation Brief edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/28/2021 | Complaint reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 07/28/2021 | Patricia Bingham Mediation Brief (beginning draft) edited | Bruce T. Murray | 1.80 | $450.00 | Yes | No | - | $810.00 |
| 07/28/2021 | Signature Resolution HEARING NOTICE reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/26/2021 | Sur-Reply to Plaintiff's Motion to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/26/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/23/2021 | Scheduling Conference - VACATED (COURTROOM 10-A) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 07/23/2021 | Plaintiff's Responses to RFPs (Set One) (unredacted) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/23/2021 | 3 emails sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 07/19/2021 | 2 emails sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/16/2021 | 6 emails sent/reviewed regarding AT&T call history | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/16/2021 | 1 email sent/reviewed regarding Bingham -- Rule 26 Exchange | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/16/2021 | Rule 26(f) Joint Report (with additional graph) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/15/2021 | Signature Resolution Invoice to PIMENTEL LAW reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/15/2021 | Call History 03.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/15/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/15/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/15/2021 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/13/2021 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/13/2021 | 1 email sent/reviewed regarding AT&T call history, March | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/13/2021 | 1 email sent/reviewed regarding AT&T call history | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/13/2021 | Discussion with client regarding phone records as evidence | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/13/2021 | 1 email sent/reviewed regarding Payment task | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 1 email sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions -- Ex Parte Notice | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | Rule 26(f) Joint Report (with McCaffrey edits) edited | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 07/09/2021 | 1 email sent/reviewed regarding Bingham - Mediation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | Rule 26(f) Joint Report (with additional graph) edited | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 07/09/2021 | 4 emails sent/reviewed regarding Bingham -- Joint Report | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/09/2021 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 1 email sent/reviewed regarding Bingham - Mediators | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/09/2021 | 2 emails sent/reviewed regarding Rule 26 report | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 1 email sent/reviewed regarding Re-send of Rule 26 report | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | Rule 26(f) Joint Report reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 2 emails sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Joint Report Rule 26(f) Discovery Plan | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 1 email sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/09/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/08/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | T-Mobile Objection reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | Signature Resolution Invoice to PIMENTEL LAW reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | Call History 03.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/08/2021 | Initial Standing Judge Josephine L. Staton reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | 2 emails sent/reviewed regarding Checking mediation dates for new case, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/08/2021 | Signature Resolution HEARING NOTICE reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | 2 emails sent/reviewed regarding Rule 26 report | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/08/2021 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc.: Hearing Notice and Invoices | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/08/2021 | AT&T Request for Signed Consent Form - signed reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | 21 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/08/2021 | T-Mobile Subpoena NWL44208 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | T Mobile Objections to subpoena reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/08/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/07/2021 | 1 email sent/reviewed regarding Checking mediation dates for new case, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/07/2021 | 1 email sent/reviewed regarding Rule 26 report | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/07/2021 | 1 email sent/reviewed regarding Re-send of Rule 26 report | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/07/2021 | 3 emails sent/reviewed regarding Bingham v. Marriott International, Inc. - Mediation Confirmation - Hon. Michael Latin | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/07/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/07/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 07/06/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/06/2021 | 1 email sent/reviewed regarding Rule 26(f) Joint Report, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/06/2021 | 11 emails sent/reviewed regarding Re-send of Rule 26 report | Bruce T. Murray | 1.40 | $450.00 | Yes | No | - | $630.00 |
| 07/06/2021 | Rule 26(f) Joint Report reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/06/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/06/2021 | 1 email sent/reviewed regarding Latin Availability for Mediation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/06/2021 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/02/2021 | Mediation Disclosure edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/02/2021 | Mediation Disclosure created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/02/2021 | Rule 26(f) Joint Report edited | Bruce T. Murray | 1.60 | $450.00 | Yes | No | - | $720.00 |
| 07/02/2021 | 1 email sent/reviewed regarding Rule 26(f) Joint Report, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/02/2021 | Complaint reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/02/2021 | 1 email sent/reviewed regarding NWL44208-01 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 07/01/2021 | Rule 26(f) Joint Report (in progress) edited and reviewed | Bruce T. Murray | 2.20 | $450.00 | Yes | No | - | $990.00 |
| 07/01/2021 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/01/2021 | Consultation with client as to time worked and economic damages | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/01/2021 | Complaint reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 07/01/2021 | Patricia_Bingham_intake_handwritten edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/01/2021 | Patricia Bingham lost wages reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/01/2021 | 2 emails sent/reviewed regarding Reservation of Hon. Michael Latin for mediation August 9, 2021 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/01/2021 | pay_stubs edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/01/2021 | 14 emails sent/reviewed regarding Latin Availability for Mediation | Bruce T. Murray | 1.30 | $450.00 | Yes | No | - | $585.00 |
| 07/01/2021 | Notice of Motion to Remand reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 07/01/2021 | Discussion with client regarding possible mediation | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 07/01/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 06/30/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/30/2021 | 1 email sent/reviewed regarding Rule 26 joint report and meeting | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/30/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 06/30/2021 | 13 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 06/30/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/30/2021 | Declaration Regarding Reply reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 06/30/2021 | 11 emails sent/reviewed regarding Latin Availability for Mediation | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 06/30/2021 | Rule 26(f) Joint Report (in progress) edited and reviewed | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 06/30/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/30/2021 | Rule 26(f) Joint Report (in progress) edited | Gabriel J. Pimentel | 0.80 | $700.00 | Yes | No | - | $560.00 |
| 06/30/2021 | 11 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 06/29/2021 | 1 email sent/reviewed regarding AT&T Request for Signed Consent Form between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 06/29/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | 1 email sent/reviewed regarding Bingham - Mediators | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | 3 emails sent/reviewed regarding Bingham - Mediation | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/2021 | 4 emails sent/reviewed regarding Checking mediation dates for new case, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 06/29/2021 | Plaintiff's RFAs (Set One) to Mrriott Intl (combined) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | Rule 26(f) conference (Office) attended | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 06/29/2021 | Order Setting Scheduling Conference July 23, 2021 10:30 a.m. reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 06/29/2021 | Rule 26(f) Joint Report (beginning work in progress) edited | Bruce T. Murray | 3.00 | $450.00 | Yes | No | - | $1,350.00 |
| 06/29/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/29/2021 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 06/28/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | Order Setting Scheduling Conference July 23, 2021 10:30 a.m. reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 06/28/2021 | Rule 26(f) Joint Report (beginning work in progress) edited | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 06/28/2021 | Defendant's Objections to RPDs (Set One) (6-23-21) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Initial Order Setting R26 Scheduling Conference - form only | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | Declaration of Timothy McCaffrey re Removal reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | Defendant's Objections to Plaintiff's Requests for Admissions (Set One) (6-23-21) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | Defendant's Objections to Plaintiff's Special Rogs (Set One) (6-23-21) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | 5 emails sent/reviewed regarding Service of federal case discovery, documents | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 06/28/2021 | 4 emails sent/reviewed regarding Rule 26 joint report and meeting | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 06/28/2021 | Plaintiff's RPDs (Set One) to Marriott Intl (federal) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | 1 email sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 06/28/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 06/17/2021 | Motion to Remand reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 06/14/2021 | Hearing on Plaintiff's MTC Special Rogs (Set One) (6-14-21) (Dept. C42) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 06/09/2021 | 2 emails sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 06/08/2021 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Letter | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/2021 | 3 emails sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | | $90.00 |
| 06/08/2021 | T-Mobile Subpoena NWL44208 edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/04/2021 | 4 emails sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | | $180.00 |
| 06/04/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/04/2021 | T-Mobile Subpoena NWL44208 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/04/2021 | Plaintiff's MTC RPDs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/04/2021 | Plaintiff's Sep Stmt ISO MTC RPDs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/04/2021 | 1 email sent/reviewed regarding , RECORDS ON: PHONE RECORDS from AT&T Corp., c/o CT Corp | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 06/04/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 06/03/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/03/2021 | Plaintiff's MTC RPDs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | | $90.00 |
| 06/03/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/03/2021 | Plaintiff's MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/02/2021 | Plaintiff's MTC Special Rogs (Set One) (with Exhibits) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/02/2021 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | | $90.00 |
| 06/02/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | | $135.00 |
| 06/02/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 06/01/2021 | 1 email sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/01/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 06/01/2021 | 2 emails sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 06/01/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | | $140.00 |
| 06/01/2021 | 1 email sent/reviewed regarding Recall: NWL43621-01 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 06/01/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 06/01/2021 | $159.50 invoice Nationwide Legal created | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | | $70.00 |
| 05/28/2021 | 1 email sent/reviewed regarding Rush delivery to court | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |
| 05/28/2021 | 1 email sent/reviewed regarding Meet and confer, Removal, Patricia Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/28/2021 | 1 email sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/28/2021 | Minute Order 05.28.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/28/2021 | Notice of Service of Process T Mobile subpoena reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/28/2021 | Objections reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/28/2021 | 4 emails sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 05/28/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/28/2021 | 3 emails sent/reviewed regarding Metro PCS/ T-Mobile account | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/28/2021 | 16 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 05/28/2021 | Notice of Service of Process T Mobile subpoena created | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/28/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/28/2021 | 1 email sent/reviewed regarding Superior Court of California, County of Orange - Electronic Service | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/28/2021 | T Mobile Objections to subpoena created | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/28/2021 | 1 email sent/reviewed regarding NWL43621-02 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/27/2021 | 1 email sent/reviewed regarding NWL43621-01 Regarding Phone Records | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/27/2021 | 2 emails sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/25/2021 | 1 email sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Initial Order upon Filing of Complaint - form only | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | 1 email sent/reviewed regarding NWL43621-01 Regarding Phone Records | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Order Setting Scheduling Conference July 23, 2021 10;30 a.m. reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/24/2021 | 8 emails sent/reviewed regarding Service of federal case discovery, documents | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 05/24/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Plaintiff's RPDs (Set One) to Marriott Intl (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Initial Standing Judge Josephine L. Staton reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | 1 email sent/reviewed regarding Meet and confer, Removal, Patricia Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/24/2021 | Motion to Remand research | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | 2 emails sent/reviewed regarding Service of documents, exhibits | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/24/2021 | Plaintiff's RPDs (Set One) to Marriott Intl (federal) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Form Interrogatories-Employment (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | Motion to Remand research | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | 16 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/24/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/24/2021 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-JLS-JDE Patricia Bingham v. Marriott International, Inc. et al Initial Order Setting R26 Scheduling Conference - form only | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/24/2021 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/23/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/22/2021 | Form Interrogatories-Employment (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/22/2021 | Def's Responses to Plaintiff's RFPs (Set One) (3-25-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/22/2021 | Defendant's Responses to Form Rogs E (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/22/2021 | Plaintiff's RPDs (Set Two) to Marriott Intl reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/22/2021 | Plaintiff's RPDs (Set One) to Marriott Intl (federal) edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/22/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) edited and reviewed | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 05/22/2021 | 26 internal messages sent/reviewed | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 05/22/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) edited and reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 05/22/2021 | Defendant's Responses to RFAs (Set One) reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 05/22/2021 | Defendant's Responses to Plaintiff's Special Rogs (resent 4-12-21 by email) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/22/2021 | Motion to Remand research | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/22/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/22/2021 | Form Rogs Word Template created | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 05/22/2021 | Plaintiff's RPDs (Set One) to Marriott Intl (federal) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/22/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (federal) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/22/2021 | Plaintiff's Rogs to Marriott Intl (Set One) (federal) edited | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 05/22/2021 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/21/2021 | Plaintiff's Responses to RFAs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | Smokeball time-fees-expenses 5-21-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/2021 | 6 Smokeball time-fees-expenses 5-19-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | Motion to Remand research | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | Motion to Remand research | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/21/2021 | Motion to Remand research | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/21/2021 | Motion to Remand research | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 05/21/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | Proposed Order Granting Motion to Remand edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/21/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | Exhibits 1-9 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/21/2021 | Plaintiff's MTC Special Rogs (Set One) (conformed) (6-14-21) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/21/2021 | Defendant's Notice of Removal reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/21/2021 | 10 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/21/2021 | Motion to Remand research | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/20/2021 | 1 email sent/reviewed regarding Patricia Bingham +1 714-341-6056 (Account:(877) 265-8084) | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/20/2021 | 1 email sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/20/2021 | AT&T Request for Signed Consent Form - signed reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/20/2021 | AT&T Request for Signed Consent Form reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/20/2021 | 2 emails sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/20/2021 | 1 email sent/reviewed regarding Meet and confer, Removal, Patricia Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/20/2021 | 1 email sent/reviewed regarding AT&T Request for Signed Consent Form between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/20/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/20/2021 | 8 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/20/2021 | AT&T Request for Signed Consent Form reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/20/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/19/2021 | 14 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/19/2021 | Call Tim McCaffrey re: LR 7-3 (phone) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 05/19/2021 | AT&T Request for Signed Consent Form edited and reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 05/19/2021 | Removal research/memo edited | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/19/2021 | 6 Smokeball time-fees-expenses 5-19-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/19/2021 | Memo created, then edited - L.R. 7.3 conference with Tim McCaffrey, 5/19/2021 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/19/2021 | 2 emails sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/19/2021 | Plaintiff's Meet & Confer Letter Re Removal 5-6-21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/19/2021 | Removal research/memo edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/19/2021 | ATT Subpoena Consent (signed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/19/2021 | 2 emails sent/reviewed regarding NWL43621-01 Regarding: PHONE RECORDS | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 05/19/2021 | Removal research/memo edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/19/2021 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/19/2021 | Removal research/memo edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/18/2021 | 1 email sent/reviewed regarding Service of documents, exhibits | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | Removal research/memo edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | Removal research/memo edited | Bruce T. Murray | 1.20 | $450.00 | Yes | No | - | $540.00 |
| 05/18/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/18/2021 | 1 email sent/reviewed regarding Questions regarding case No. 8:21-cv-00836-KES | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | 4 emails sent/reviewed regarding Meet and confer, Removal, Patricia Bingham v. Marriott International | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 05/18/2021 | U.S. District Court Central District California Local Rules reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/18/2021 | 1 email sent/reviewed regarding Questions regarding case No. 8:21-cv-00836-KES | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 05/18/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | 6 Smokeball time-fees-expenses 5-18-21 created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | 2 emails sent/reviewed regarding Bingham | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | 39 internal messages sent/reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 05/18/2021 | Smokeball time-fees-expenses from 2021-05-17 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/18/2021 | 23 internal messages sent/reviewed | Gabriel J. Pimentel | 0.50 | $700.00 | Yes | No | - | $350.00 |
| 05/17/2021 | 2 emails sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/17/2021 | CMC Vacated reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/17/2021 | Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/17/2021 | Sur-Reply to Plaintiff's Motion to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/17/2021 | Discussion with client about phone records as evidence | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/17/2021 | Remand and removal research/memo edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/17/2021 | Remand and removal research/memo edited | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 05/17/2021 | 25 internal messages sent/reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 05/17/2021 | Smokeball time-fees-expenses from 2021-05-17 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/17/2021 | Proposed Order Granting Motion to Remand edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/17/2021 | Removal and remand research/memo edited | Bruce T. Murray | 1.70 | $450.00 | Yes | No | - | $765.00 |
| 05/17/2021 | Notice re Assignment of Magistrate Judge reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/17/2021 | 1 email sent/reviewed regarding Questions regarding case No. 8:21-cv-00836-KES | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/17/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/17/2021 | POS 7-13-20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/17/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/17/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/17/2021 | Remand and removal research/memo edited | Gabriel J. Pimentel | 2.30 | $700.00 | Yes | No | - | $1,610.00 |
| 05/17/2021 | Notice re Assignment of Magistrate Judge reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/17/2021 | Proposed Order Granting Motion to Remand edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/17/2021 | U.S. District Court Central District California Local Rules reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/17/2021 | 12 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/17/2021 | Remand and removal research/memo edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/16/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/15/2021 | 8 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/15/2021 | Tentative Ruling Plaintiff's MTC reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/15/2021 | Remand and removal research/memo edited | Bruce T. Murray | 1.90 | $450.00 | Yes | No | - | $855.00 |
| 05/14/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Marriott International, Inc.'s Certificate of Interested Parties reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/14/2021 | Plaintiff's MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | 3 emails sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/14/2021 | Plaintiff's MTC RFAs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/14/2021 | Statement of Contsent to Proceed Before Magistrate Judge reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/14/2021 | POS 7-13-20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Complaint (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/14/2021 | Subpoenas to AT&T and Boost Mobile reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Civil Cover Sheet reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Tentative Ruling Plaintiff's MTC reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Notice re Assignment of Magistrate Judge reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/14/2021 | Discussion with client regarding removal of the case to federal court | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/14/2021 | AT&T Objection to Subpoena reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Remand and removal research/memo edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/14/2021 | Plaintiff's MTC RPDs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | Remand and removal research/memo created | Bruce T. Murray | 4.20 | $450.00 | Yes | No | - | $1,890.00 |
| 05/14/2021 | 2 emails sent/reviewed regarding Service of documents, exhibits | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/14/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/12/2021 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Letter | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/12/2021 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/12/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/12/2021 | Motion to Remand SAMPLE reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/11/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/10/2021 | 1 email sent/reviewed regarding Service of documents, exhibits | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/07/2021 | 1 email sent/reviewed regarding Bingham -- Plaintiff's Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/07/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/07/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/07/2021 | 1 email sent/reviewed regarding Meet and confer, Removal, Patricia Bingham v. Marriott International | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/06/2021 | 8 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/06/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 edited | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 05/06/2021 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-KES Patricia Bingham v. Marriott International, Inc. et al Answer to Complaint (Discovery) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/06/2021 | 10 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/06/2021 | Plaintiff's Meet & Confer Letter Re: Removal 5-6-21 edited | Gabriel J. Pimentel | 0.60 | $700.00 | Yes | No | - | $420.00 |
| 05/06/2021 | U.S. District Court Central District California Local Rules reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/06/2021 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836-KES Patricia Bingham v. Marriott International, Inc. et al Complaint - (Discovery) | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/05/2021 | 1 email sent/reviewed regarding We're following Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/05/2021 | 13 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/05/2021 | 1 email sent/reviewed regarding Activity in Case 8:21-cv-00836 Bingham v. Marriott International, Inc. Notice of Removal (Attorney Civil Case Opening) | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/05/2021 | 13 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/05/2021 | Motion to Remand Outline created, then edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 05/04/2021 | Deposition of Patricia (Remote) attended | Bruce T. Murray | 4.00 | $450.00 | Yes | No | - | $1,800.00 |
| 05/03/2021 | Defendant's Responses to RFAs (Set One) reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 05/03/2021 | 1 email sent/reviewed regarding Need notarized consent forms | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/03/2021 | Subpoenas to AT&T and Boost Mobile reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | 3 emails sent/reviewed regarding Bingham -- Plaintiff's Deposition | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | 1 email sent/reviewed regarding New Fax Message from (503) 436-7160 on 04/19/2021 3:57 PM | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | Def's Responses to Plaintiff's Special Rogs (Set One) 3-26-21 reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 05/03/2021 | 1 email sent/reviewed regarding Legal definition of "disability" | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | 1 email sent/reviewed regarding Verification, again between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | Defendant's Responses to Form Rogs E (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | Cell Phone Consent Patricia Bingham Metro PCS (714) 341-6056 reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/03/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/03/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | 1 email sent/reviewed regarding Points from the other side | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 05/03/2021 | Landline Phone Consent Patricia Bingham (714) 229-4986 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | Draft Cell Phone Consent Erica Smith (323) 983-1903 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 05/03/2021 | Complaint reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | 2 emails sent/reviewed regarding NWL43621-01 Bingham Vs Marriott International., INC | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 05/03/2021 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/30/2021 | 1 email sent/reviewed regarding Mediation Availability of Hon. Diane Wayne (Ret.) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/28/2021 | 2 emails sent/reviewed regarding Bingham Matter -- Meet and Confer Letter | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/28/2021 | Plaintiff's MTC Special Rogs (Set One) (conformed) (6-14-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/28/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/28/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/28/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/27/2021 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Letter | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/27/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 04/27/2021 | 1 email sent/reviewed regarding Discovery meet and confer, Bingham v. Marriott | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/27/2021 | Plaintiff's Meet & Confer Letter 04.19.21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/27/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/26/2021 | 1 email sent/reviewed regarding Bingham Matter -- Meet and Confer Letter | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/26/2021 | 3 emails sent/reviewed regarding Discovery meet and confer, Bingham v. Marriott | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/26/2021 | 3 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/26/2021 | Email attachment reviewed - NWL43621 Approval | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/23/2021 | 1 email sent/reviewed regarding New Fax Message from (503) 436-7160 on 04/19/2021 3:57 PM | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Exhibits 10-21 created | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/23/2021 | Plaintiff's Amended Responses to RFPs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Memo edited - Plaintiff's responses to discovery | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | 1 email sent/reviewed regarding Service of documents, exhibits | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/23/2021 | 2 emails sent/reviewed regarding Verification, again between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/23/2021 | 8 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Memo created, then edited - re: call with client | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | Complaint (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Call History 01.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Patricia_Bingham_intake_handwritten reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Verification - Amendment - signed reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Verification - Amendment edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | 1 email sent/reviewed regarding Amended discovery responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Plaintiff's Amended Responses to RFPs (Set One) edited and reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 04/23/2021 | 1 email sent/reviewed regarding Verification between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/23/2021 | Plaintiff's Responses to RFPs (Set One) (unredacted) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/23/2021 | Verification - Amendment edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/23/2021 | Plaintiff's Amended Responses to RFPs (Set One) edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/23/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/22/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | Plaintiff's Responses to RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/22/2021 | Plaintiff's Responses to RFAs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | Plaintiff's Responses to RFPs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/22/2021 | Verification edited | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/22/2021 | Verification reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | Plaintiff's Responses to RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | Plaintiff's Responses to Form Rogs-Employment (Set One) edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/22/2021 | 1 email sent/reviewed regarding Discovery responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | 1 email sent/reviewed regarding Court Filing Rejected | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/22/2021 | Plaintiff's Responses to RFPs (Set One) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | Plaintiff's Responses to Form Rogs-Employment (Set One) edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/22/2021 | 1 email sent/reviewed regarding Verification between Bruce Murray and Patricia Bingham is Signed and Filed! | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2021 | Plaintiff's Responses to Form Rogs-Employment (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/21/2021 | Plaintiff's Responses to Form Rogs-Employment (Set One) edited and reviewed | Bruce T. Murray | 1.30 | $450.00 | Yes | No | - | $585.00 |
| 04/21/2021 | Exhibits 10-21 created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | Lost Wages edited and reviewed | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 04/21/2021 | Plaintiff's Responses to RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | Exhibits 10-21 created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | Plaintiff's Responses to RFPs (Set One) edited and reviewed | Bruce T. Murray | 1.40 | $450.00 | Yes | No | - | $630.00 |
| 04/21/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/21/2021 | pay_stubs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | Exhibits 10-21 created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/21/2021 | Plaintiff's Responses to RFAs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/21/2021 | Memo created, then edited - Plaintiff's responses to discovery | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/21/2021 | Plaintiff's Responses to RFPs (Set One) edited | Gabriel J. Pimentel | 1.10 | $700.00 | Yes | No | - | $770.00 |
| 04/21/2021 | Plaintiff's Responses to Form Rogs-Employment (Set One) edited | Gabriel J. Pimentel | 0.50 | $700.00 | Yes | No | - | $350.00 |
| 04/21/2021 | 7 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Responses to RFPs edited and reviewed | Bruce T. Murray | 2.00 | $450.00 | Yes | No | - | $900.00 |
| 04/20/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | 1 email sent/reviewed regarding New Fax Message from (503) 436-7160 on 04/19/2021 3:57 PM | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | Response to RFA edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | 1 email sent/reviewed regarding 797901 proof of service | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | Call History 01.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/20/2021 | 1 email sent/reviewed regarding New Fax Message from (305) 503-7548 on 04/19/2021 6:35 PM | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | 3 emails sent/reviewed regarding Court Filing Rejected | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | Plaintiff's RFAs (Set One) to Mrriott Intl (combined) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/20/2021 | Responses to Form Rogs Employment edited | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 04/20/2021 | Landline Phone Consent Patricia Bingham (714) 229-4986 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Draft Landline Phone Consent Patricia Bingham (714) 229-4986 edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Call History 01.28.20 to 04.27.20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | 1 email sent/reviewed regarding | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | Memo edited - Responses to Discovery | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Memo created - Marriott's Phone # | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | 6 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/20/2021 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Case Caption edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Memo edited - Court's Tentative Ruling on Discovery Motions | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | 1 email sent/reviewed regarding Discovery meet and confer, Bingham v. Marriott | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Draft Cell Phone Consent Patricia Bingham Metro PCS (714) 341-6056 reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/20/2021 | Draft Cell Phone Consent Erica Smith (323) 983-1903 edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/20/2021 | Memo created - Spoke to client and her daughter Erica | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/19/2021 | Plaintiff's MTC RFAs (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Plaintiff's MTC RFAs (Set One) (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Reply to Opposition (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 1 email sent/reviewed regarding Successful transmission to 13108826359. Re: RPDs, Bingham v. Marriott | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 1 email sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 1 email sent/reviewed regarding Bingham Matter -- Verifications | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | 1 email sent/reviewed regarding RPDs, Bingham v. Marriott | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 2 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 04/19/2021 | Notice of Plaintiff's Deposition, 5-4-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 3 emails sent/reviewed regarding Bingham Matter | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Tentative Ruling Plaintiff's MTC reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | 2 emails sent/reviewed regarding Requests for Production, Patricia Bingham v. Marriott | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | Sur-Reply to Plaintiff's Motion to Compel reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | Plaintiff's Meet & Confer Letter 04.19.21 edited | Bruce T. Murray | 1.30 | $450.00 | Yes | No | - | $585.00 |
| 04/19/2021 | Declaration Regarding Reply reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Notice of Ruling created, then reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/19/2021 | Hearing on Motion to Compel Form ROGs, RFAs and RFPs (Dept. C42) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 04/19/2021 | Plaintiff's RPDs (Set Two) to Marriott Intl edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Notice of Ruling edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 2 emails sent/reviewed regarding Discovery meet and confer, Bingham v. Marriott | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | Plaintiff's RPDs (Set Two) to Marriott Intl edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Defendant's Responses to Form Rogs E (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 1 email sent/reviewed regarding Bingham -- Lack of Notice Re Inadvertently Produced Documents | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/19/2021 | 1 email sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions -- Ex Parte Notice | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | Plaintiff's Meet & Confer Letter 04.19.21 edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/19/2021 | Plaintiff's RPDs (Set Two) to Marriott Intl edited | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 04/19/2021 | Draft Cell Phone Consent Patricia Bingham Metro PCS edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/19/2021 | Notice of Ruling edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/19/2021 | Draft Cell Phone Consent Erica Smith edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/19/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/19/2021 | Draft Landline Phone Consent Patricia Bingham edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/19/2021 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/19/2021 | Matter admin | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/18/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/18/2021 | Def's Responses to Plaintiff's RFPs (Set One) (3-25-21) reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/18/2021 | Exh. 9 Email from Bingham to Jim Anderson re termination 04.07.20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/18/2021 | Call History 01.28.20 to 04.27.20 reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/18/2021 | Plaintiff's Meet & Confer Letter 04.19.21 edited | Gabriel J. Pimentel | 3.50 | $700.00 | Yes | No | - | $2,450.00 |
| 04/18/2021 | Defendant's Document Production reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/18/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/18/2021 | Defendant's Responses to Form Rogs E (Set One) edited | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 04/18/2021 | Plaintiff's RFAs (Set One) to Mrriott Intl (combined) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/18/2021 | Memo created, then edited - Rigid Application of Attendance Policy May Warrant Punitive Damages | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/18/2021 | Def's Responses to Plaintiff's Special Rogs (Set One) 3-26-21 reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/18/2021 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 04/18/2021 | Defendant's Responses to RFAs (Set One) reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 04/17/2021 | Memo created, then edited - Court's Tentative Ruling on Discovery Motions | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/16/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/16/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/16/2021 | CourtCallConfirmation_4-19-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/16/2021 | 1 email sent/reviewed regarding Rush delivery to court | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/16/2021 | 2 emails sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions -- Ex Parte Notice | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/16/2021 | Declaration Regarding Reply reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/15/2021 | 1 email sent/reviewed regarding Bingham Matter -- Verifications | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/15/2021 | Declaration Regarding Reply created | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/15/2021 | 5 emails sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions -- Ex Parte Notice | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 04/15/2021 | 2 emails sent/reviewed regarding Bingham Matter -- Defendant's RFP Responses and Production | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/15/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/15/2021 | 1 email sent/reviewed regarding Rush service to attorney's office in Los Angeles | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/15/2021 | 1 email sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/15/2021 | 1 email sent/reviewed regarding Rush delivery to court | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/15/2021 | Declaration Regarding Reply edited and reviewed | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 04/15/2021 | Civil Case Cover Sheet (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/15/2021 | 1 email sent/reviewed regarding Bingham Matter | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/15/2021 | 3 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/15/2021 | 1 email sent/reviewed regarding Bingham v. Marriott -- Def's Answer | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/15/2021 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/15/2021 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/15/2021 | 3 emails sent/reviewed regarding Bingham Matter -- Defendant's RFP Responses and Production | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/15/2021 | Services provided on 4/15/2021 | Yesenia L. Rodriguez | 0.20 | $275.00 | Yes | No | - | $55.00 |
| 04/14/2021 | 2 emails sent/reviewed regarding Bingham -- Reply in Support of Plaintiff's Discovery Motions | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 04/14/2021 | Defendant's Verification, RFAs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/14/2021 | 1 email sent/reviewed regarding Bingham Matter | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/14/2021 | 4 emails sent/reviewed regarding Rush service to attorney's office in Los Angeles | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/14/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | 2 emails sent/reviewed regarding Rush service to attorney's office in Los Angeles | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | 2 emails sent/reviewed regarding Bingham Matter | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/13/2021 | 1 email sent/reviewed regarding Deposition dates, Bingham Matter | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/13/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/12/2021 | Responses to RFPs reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/12/2021 | 1 email sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/12/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel edited and reviewed | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 04/12/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/12/2021 | 2 emails sent/reviewed regarding Bingham Matter -- Defendant's RFP Responses and Production | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/12/2021 | Meeting with defense counsel (Phone) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 04/12/2021 | 3 emails sent/reviewed regarding Bingham Matter | Bruce T. Murray | 0.40 | $450.00 | Yes | No | - | $180.00 |
| 04/12/2021 | 3 emails sent/reviewed regarding Court Filing Accepted | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/12/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel created, then reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/12/2021 | 4 emails sent/reviewed regarding Bingham v. Marriott Int'l, Inc. -- Defendant's Omnibus Opposition to Plaintiff's Motions to Compel | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/12/2021 | 2 emails sent/reviewed regarding Court Filing Received | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/12/2021 | Meeting with defense counsel (Phone) attended | Gabriel J. Pimentel | 0.50 | $700.00 | Yes | No | - | $350.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/2021 | Defendant's Responses to RFAs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/10/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/10/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel edited | Gabriel J. Pimentel | 1.40 | $700.00 | Yes | No | - | $980.00 |
| 04/09/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/09/2021 | Def's Responses to Plaintiff's RFPs (Set One) (3-25-21) edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/09/2021 | Def's Responses to Plaintiff's Special Rogs (Set One) 3-26-21 edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/09/2021 | Defendant's Responses to RFAs (Set One) edited | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/09/2021 | Plaintiff's RPDs (Set One) to Marriott Intl reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/09/2021 | 2 emails sent/reviewed regarding Bingham v. Marriott Int'l, Inc. -- Defendant's Omnibus Opposition to Plaintiff's Motions to Compel | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/09/2021 | Defendant's Responses to Form Rogs E (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/09/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel edited and reviewed | Bruce T. Murray | 3.10 | $450.00 | Yes | No | - | $1,395.00 |
| 04/09/2021 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/09/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel edited | Gabriel J. Pimentel | 0.60 | $700.00 | Yes | No | - | $420.00 |
| 04/09/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/08/2021 | 2 emails sent/reviewed regarding Bingham v. Marriott Int'l, Inc. -- Defendant's Omnibus Opposition to Plaintiff's Motions to Compel | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/08/2021 | Defendant's Responses to Form Rogs E (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/08/2021 | 3 emails sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/08/2021 | Defendant's Omnibus Opposition to Plaintiff's Motions to Compel edited and reviewed | Bruce T. Murray | 3.00 | $450.00 | Yes | No | - | $1,350.00 |
| 04/08/2021 | 3 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 04/08/2021 | Defendant's Objections to Special Interrogatories reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/08/2021 | 9 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/08/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/08/2021 | 2 Discovery responses due March 1 email 3-1-21 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/08/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel (draft) edited | Bruce T. Murray | 5.10 | $450.00 | Yes | No | - | $2,295.00 |
| 04/08/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/08/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | 4 emails sent/reviewed regarding Bingham v. Marriott Int'l, Inc. -- Defendant's Omnibus Opposition to Plaintiff's Motions to Compel | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/07/2021 | 4 emails sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/07/2021 | Reply to Defendant's Omnibus Opposition to Plaintiff's Motions to Compel (beginning draft) edited and reviewed | Bruce T. Murray | 1.20 | $450.00 | Yes | No | - | $540.00 |
| 04/07/2021 | Complaint (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/07/2021 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/07/2021 | 4 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/07/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/07/2021 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/07/2021 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/07/2021 | 2 emails sent/reviewed regarding Bingham v. Marriott Int'l, Inc. -- Defendant's Omnibus Opposition to Plaintiff's Motions to Compel | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 04/07/2021 | Email attachment reviewed - M76 -- def omnibus opp to pl motions to compel | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 04/07/2021 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/06/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/06/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/06/2021 | 1 email sent/reviewed regarding Bingham Matter -- Courtesy Copies | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 04/05/2021 | Plaintiff's MTC RFAs (Set One) (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/05/2021 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/05/2021 | 4 emails sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/05/2021 | 6 emails sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 04/05/2021 | 3 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 04/02/2021 | Plaintiff's MTC Special Rogs (Set One) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/30/2021 | Noticed deposition date (which will object to) (Remote) attended | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/29/2021 | 9 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/29/2021 | Defendant's Objections to RPDs (Set One) (3-1-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/29/2021 | 1 email sent/reviewed regarding Meet and confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/29/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/29/2021 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/28/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/26/2021 | 1 email sent/reviewed regarding Bingham Matter -- Defendant's RFP Responses and Production | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/26/2021 | 2 emails sent/reviewed regarding Meet and confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/26/2021 | 2 emails sent/reviewed regarding Bingham Matter -- Defendant's RFP Responses and Production | Gabriel J. Pimentel | 0.50 | $700.00 | Yes | No | - | $350.00 |
| 03/26/2021 | 1 email sent/reviewed regarding Bingham Matter -- Courtesy Copy | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/25/2021 | 2 emails sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | Defendant's RFA (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | 19 internal messages sent/reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/25/2021 | 2 emails sent/reviewed regarding Tim Mccaffrey +1 310-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/25/2021 | Plaintiff's MTC Special Rogs (Set One) (with Exhibits) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/25/2021 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/25/2021 | 16 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/24/2021 | 1 email sent/reviewed regarding Meet and confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 1 email sent/reviewed regarding Bingham - Mediation | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 2 emails sent/reviewed regarding Tim Mccaffrey +1 310-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 2 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 5 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 03/24/2021 | Matter admin | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 14 emails sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 03/24/2021 | 1 email sent/reviewed regarding Bingham v. Marriott | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 1 email sent/reviewed regarding Tim Mccaffrey +1 330-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/24/2021 | 9 emails sent/reviewed regarding Court Filing Accepted | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 03/24/2021 | 2 emails sent/reviewed regarding Court Filing Received | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/24/2021 | 38 internal messages sent/reviewed | Bruce T. Murray | 0.80 | $450.00 | Yes | No | - | $360.00 |
| 03/24/2021 | 20 internal messages sent/reviewed | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 03/22/2021 | Sample Objection to notice of depo reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/22/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) (conformed) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/22/2021 | eFile CA: Filing - Notice of Confirmation of Filing reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/22/2021 | Deposition Notice March 30, 2021 edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/22/2021 | 1 email sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/22/2021 | Plaintiff's Objection to Notice of Deposition edited and reviewed | Bruce T. Murray | 1.10 | $450.00 | Yes | No | - | $495.00 |
| 03/22/2021 | Plaintiff's Objection to Notice of Deposition edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/22/2021 | 26 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/22/2021 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/22/2021 | Plaintiff's Objection to Notice of Deposition edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/19/2021 | 8 emails sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 03/19/2021 | Defendant's Form Rogs Employment (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/19/2021 | 1 email sent/reviewed regarding Court Filing Received | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/19/2021 | 1 email sent/reviewed regarding Tim Mccaffrey +1 310-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/19/2021 | 2 emails sent/reviewed regarding Court Filing Accepted | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/19/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/19/2021 | 33 internal messages sent/reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/19/2021 | Defendant's Requests for Documents (Set One) reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/19/2021 | 18 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/19/2021 | Defendant's Requests for Documents (Set One) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/19/2021 | Defendant's Form Rogs Employment (Set One) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Proposed Order MTC edited and reviewed | Bruce T. Murray | 0.60 | $450.00 | Yes | No | - | $270.00 |
| 03/18/2021 | 2 emails sent/reviewed regarding Court Filing Received | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/18/2021 | Plaintiff's MTC Special Rogs (Set One) (with Exhibits) created, then edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/18/2021 | 6 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/18/2021 | Plaintiff's MTC RFAs (Set One) (with Exhibits) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/18/2021 | Plaintiff's MTC RPDs (Set One) (with Exhibits) created, then edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | accounting edited | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 03/18/2021 | 3 emails sent/reviewed regarding Superior Court of Orange County - Motion Reservation Request - CONFIRMATION | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/18/2021 | 1 email sent/reviewed regarding Request for discovery extension | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | 1 email sent/reviewed regarding Superior Court of California, County of Orange - Electronic Service | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | 2 emails sent/reviewed regarding Court Filing Accepted | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 03/18/2021 | Plaintiff's MTC RPDs (Set One) edited and reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/18/2021 | 38 internal messages sent/reviewed | Bruce T. Murray | 0.70 | $450.00 | Yes | No | - | $315.00 |
| 03/18/2021 | 1 email sent/reviewed regarding Superior Court of Orange County - Motion Reservation Request - ACTION REQUIRED | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Proposed Order Granting Mot. to Deem RFAs Admitted #1 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's MTC Special Rogs (Set One) edited and reviewed | Bruce T. Murray | 0.90 | $450.00 | Yes | No | - | $405.00 |
| 03/18/2021 | MTC Compliance with RPDs #1 reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC RPDs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC RPDs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | 5 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) edited | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's MTC RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 03/18/2021 | Plaintiff's MTC Form Rogs (Set One) (with Exhibits) created, then edited and reviewed | Bruce T. Murray | 0.20 | $450.00 | Yes | No | - | $90.00 |
| 03/18/2021 | Proposed Order MTC edited and reviewed | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's MTC Special Rogs (Set One) (with Exhibits) edited and reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's MTC RFAs (Set One) (with Exhibits) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's MTC RPDs (Set One) (with Exhibits) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC RPDs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC Special Rogs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's MTC RFAs (Set One) edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/18/2021 | Plaintiff's MTC Form Rogs (Set One) edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/18/2021 | Plaintiff's Sep Stmt ISO MTC Form Rogs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Proposed Order MTC edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's MTC Form Rogs (Set One) (with Exhibits) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | Plaintiff's MTC Special Rogs (Set One) edited | Gabriel J. Pimentel | 0.40 | $700.00 | Yes | No | - | $280.00 |
| 03/18/2021 | Plaintiff's MTC RPDs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/18/2021 | 31 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/17/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/17/2021 | Proposed Order Granting Mot. to Deem RFAs Admitted #1 created | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/17/2021 | Plaintiff's MTC Rogs edited and reviewed | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 03/17/2021 | Defendant's Objections to RFAs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/17/2021 | 2020.6.2.Bingham _ Marriott International, Inc._ Marriott Irvine Spectrum.Right to Sue reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/17/2021 | Plaintiff's MTC RPDs (Set One) edited and reviewed | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 03/17/2021 | Defendant's Objections to RPDs (Set One) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/17/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) edited | Bruce T. Murray | 1.10 | $400.00 | Yes | No | - | $440.00 |
| 03/17/2021 | Defendant's Objections to Special Interrogatories reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/17/2021 | Plaintiff's RFAs (Set One) to Mrriott Intl (combined) reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/17/2021 | Plaintiff's Sep Stmt ISO MTC RPDs (Set One) edited | Bruce T. Murray | 0.70 | $400.00 | Yes | No | - | $280.00 |
| 03/17/2021 | 53 internal messages sent/reviewed | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 03/17/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/17/2021 | Responses to Form Rogs Employment created | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 03/17/2021 | Plaintiff's Sep Stmt ISO MTC Rogs edited | Bruce T. Murray | 2.30 | $400.00 | Yes | No | - | $920.00 |
| 03/17/2021 | Plaintiff's MTC RFAs (Set One) edited and reviewed | Bruce T. Murray | 0.70 | $400.00 | Yes | No | - | $280.00 |
| 03/17/2021 | Form Interrogatories-Employment (Set One) reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/17/2021 | Plaintiff's RPDs (Set One) to Marriott Intl reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/17/2021 | 30 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $700.00 | Yes | No | - | $210.00 |
| 03/17/2021 | Plaintiff's MTC Rogs edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2021 | Plaintiff's Sep Stmt ISO MTC RPDs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2021 | Plaintiff's Sep Stmt ISO MTC Rogs edited | Gabriel J. Pimentel | 1.30 | $700.00 | Yes | No | - | $910.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/17/2021 | Plaintiff's MTC RPDs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/17/2021 | Plaintiff's Sep Stmt ISO MTC RFAs (Set One) edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/17/2021 | 2 messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/16/2021 | MTC Rogs edited and reviewed | Bruce T. Murray | 3.00 | $400.00 | Yes | No | - | $1,200.00 |
| 03/16/2021 | MTC Form Rogs #2 (D failed to serve responses) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/16/2021 | MTC RFAs edited | Bruce T. Murray | 2.50 | $400.00 | Yes | No | - | $1,000.00 |
| 03/16/2021 | Plaintiff's RPDs (Set One) to Marriott Intl reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/16/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/16/2021 | 42 internal messages sent/reviewed | Bruce T. Murray | 0.90 | $400.00 | Yes | No | - | $360.00 |
| 03/16/2021 | MTC Compliance with RPDs #1 created, then reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/16/2021 | MTC RPDs edited | Bruce T. Murray | 1.80 | $400.00 | Yes | No | - | $720.00 |
| 03/16/2021 | 16 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/16/2021 | Defendant's Objections to RPDs (Set One) edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/16/2021 | MTC RPDs edited | Gabriel J. Pimentel | 0.50 | $700.00 | Yes | No | - | $350.00 |
| 03/16/2021 | MTC Rogs edited | Gabriel J. Pimentel | 1.30 | $700.00 | Yes | No | - | $910.00 |
| 03/16/2021 | MTC RFAs edited and reviewed | Gabriel J. Pimentel | 0.70 | $700.00 | Yes | No | - | $490.00 |
| 03/16/2021 | Defendant's Objections to RFAs reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/16/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/15/2021 | MTC Discovery 3-15-21 created, then edited and reviewed | Bruce T. Murray | 4.60 | $400.00 | Yes | No | - | $1,840.00 |
| 03/15/2021 | 5 emails sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 03/15/2021 | Matter admin | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | Cover Letter for Exhibits to Timothy McCaffrey 11-23-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | MTC Form Rogs #2 (D failed to serve responses) reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 03/15/2021 | Complaint (conformed) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | Defendant's Objections to RFAs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | CMC_2-17-21 edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | 9 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 03/15/2021 | Plaintiff's RFAs (Set One) to Marriott Intl (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/15/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/15/2021 | MTC Separate Statement (draft in progress) edited | Bruce T. Murray | 0.70 | $400.00 | Yes | No | - | $280.00 |
| 03/15/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/15/2021 | 1 email sent/reviewed regarding Bingham - Mediation | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | 4 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/15/2021 | Defendant's Objections to RPDs (Set One) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | Plaintiff's Special Rogs to Marriott Intl (Set One) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/15/2021 | MTC Discovery 3-15-21 edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/15/2021 | 6 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/12/2021 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/12/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/10/2021 | MTC Depo #1 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/10/2021 | Draft Form Interrogatories-Employment (Wrongful Termination) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/10/2021 | 8 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/10/2021 | Meet & Confer Letter - Timothy B. McCaffrey (3-2-21) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/10/2021 | MTC Form Rogs #2 (D failed to serve responses) reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/10/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/09/2021 | Meet & Confer Letter - Timothy B. McCaffrey reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/03/2021 | RFAs (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | Meet & Confer Letter - Timothy B. McCaffrey edited and reviewed | Bruce T. Murray | 2.60 | $400.00 | Yes | No | - | $1,040.00 |
| 03/03/2021 | 2 emails sent/reviewed regarding Meet and confer, Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | Defendant's Objections to RPDs (Set One) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | Declaration § 2033.050 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | Meet & Confer Letter - Timothy B. McCaffrey edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/03/2021 | Defendant's Objections to Special Interrogatories reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | Defendant's Objections to Form Interrogatories reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | Special Rogs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/03/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/03/2021 | Meet & Confer Letter - Timothy B. McCaffrey edited | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 03/02/2021 | Defendant's Objections to Special Interrogatories created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/02/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/02/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/02/2021 | 9 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/02/2021 | Defendant's Objections to Form Interrogatories created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/02/2021 | RFAs (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/02/2021 | 1 email sent/reviewed regarding Court Filing Accepted | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/02/2021 | Defendant's Objections to RPDs (Set One) created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/02/2021 | Defendant's Objections to RFAs created, then reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/02/2021 | Meet & Confer Letter - Timothy B. McCaffrey (working draft) created, then edited | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 03/02/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/01/2021 | 14 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 03/01/2021 | 3 emails sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 03/01/2021 | RFAs (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/01/2021 | 5 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 03/01/2021 | RFA Legal Research created, then edited | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 03/01/2021 | 10 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $700.00 | Yes | No | - | $140.00 |
| 02/26/2021 | 1 email sent/reviewed regarding Discovery responses due March 1 | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/26/2021 | MTC Form Rogs #2 (D failed to serve responses) created | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/26/2021 | MTC Depo #1 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/26/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/24/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/23/2021 | 1 email sent/reviewed regarding Bingham - Mediation | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/23/2021 | RFAs (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/23/2021 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/23/2021 | 1 email sent/reviewed regarding Bingham - Mediators | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 02/23/2021 | 1 email sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/23/2021 | Deposition Notice March 30, 2020 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/23/2021 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/22/2021 | 2 emails sent/reviewed regarding Bingham - Mediators | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/22/2021 | 1 email sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/22/2021 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/22/2021 | 6 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/20/2021 | 1 email sent/reviewed regarding Bingham - Mediators | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/19/2021 | 1 email sent/reviewed regarding Mediation Availability of Hon. Diane Wayne (Ret.) | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/19/2021 | 2 emails sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 02/19/2021 | 1 email sent/reviewed regarding Judge Latin and Judge Marmaro | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/18/2021 | 2 emails sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 02/18/2021 | 1 email sent/reviewed regarding Bingham v. Marriott | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/18/2021 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Notice of Plaintiff's Entry of Jury Fees created | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/17/2021 | 1 email sent/reviewed regarding Bingham | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/17/2021 | 1 email sent/reviewed regarding Court Filing Received | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Deposition Notice March 19, 2020 edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Sample Notice of Plaintiff's Entry of Jury Fees reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Requests for Documents edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | RFA edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Notice of Plaintiff's Entry of Jury Fees edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | CMC_2-17-21 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | 12 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/17/2021 | 2 emails sent/reviewed regarding Bingham - Courtesy Copies | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 02/17/2021 | Matter admin | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Form Rogs edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/17/2021 | Form Rogs reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/17/2021 | 13 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/16/2021 | 1 email sent/reviewed regarding Bingham v. Marriott | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/16/2021 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/15/2021 | 3 emails sent/reviewed regarding Bingham v. Marriott | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 02/15/2021 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/15/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/15/2021 | 8 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/12/2021 | 1 email sent/reviewed regarding Bingham v. Marriott | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/12/2021 | 1 email sent/reviewed regarding Bingham | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/08/2021 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/08/2021 | Matter admin | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/08/2021 | Complaint (conformed) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/08/2021 | Complaint reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02/07/2021 | Matter admin | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/07/2021 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 02/04/2021 | 1 email sent/reviewed regarding eFiling received by court for Patricia Bingham vs. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/04/2021 | 1 email sent/reviewed regarding Superior Court of California, County of Orange - Electronic Service | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/04/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/04/2021 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/04/2021 | 1 email sent/reviewed regarding Successful transmission to 17143785515. Re: Patricia Bingham medical records | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/03/2021 | 1 email sent/reviewed regarding Tim Mccaffery +1 310-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/03/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/02/2021 | 2 emails sent/reviewed regarding Tim Mccaffery +1 310-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/02/2021 | 1 email sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 02/01/2021 | Complaint reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/01/2021 | 8 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/01/2021 | 2 emails sent/reviewed regarding Tim Mccaffery +1 310-339-4858 (Account:(877) 265-8084) | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 02/01/2021 | 7 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 02/01/2021 | CMC Vacated reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 02/01/2021 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $700.00 | Yes | No | - | $70.00 |
| 01/30/2021 | 2 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 01/29/2021 | 3 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 01/28/2021 | 3 emails sent/reviewed regarding Discovery, CMC: Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.80 | $400.00 | Yes | No | - | $320.00 |
| 01/28/2021 | 3 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 01/08/2021 | 4 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01/08/2021 | Matter admin | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 01/04/2021 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 12/23/2020 | 1 message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 12/23/2020 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 12/23/2020 | 4 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 12/22/2020 | Preparation of client for deposition (which did not take place) | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 12/21/2020 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 12/15/2020 | 4 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 12/15/2020 | Cover Letter for Exhibits to Timothy McCaffrey reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 12/07/2020 | Special Rogs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/23/2020 | 4 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 11/23/2020 | 1 email sent/reviewed regarding Discovery, Bingham v. Marriott | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/23/2020 | RFAs (combined) reviewed | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 11/23/2020 | Cover Letter for Exhibits to Timothy McCaffrey created, then edited and reviewed | Bruce T. Murray | 0.80 | $400.00 | Yes | No | - | $320.00 |
| 11/23/2020 | RPDs (Disability Discrimination) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/23/2020 | RFAs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/23/2020 | Cover Letter for Exhibits to Timothy McCaffrey edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/23/2020 | Cover Letter for Exhibits to Timothy McCaffrey edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 11/20/2020 | 2 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/11/2020 | 2 emails sent/reviewed regarding Important | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 11/11/2020 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 11/11/2020 | Civil Case Cover Sheet (raw) reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/30/2020 | 4 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 10/30/2020 | RFAs (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/30/2020 | Special Rogs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/30/2020 | Special Rogs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/30/2020 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/30/2020 | RFAs reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/30/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/29/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/27/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/22/2020 | Special Rogs edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/21/2020 | RPDs (Disability Discrimination) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/21/2020 | RFAs (combined) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/21/2020 | Declaration § 2033.050 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/15/2020 | Matter admin | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/15/2020 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 10/15/2020 | Exh. 5 Memorial Care medical records - 2020 after p. 29 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/15/2020 | Exh. 6 O.C Digestive Care medical records reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/15/2020 | 1 email sent/reviewed regarding Exhibit 3 | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/15/2020 | Exh. 3 LaPalma_records_PatriciaBingham_22050803 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/15/2020 | 11 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/15/2020 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | Exhibit 6 edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | Exhibit 5 edited and reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 10/14/2020 | Exhibit 8 edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | Exhibit 7 edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | Exhibit 9 edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | Exhibit 3 reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/14/2020 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/12/2020 | Matter admin | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/12/2020 | 3 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 10/08/2020 | 8 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 10/06/2020 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/05/2020 | Exhibit 4 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | RFAs (combined) edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exhibits to RFAs edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/2020 | 1 email sent/reviewed regarding Exhibit 3 | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Form Interrogatories-Employment (Wrongful Termination) reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 10/05/2020 | Declaration § 2033.050 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | RPDs created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | 1 email sent/reviewed regarding Discovery, Bingham v. Marriott | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exhibit 6 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exhibit 9 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | RFAs created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exh. 2 Spirit to Serve award created, then reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/05/2020 | RPDs (Disability Discrimination) edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Special Rogs created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exh. 1 Spirit to Serve award created, then edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Declaration § 2033.050 edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Complaint reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/05/2020 | Exhibit 5 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | 1 email sent/reviewed regarding Exhibits to accompany discovery, | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exhibit 2 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | 1 email sent/reviewed regarding Bingham v. Marriott -- Def's Answer | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exh. 3 LaPalma_records_PatriciaBingham_22050803 edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exhibit 8 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Special Rogs edited | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 10/05/2020 | Exhibit 1 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | Exhibit 7 created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/05/2020 | 5 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 1.00 | $400.00 | Yes | No | - | $400.00 |
| 10/05/2020 | Exhibit 3 created | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/02/2020 | Exh. 1-2 Spirit to Serve awards reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Form Interrogatories-Employment (Wrongful Termination) edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/02/2020 | Exh. 6 O.C Digestive Care medical records reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Special Rogs (Disability Discrimination) edited | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 10/02/2020 | Exh. 5 Memorial Care medical records - 2020 after p. 29 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | RFAs (Wage Statement Case) created, then edited and reviewed | Bruce T. Murray | 3.00 | $400.00 | Yes | No | - | $1,200.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/02/2020 | Exh. 8 Termination Letter from Marriott (undated) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | LaPalmaEmergency_2-21-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Civil Case Cover Sheet (raw) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Memorial Care repeat records 2012-2020 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | 15 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 10/02/2020 | RFAs (Wage Statement Case) created, then edited and reviewed | Bruce T. Murray | 1.60 | $400.00 | Yes | No | - | $640.00 |
| 10/02/2020 | Exh. 3 LaPalma_records_PatriciaBingham_22050803 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Exh. 4 Dr. Clamon Vu excuse 2-4-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Declaration § 2033.050 edited | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/02/2020 | Complaint reviewed | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 10/02/2020 | RPDs (Disability Discrimination) edited | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/02/2020 | Exh. 7 HR employment termination 3-26-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/02/2020 | Form Interrogatories-Employment (Wrongful Termination) edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/02/2020 | 11 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/02/2020 | RFA1 edited | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 10/02/2020 | Special Rogs edited | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 10/02/2020 | RPDs (Disability Discrimination) edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/02/2020 | RFA2 edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/01/2020 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 10/01/2020 | Complaint reviewed | Bruce T. Murray | 0.70 | $400.00 | Yes | No | - | $280.00 |
| 10/01/2020 | Termination Letter from Marriott reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 10/01/2020 | Termination Letter from Marriott reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 10/01/2020 | Email from client to Jim Anderson re termination 04.07.20 reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/01/2020 | Special Rogs (Disability Discrimination) edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/01/2020 | O.C Digestive Care medical records reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/01/2020 | MemorialCare_records_2020 reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/01/2020 | Form Interrogatories-Employment (Wrongful Termination) reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 10/01/2020 | Complaint (conformed) reviewed | Gabriel J. Pimentel | 0.40 | $600.00 | Yes | No | - | $240.00 |
| 10/01/2020 | LaPalma_records_PatriciaBingham_22050803] reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 09/24/2020 | POS 7-13-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 09/14/2020 | 1 email sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/14/2020 | Memo edited - Spoke to O.C. Digestive Care | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 09/14/2020 | Memo edited and reviewed - Spoke to Memorial Care Medical Group Huntington Beach | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 09/07/2020 | Matter admin | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 09/03/2020 | 3 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 09/01/2020 | 1 email sent/reviewed regarding MyFax message from PHS | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 08/25/2020 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/25/2020 | O.C Digestive Care medical records edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/25/2020 | 1 email sent/reviewed regarding MyFax message from "+19995551212" - 11 page(s), Caller-ID: 17145998212 | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 08/25/2020 | Memo edited - Spoke to Memorial Care Medical Group Huntington Beach | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/25/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/25/2020 | Memo edited and reviewed - Spoke to O.C. Digestive Care | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/25/2020 | $15.60 receipt O.C. Digestive Care created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/24/2020 | RPDs (Disability Discrimination) created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/24/2020 | Special Rogs (Disability Discrimination) created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/24/2020 | Form Interrogatories-Employment (Wrongful Termination) created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/24/2020 | Evidence Code Section 1158 created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/24/2020 | Memo edited and reviewed - Spoke to O.C. Digestive Care | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/24/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/21/2020 | Letter to Marriott International, Inc. - CT reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 08/19/2020 | POS reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/19/2020 | 5 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/19/2020 | Facts reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 08/19/2020 | LaPalma_records_PatriciaBingham_22050803] reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/19/2020 | Matter admin | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/19/2020 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/19/2020 | Memo edited and reviewed - Spoke to Memorial Care Medical Group Huntington Beach | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/19/2020 | Memo created, then edited - Spoke to Kim at 714 378-7390 and she was | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 08/19/2020 | 9 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/18/2020 | 2 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/17/2020 | 5 emails sent/reviewed regarding Bingham v. Marriott International, Inc. -- 30-2020-01147669-CU-WT-CJC | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 08/17/2020 | POS reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/13/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 08/13/2020 | Matter admin | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 07/31/2020 | 1 email sent/reviewed regarding MyFax message from PHS | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/29/2020 | 1 email sent/reviewed regarding MyFax message from "PHS " - 6 page(s), Caller-ID: +18334430457 | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/29/2020 | 5 emails sent/reviewed regarding MyFax message from PHS | Bruce T. Murray | 0.60 | $400.00 | Yes | No | - | $240.00 |
| 07/29/2020 | 2 emails sent/reviewed regarding MyFax message from PHS | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 07/29/2020 | Email attachment reviewed - FAX_20200728_1595956317_66.prod.afc_did1-1595956184-16266283041-66 | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 07/24/2020 | Civil Case Cover Sheet (raw) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/24/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/24/2020 | 4 emails sent/reviewed regarding proof Marriot | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 07/24/2020 | POS reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/24/2020 | Summons (conformed) reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/24/2020 | 1 email sent/reviewed regarding Looking for proofs of service | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/24/2020 | 1 email sent/reviewed regarding Transaction Notification for order #14958908 : Customer 0130006 | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 07/23/2020 | 1 email sent/reviewed regarding proof Marriot | Bruce T. Murray | 0.80 | $400.00 | Yes | No | - | $320.00 |
| 07/23/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/22/2020 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/22/2020 | 2 emails sent/reviewed regarding Looking for proofs of service | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/22/2020 | Complaint reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 07/17/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/10/2020 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/10/2020 | Summons created | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/10/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/10/2020 | Civil Case Cover Sheet created | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 07/10/2020 | CT Corporation System reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 07/10/2020 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/23/2020 | 2 emails sent/reviewed regarding Medical records for Patricia Bingham | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/22/2020 | 1 email sent/reviewed regarding Records request for Patricia Bingham | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/22/2020 | 1 email sent/reviewed regarding Patricia Bingham medical records | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/19/2020 | 1 email sent/reviewed regarding eFiling received by court for Patricia Bingham vs. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/16/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/16/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/11/2020 | FAX_20200611_1591891065_52 edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/11/2020 | 1 email sent/reviewed regarding Patricia Bingham has signed Retainer Agreement | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/09/2020 | Complaint created, then edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/09/2020 | Complaint reviewed | Bruce T. Murray | 0.80 | $400.00 | Yes | No | - | $320.00 |
| 06/09/2020 | 1 email sent/reviewed regarding eFiling received by court for Patricia Bingham vs. Marriott International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/09/2020 | Summons created, then edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/09/2020 | Civil Case Cover Sheet edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/08/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/06/2020 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/05/2020 | Civil Case Cover Sheet created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/05/2020 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/05/2020 | Complaint edited and reviewed | Bruce T. Murray | 0.70 | $400.00 | Yes | No | - | $280.00 |
| 06/05/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/04/2020 | USPS_receipt_Letter-Rep_6-4-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | Letter to Marriott International, Inc. edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | USPS_receipt_RTS_6-2-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | CT Corporation System reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | Letter to Marriott International, Inc. - CT edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/04/2020 | Letter to Marriott International, Inc. edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/04/2020 | Letter to Marriott International, Inc. - CT edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | 2020.6.2.Bingham _ Marriott International, Inc._ Marriott Irvine Spectrum.Right to Sue reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/04/2020 | Complaint edited | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 06/04/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/03/2020 | 14 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 06/03/2020 | 2 emails sent/reviewed regarding Right to Sue from Department of Fair Employment and Housing | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/03/2020 | Complaint edited and reviewed | Bruce T. Murray | 3.50 | $400.00 | Yes | No | - | $1,400.00 |
| 06/03/2020 | 2020.6.2.Bingham _ Marriott International, Inc._ Marriott Irvine Spectrum.Right to Sue reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/03/2020 | Facts reviewed | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 06/03/2020 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/02/2020 | 6 emails sent/reviewed regarding Right to Sue from Department of Fair Employment and Housing | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 06/02/2020 | 2020.6.2.Bingham _ Marriott International, Inc._ Marriott Irvine Spectrum.Right to Sue reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/02/2020 | DFEH_RTS_print reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/02/2020 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/02/2020 | Facts reviewed | Bruce T. Murray | 0.80 | $400.00 | Yes | No | - | $320.00 |
| 06/02/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/02/2020 | Complaint (working draft) created, then edited | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 06/02/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/01/2020 | Facts reviewed | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 06/01/2020 | HIPAA Form - signed reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/01/2020 | 7 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 06/01/2020 | HIPPA Orange Coast Memorial created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/01/2020 | MemorialCare_OrangeCoastMedCenter_2-23-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/01/2020 | MemorialCare_records_2020 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/01/2020 | 1 email sent/reviewed regarding Patricia Bingham medical records | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 06/01/2020 | Consultation with client regarding facts of her case in preparation for Right to Sue letter | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 06/01/2020 | Facts edited | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/01/2020 | Facts Timeline reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 06/01/2020 | 3 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/29/2020 | MemorialCare_records_2012 edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/29/2020 | Facts edited and reviewed | Bruce T. Murray | 1.20 | $400.00 | Yes | No | - | $480.00 |
| 05/29/2020 | MemorialCare_medical_records_bill reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/29/2020 | MemorialCare_records_2020 edited and reviewed | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 05/29/2020 | 12 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 05/29/2020 | HIPPA Memorial Care reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/29/2020 | 6 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 05/29/2020 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 05/29/2020 | LaPalma_records_PatriciaBingham_22050803] reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 05/28/2020 | MemorialCare_medical_records_bill reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/28/2020 | LaPalma_records_PatriciaBingham_22050803] reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/28/2020 | Facts edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/27/2020 | MemorialCare_medical_records_bill edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/20/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/20/2020 | HIPPA La Palma Intercommunity Hospital reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/19/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/18/2020 | HIPPA La Palma Intercommunity Hospital reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/18/2020 | 1 email sent/reviewed regarding Successful transmission to 17145624071. Re: Medical records of Patricia Bingham | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 05/18/2020 | 1 email sent/reviewed regarding Records request for Patricia Bingham | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/18/2020 | HIPPA Memorial Care reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/18/2020 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 05/12/2020 | Facts reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/12/2020 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/11/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/04/2020 | 6 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/04/2020 | Facts Timeline reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/04/2020 | Facts edited and reviewed | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 05/04/2020 | Call History 03.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/04/2020 | Call History 01.28.20 to 04.27.20 edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 05/04/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 05/01/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/01/2020 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/01/2020 | Facts reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 05/01/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/30/2020 | 1 email sent/reviewed regarding Statement of facts: corrections or additions | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/30/2020 | Doctor_excuse_2-4-20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/30/2020 | Facts edited | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 04/29/2020 | Facts Timeline edited and reviewed | Bruce T. Murray | 0.50 | $400.00 | Yes | No | - | $200.00 |
| 04/29/2020 | LaPalmaEmergency_2-21-20 edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | Doctor_excuse_2-4-20 edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | 2 emails sent/reviewed regarding Statement of facts: corrections or additions | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/29/2020 | LaPalmaHospital_1-24_to_1-29 reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/29/2020 | Termination Letter from Marriott edited and reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/29/2020 | Patricia_Bingham_intake_handwritten reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | 14 internal messages sent/reviewed | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 04/29/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | OrangeCoastMedCenter_2-23-20 edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | Consultation with client regarding timeline of facts of her case | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 04/29/2020 | Facts edited and reviewed | Bruce T. Murray | 0.40 | $400.00 | Yes | No | - | $160.00 |
| 04/29/2020 | Spirit_to_Serve edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | HR_employment_dismissal_3-26-20 edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | pay_stubs reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/29/2020 | Facts edited | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 04/29/2020 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/29/2020 | 10 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 04/28/2020 | HIPPA La Palma Intercommunity Hospital created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/28/2020 | HIPAA Form - signed reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/28/2020 | HIPPA Memorial Care created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/28/2020 | 1 email sent/reviewed regarding Medical records for Patricia Bingham | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/28/2020 | HIPPA OC Digestive Care created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/28/2020 | 10 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 04/28/2020 | 1 email sent/reviewed regarding Authorization Form - Patricia Bingham has been sent out for signature to pbingham1970@gmail.com | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/28/2020 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/27/2020 | Patricia_Bingham_intake reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | Call History 03.28.20 to 04.27.20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | Authorization Form - Patricia Bingham reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/27/2020 | HIPAA Form reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/27/2020 | CT Corporation System created | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | 1 email sent/reviewed regarding HIPAA Form has been sent out for signature to pbingham1970@gmail.com | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | Authorization Form PI created, then reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | 3 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | Retainer Agreement Employment - signed reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | LaPalmaHospital_1-24_to_1-29 edited and reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | HIPAA Form created, then edited | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 04/27/2020 | 2 emails sent/reviewed regarding Authorization Form - Patricia Bingham has been sent out for signature to pbingham1970@gmail.com | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/27/2020 | Facts Timeline edited and reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 04/27/2020 | HIPAA Form - signed reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/27/2020 | 2 messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Matter review | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | LaPalmaHospital_1-24_to_1-29 reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Termination Letter from Marriott reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Facts Timeline edited and reviewed | Gabriel J. Pimentel | 0.70 | $600.00 | Yes | No | - | $420.00 |
| 04/27/2020 | Call History 02.28.20 to 03.27.20 created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Doctor_excuse_2-4-20 reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Memo created - Spoke to Memorial Care Medical Group Huntington Beach | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Call History 01.28.20 to 02.27.20 created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | OrangeCoastMedCenter_2-23-20 reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/27/2020 | Call History 01.28.20 to 04.27.20 created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/25/2020 | Memo created, then edited - | Gabriel J. Pimentel | 0.50 | $600.00 | Yes | No | - | $300.00 |
| 04/23/2020 | Consultation with client regarding amended discovery responses | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 04/23/2020 | Consultation with client regarding verification of discovery responses | Bruce T. Murray | 0.10 | $450.00 | Yes | No | - | $45.00 |
| 04/22/2020 | Facts Timeline edited | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/22/2020 | 9 internal messages sent/reviewed | Bruce T. Murray | 0.30 | $400.00 | Yes | No | - | $120.00 |
| 04/22/2020 | Consultation with client regarding Form Interrogatories | Bruce T. Murray | 2.00 | $450.00 | Yes | No | - | $900.00 |
| 04/22/2020 | Email from client to Jim Anderson re termination 04.07.20 reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/22/2020 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/21/2020 | Consultation with client regarding Requests for Production of Documents | Bruce T. Murray | 0.50 | $450.00 | Yes | No | - | $225.00 |
| 04/20/2020 | Consultation with client regarding Requests for Admissions | Bruce T. Murray | 2.20 | $450.00 | Yes | No | - | $990.00 |
| 04/17/2020 | Consultation with client regarding lost wages | Bruce T. Murray | 0.30 | $450.00 | Yes | No | - | $135.00 |
| 04/13/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/13/2020 | Email from client to Jim Anderson re termination 04.07.20 created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/13/2020 | 1 email sent/reviewed regarding Patricia Bingham | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/13/2020 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/13/2020 | Matter review | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/10/2020 | Facts Timeline reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/10/2020 | 2 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/07/2020 | Facts Timeline edited | Gabriel J. Pimentel | 0.40 | $600.00 | Yes | No | - | $240.00 |
| 04/07/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriot International, Inc. | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/07/2020 | Memo created - Phone Call with client | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 04/07/2020 | Matter review | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/07/2020 | 3 emails sent/reviewed regarding (no subject) | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 04/02/2020 | 4 internal messages sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/02/2020 | Email attachment reviewed - Patricia Bingham Timeline | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 04/02/2020 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriot International, Inc. | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 04/02/2020 | Facts Timeline created, then edited | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 04/02/2020 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 04/02/2020 | 1 internal message sent/reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 04/01/2020 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriot International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/01/2020 | Matter review | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 04/01/2020 | 12 internal messages sent/reviewed | Bruce T. Murray | 0.20 | $400.00 | Yes | No | - | $80.00 |
| 04/01/2020 | 5 internal messages sent/reviewed | Gabriel J. Pimentel | 0.20 | $600.00 | Yes | No | - | $120.00 |
| 04/01/2020 | 1 message sent/reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/31/2020 | 2 emails sent/reviewed regarding Patricia Bingham v. Marriot International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/31/2020 | 1 internal message sent/reviewed | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/31/2020 | 1 email sent/reviewed regarding Retainer Agreement Employment has been sent out for signature to pbingham1970@gmail.com | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/31/2020 | 1 email sent/reviewed regarding Patricia Bingham has signed Retainer Agreement Employment | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/31/2020 | 2 emails sent/reviewed regarding Retainer Agreement Employment between Gabriel Pimentel, Patricia Bingham and Gabriel Pimentel is Signed and Filed! | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/31/2020 | 1 email sent/reviewed regarding Your signature is required on Retainer Agreement Employment | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/31/2020 | 2 internal messages sent/reviewed | Gabriel J. Pimentel | 0.30 | $600.00 | Yes | No | - | $180.00 |
| 03/30/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriot International, Inc. | Bruce T. Murray | 0.10 | $400.00 | Yes | No | - | $40.00 |
| 03/30/2020 | Patricia Bingham - Employment Claim - Marriot International, Inc. | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/30/2020 | 2 emails sent/reviewed regarding Retainer Agreement Employment has been sent out for signature to pbingham1970@gmail.com | Gabriel J. Pimentel | 0.40 | $600.00 | Yes | No | - | $240.00 |
| 03/30/2020 | 1 email sent/reviewed regarding Patricia Bingham v. Marriot International, Inc. | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/30/2020 | Retainer Agreement Employment created | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| 03/30/2020 | 1 email sent/reviewed regarding Your Message (121) 000-1909 | Gabriel J. Pimentel | 0.70 | $600.00 | Yes | No | - | $420.00 |
| 03/30/2020 | Retainer Agreement Employment reviewed | Gabriel J. Pimentel | 0.10 | $600.00 | Yes | No | - | $60.00 |
| **Total - Billable** | | | **541.90** | | | | | **$258,602.50** |
| **Total - Non-Billable** | | | **0.00** | | | | | **$0.00** |
| **Total - Write Off** | | | **0.00** | | | | | **$0.00** |

# EXHIBIT 11

# Expenses

## for Patricia Bingham v. Marriott International, Inc. - Bingham - Employment Claim - Marriott International, Inc.

### Expense entries

| Date | Activity | Subject | Staff | Quantity | Price | Billable? | Write off? | Status | Total |
|---|---|---|---|---|---|---|---|---|---|
| 03/29/2022 | MISC | Miscellaneous expenses-Priority Funding | Gabriel J. Pimentel | 1.00 | $1,210.04 | Yes | No | - | $1,210.04 |
| 03/03/2022 | SERVE | Process server fees - Nationwide fees for service of subpoenas | Bruce T. Murray | 1.00 | $553.55 | Yes | No | - | $553.55 |
| 03/01/2022 | SERVE | Process server fees - Nationwide, service of subpoenas | Bruce T. Murray | 1.00 | $450.00 | Yes | No | - | $450.00 |
| 11/20/2021 | MSGR | Legal courier fees-Nationwide Legal subpoenaed T Mobile records | Gabriel J. Pimentel | 1.00 | $90.75 | Yes | No | - | $90.75 |
| 07/15/2021 | ADR | Mediation fees - Signature Resolution | Bruce T. Murray | 1.00 | $8,450.00 | Yes | No | - | $8,450.00 |
| 06/09/2021 | MSGR | Legal courier fees-Nationwide phone subpoena | Gabriel J. Pimentel | 1.00 | $159.50 | Yes | No | - | $159.50 |
| 06/01/2021 | MSGR | Legal courier fees-Nationwide Legal subpoena | Gabriel J. Pimentel | 1.00 | $164.29 | Yes | No | - | $164.29 |
| 04/16/2021 | | InfoTrack - eFile CA: File To Existing - 25042640 Apr 15, 2021 - 8:47:48 PM (PDT) | Bruce T. Murray | 1.00 | $14.25 | Yes | No | - | $14.25 |
| 04/12/2021 | | InfoTrack - eFile CA: File To Existing - 25020211 Apr 12, 2021 - 11:02:36 AM (PDT) | Bruce T. Murray | 1.00 | $14.25 | Yes | No | - | $14.25 |
| 04/07/2021 | COPY | Copying or downloading expenses - download Opposition to Motion to Compel from Orange County Superior Court web site. | Bruce T. Murray | 1.00 | $8.97 | Yes | No | - | $8.97 |
| 03/24/2021 | MAIL | Fed Ex mailing of Motions to Compel Form Interrogatories and Special Interrogatories, Separate Statements | Bruce T. Murray | 1.00 | $18.40 | Yes | No | - | $18.40 |
| 03/19/2021 | | InfoTrack - eFile CA: File To Existing - 24930152 Mar 18, 2021 - 5:38:20 PM (PDT) | Bruce T. Murray | 1.00 | $74.25 | Yes | No | - | $74.25 |
| 03/19/2021 | | InfoTrack - eFile CA: File To Existing - 24930012 Mar 18, 2021 - 5:13:35 PM (PDT) | Bruce T. Murray | 1.00 | $74.25 | Yes | No | - | $74.25 |
| 03/19/2021 | | InfoTrack - eFile CA: File To Existing - 24930080 Mar 18, 2021 - 5:25:45 PM (PDT) | Bruce T. Murray | 1.00 | $74.25 | Yes | No | - | $74.25 |
| 03/19/2021 | | InfoTrack - eFile CA: File To Existing - 24930119 Mar 18, 2021 - 5:32:24 PM (PDT) | Bruce T. Murray | 1.00 | $74.25 | Yes | No | - | $74.25 |
| 02/18/2021 | | InfoTrack - eFile CA: File To Existing - 24816488 Feb 17, 2021 - 5:59:01 PM (PST) | Bruce T. Murray | 1.00 | $164.25 | Yes | No | - | $164.25 |
| 02/17/2021 | JURY | Jury fees | Bruce T. Murray | 1.00 | $150.00 | Yes | No | - | $150.00 |
| 08/25/2020 | RECRD | Record retrieval fees-O.C. Digestive Care medical records | Gabriel J. Pimentel | 1.00 | $15.60 | Yes | No | - | $15.60 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/29/2020 | RECRD | Record retrieval fees-$15 fee to Prime Healthcare for medical records | Gabriel J. Pimentel | 1.00 | $15.00 | Yes | No | - | $15.00 |
| 07/29/2020 | MAIL | Postage expenses-Mailed $15 check for medical records to Prime Healthcare Services | Gabriel J. Pimentel | 1.00 | $0.50 | Yes | No | - | $0.50 |
| 07/24/2020 | FILNG | Court filing fees - POS | Bruce T. Murray | 1.00 | $9.95 | Yes | No | - | $9.95 |
| 07/10/2020 | FILNG | Court filing fees-One Legal filing Complaint | Gabriel J. Pimentel | 1.00 | $461.56 | Yes | No | - | $461.56 |
| 06/04/2020 | MAIL | Postage expenses -- RTS letter to Agent of Service and Marriott Irvine Spectrum | Bruce T. Murray | 1.00 | $15.20 | Yes | No | - | $15.20 |
| 06/02/2020 | MAIL | Postage expenses - Letter of Representation | Bruce T. Murray | 1.00 | $4.25 | Yes | No | - | $4.25 |
| 05/29/2020 | RECRD | Record retrieval fees -- Memorial Care | Bruce T. Murray | 1.00 | $31.60 | Yes | No | - | $31.60 |

| | |
|---|---|
| **Total - Billable** | **$12,298.91** |
| **Total - Non-Billable** | **$0.00** |
| **Total - Write Off** | **$0.00** |