UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:21-cv-00836-JLS-JDE Date: August 15, 2022
Title: Patricia Bingham v. Marriott International, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| V.R. Vallery | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES (Doc. 27)**

Before the Court is Plaintiff's Motion for Attorneys' Fees and Costs. (Mot., Doc. 27; Mem., Doc. 27-1.) For the reasons stated below, the Court STRIKES the Motion and vacates the hearing.

Under Local Rule 7-3, "counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution." C.D. Cal. L.R. 7-3 (emphasis added). The purpose of Local Rule 7-3 is to help the parties "reach a resolution which eliminates the necessity for a hearing . . . ." L.R. 7-3. If the parties are unable to resolve their differences and are forced to bring the matter before the court, counsel for the moving party must include in the notice of the motion, a statement to the effect that "[t]his motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)." *Id.* Under L.R. 7-4, a court "may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8." C.D. Cal. L.R. 7-4. This Court reinforces the importance of L.R. 7-3 by (1) incorporating the Rule into its Standing Order (Doc. 6, ¶ 8(b)), and (2) stating on its Procedures Page that "[p]arties must comply with the meet-and-confer requirement of Local Rule 7-3 or risk summary denial of their motions for the failure to follow this rule." *See* Court's Procedures Page, www.cacd.uscourts.gov/honorable-josephine-l-staton.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:21-cv-00836-JLS-JDE Date: August 15, 2022
Title: Patricia Bingham v. Marriott International, Inc. et al

Here, Plaintiff's Notice of Motion includes no statement to the effect of "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)," as explicitly required by L.R. 7-3. Indeed, in Opposition, Defendant alleges that Plaintiff "filed her motion for attorney's fees without first meeting and conferring in violation of Local Rule 7-3.1." (Opp., Doc. 29, at 2.) In Reply, Plaintiff counters only that "[O]n March 25, 2022, Plaintiff offered to settle Plaintiff's claim for fees and costs for an amount less than what was sought in her Motion, but defense counsel ignored the email." (Reply, Doc. 30, at 2-3.)

"The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing." *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002). Plaintiff's efforts here fall well short of satisfying Rule 7-3's requirements. And particularly with respect to an issue like attorney fees—which is well-suited to resolution by the parties without the involvement of the Court—the Court will not excuse the failure to meet and confer to sort through the nearly 200-pages Plaintiff has filed in support of this Motion.

Therefore, the Court STRIKES Plaintiff's Motion, and the hearing is removed from the calendar.

Initials of Deputy Clerk: vrv