JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Patricia Bingham, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF | 8:21-cv-00836-JLS-JDE |
| v. | |
| Marriott International, Inc., et al., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 21, 2022 as docket number 26 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Patricia Bingham

and against

Defendant Marriott International, Inc.

according to the terms set forth in the Offer of Judgment.

Date: December 15, 2022

By: JOSEPHINE L. STATON
United States District Judge